## VII.   PARTIES

**7.1**   Plaintiff, **Shamim Ebrahimi**, is an individual that is a citizen of the State of Texas.

## COMMERCIAL DEFENDANTS

**7.2**   Defendant, **Airbnb** ("**AIRBNB**"), can be served via the following addresses: 999 Brannan St., San Francisco, CA 94103; Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; trademarks@airbnb.com

**7.3**   Defendant, **Amazon** ("**AMAZON**"), is organized and existing under the laws of the State of Delaware.  Amazon has a principal place of business at 2021 7th Ave, Seattle, WA, 98121. Amazon can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  copyright@amazon.com

**7.4**   Defendant, **Amazon Studios** ("**AMAZON STUDIOS**"), is a division of Amazon.com, Inc. and may be served along with Amazon.com, Inc.

**7.5**   Defendants associated with the following films and shows may be served along with Amazon: **Wayne**, **Guava Island**, **The Feed**, **Upload**, **Utopia**, **Leatherheads**, **Without Remorse**, **The Grand Tour Presents Lochdown**, **The Tomorrow War**, **Jolt**, **The Voyeurs**, **Tender Bar**, **Reacher**, **Terminal List**, **Samaritan**, **The English**, and **Something from Tiffany's**.

**7.6**   Defendant, **American Express** ("**AMERICAN EXPRESS**"), can be served via the following addresses: 200 Vesey Street, New York, New York 10285.  dmca@aexp.com;

**7.7**   Defendant, **AmeriSave Mortgage Corporation** ("**AMERISAVE**"), is organized and existing under the laws of the State of Georgia. AmeriSave has a principal place of business at 3525 Piedmont Road NE, 8 Piedmont Center Suite 600, Atlanta, GA 30305.  AmeriSave can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington,

New Castle, Delaware 19808. legal@amerisave.com; privacy@amerisave.com; dmca@amerisave.com; copyright@amerisave.com; customercare@amerisave.com; press@amerisave.com;

7.8     Defendant, **Anheuser-Busch Companies** ("**ANHEUSER-BUSCH**"), is organized and existing under the laws of the State of Delaware.  Anheuser-Busch has a principal place of business at One Busch Place. St. Louis, MO 63118.  Anheuser-Busch can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  trademarks@anheuser-busch.com;

7.9     Defendant, **Bud Light Seltzer** ("**BUD LIGHT**"), is a division of Anheuser-Busch Companies and may be served along with Anheuser-Busch Companies.

7.10    Defendant, **Apartments.com, LLC** ("**APARTMENTS.com**"), is organized and existing under the laws of the State of Delaware. Apartments.com has a principal place of business at 3438 Peachtree Road, NE Suite 1500, Atlanta, GA 30326.  Apartments.com can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  copyright@costar.com; ApartmentsPrivacy1@costar.com

7.11    Defendant, **Apple Inc.** ("**APPLE**") is a corporation organized and existing under the laws of the State of California.  Apple has a principal place of business located at 1 Infinite Loop, Cupertino, California 95014.  Apple can be served via its registered agent for service of process: CT Corporation System, 818 W. Seventh St., Los Angeles, California 90017. copyrightagent@apple.com;

7.12    Defendant, **Arby's Restaurant Group, Inc.** ("**ARBY'S**"), can be served via its agent for service of process: 3 Glenlake Parkway NE, Atlanta, GA 30328.  privacy@inspirebrands.com

**7.13** Defendant, **AT&T, Inc.** ("**AT&T**"), is organized and existing under the laws of the State of Delaware. AT&T has a principal place of business at One AT&T Way, Bedminster, NJ 07921. AT&T can be served via its registered agent: CT Corporation System, 350 N. St. Paul St., Ste 2900, Dallas, TX 75201. copyright@att.com; dmca@att.com; legal@att.com; privacy@att.com

**7.14** Defendant, **Audi of America, LLC** ("**AUDI**"), is organized and existing under the laws of the State of Delaware. Audi has a principal place of business at 2200 Ferdinand Porsche Dr, Herndon, VA 20171. Audi can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. **mark.dahncke@audi.com**; **Whaewon.Choi-Wiles@audi.com**; **amanda.koons@audi.com**; **bianca.bucciarelli@audi.com**; **michele.lucarelli@audi.com**; **steven.marks@audi.com**; **privacy@audi.com**; **legal@audi.com**; **copyright@audi.com**; **dmca@audi.com**

**7.15** Defendant, **Autotrader, Inc.** ("**AUTOTRADER**"), is organized and existing under the laws of the State of Delaware. Autotrader has a principal place of business at 6205-A Peachtree Dunwoody Road, Atlanta, GA 30328. Autotrader can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. sam.casey@coxautoinc.com; cmgcopyright@coxinc.com

**7.16** Defendant, **Axe** ("**AXE**"), can be served via its agent for service of process: Unilever Consumer Services, 920 Sylvan Avenue, 2nd Floor, Englewood Cliffs, NJ 07632. GPGulia@duanemorris.com; privacy.policy@unilever.com

**7.17** Defendant, **Bayer Corporation** ("**BAYER**"), is organized and existing under the laws of the State of Indiana. Bayer has a principal place of business at 100 Bayer Blvd Whippany, NJ

07981.  Bayer can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  dp-representative@bayer.com

**7.18**    Defendant, **Roundup** ("**ROUNDUP**"), is a division of Bayer Corporation and may be served along with Bayer Corporation.

**7.19**    Defendant, **Benjamin Moore & Co.** ("**BENJAMIN MOORE**"), is organized and existing under the laws of the State of Delaware.  Benjamin Moore has a principal place of business at 101 Paragon Drive, Montvale, NJ 07645.  Benjamin Moore can be served via its registered agent: Security Incorporation and Service, Inc., 20 Harlech Drive, Wilmington, New Castle, Delaware 19807.  info@benjaminmoore.com

**7.20**    Defendant, **BMW of North America, LLC** ("**BMW**"), is organized and existing under the laws of the State of Delaware.  BMW has a principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677.  BMW can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.    bmwgenius@bmwusa.com;    bmwiconcierge@bmwusa.com; legal@bmwusa.com; DMCA@bmwusa.com; copyright@bmwusa.com

**7.21**    Defendant, **Boston Beer Company** ("**BOSTON BEER**"), is organized and existing under the laws of the State of Massachusetts.  Boston Beer has a principal place of business at One Design Center Place, Suite 850, Boston, MA 02210.  Boston Beer can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.    media@bostonbeer.com;   bod@bostonbeer.com; samadamssocial@bostonbeer.com

**7.22**     Defendant, **Samuel Adams** ("**SAM ADAMS**"), is a division of Boston Beer Company and may be served along with Boston Beer Company.

**7.23**     Defendant, **Hard Seltzer Beverage Company, LLC** ("**TRULY** "), is a division of Boston Beer Company and may be served along with Boston Beer Company.. orders@trulyhardseltzer.com; legal@trulyhardseltzer.com

**7.24**     Defendant, **Caesar's** ("**CAESAR'S**"), can be served via its agent for service of process: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. totalrewards@custhelp.com;            PeoplePlanetPlay@caesars.com;            legal@caesars.com; privacy@caesars.com; copyright@caesars.com;

**7.25**     Defendant, **Capital One Bank** ("**CAPITAL ONE**"), is organized and existing under the laws of the State of Delaware. Capital One has a principal place of business at 1680 Capital One Drive, McLean, Virginia, 22102.  Capital One can be served via its registered agent: Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX, 78701. robson.bassett@capitalone.com

**7.26**     Defendant, **CarMax, Inc.** ("**CARMAX**"), is organized and existing under the laws of the State of Delaware.  CarMax has a principal place of business at 12800 Tuckahoe Creek Parkway, Richmond, VA 23238.  CarMax can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. copyrightnotice@carmax.com; dcrmtech@carmax.com

**7.27**     Defendant, **Chipotle Mexican Grill** ("**CHIPOTLE**"), can be served via its agent for service of process: CMG Strategy Co., LLC, 610 Newport Center Dr., Suite 1300, Newport Beach, CA 92660.  privacy@chipotle.com; accessibility@chipotle.com;

**7.28** Defendant, **Choctaw Casinos** ("**CHOCTAW**"), can be served via its agent for service of process: 3735 Choctaw Road, Durant, OK 74701. cs-info@choctawnation.com; legal@choctawnation.com; privacy@choctawnation.com; copyright@choctawnation.com;

**7.29** Defendant, **Citigroup Inc.** ("**CITI CARD**"), is organized and existing under the laws of the State of Delaware. Citi Card has a principal place of business at 399 Park Avenue, New York, New York 10043. Citi Card can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. infringementnotice@citi.com

**7.30** Defendant, **Constellation Brands, Inc.** ("**CONSTELLATION**"), is organized and existing under the laws of the State of New York. Constellation has a principal place of business at 207 High Point Drive #100, Victor, NY 14564. Constellation can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. **copyrightagent@cbrands.com**

**7.31** Defendant, **Corona** ("**CORONA**"), is a division of Constellation Brands, Inc. and may be served along with Constellation Brands, Inc.

**7.32** Defendant, **Cricket Wireless LLC** ("**CRICKET**"), is organized and existing under the laws of the State of Delaware. Cricket has a principal place of business at 1025 Lenox Park Blvd. N.E., Atlanta, Georgia 30319. Cricket can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. copyright@cricketwireless.com

**7.33** Defendant, **Crypto.com** ("**CRYPTO**"), is organized and existing under the laws of the State of Delaware. Crypto has a principal place of business at 1111 Brickell Avenue, Suite 2725,

Miami, FL 33131. Crypto can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. DPO@Crypto.com; legal@Crypto.com; copyright@Crypto.com; privacy@Crypto.com; dmca@Crypto.com; https://www.facebook.com/CryptoComOfficial/ **Crypto.com** is comprised of the **Foris Companies**—i.e., **Foris DAX, Inc**., **Foris DAX Capital, Inc.**, and **Foris, Inc.**—and their affiliates, and the latter may all be served along with Crypto.com.

**7.34** Defendant, **Department of the Army** ("**ARMY**"), is organized and existing under the laws of the United States of America. Army can be served via its agent for service of process: U.S. Army Litigation Division, 9275 Gunston Road, Fort Belvoir, VA 22060.[6] Alternatively, the Army can be served at the following address: U.S. Army Claims Service, 4411 Llewellyn Ave., Fort George G. Meade, MD 20755.

**7.35** Defendant, **Diageo North America** ("**DIAGEO**"), is organized and existing under the laws of the State of Delaware. Diageo has a principal place of business at 3 World Trade Center, 175 Greenwich Street New York, 10007. Diageo can be served via its registered agent: Corporate Creations Network Inc., 3411 Silverside Road Tatnall Building Ste 104, Wilmington, New Castle, Delaware 19810. digitalcompliance@diageo.com

**7.36** Defendant, **Smirnoff** ("**SMIRNOFF**"), is a division of Diageo North America and may be served along with Diageo North America.

**7.37** Defendant, **Guinness** ("**GUINNESS**"), is a division of Diageo North America and may be served along with Diageo North America.

---

[6] Service of Process on the Department of Army is governed by 32 CFR § 516.14.

**7.38** Defendant, **Dick's Sporting Goods, Inc.** ("**DICK'S**"), can be served via its agent for service of process: 345 Court Street, Coraopolis, PA 15108. copyrightagent@dcsg.com; LegalDepartement@dcsg.com; privacy@dcsg.com

**7.39** Defendant, **DIRECTV** ("**DirecTV**"), can be served via its agent for service of process: Manager of Security & Copyright Infringement, 1800 Perimeter Park Drive, Suite 100, Morrisville, NC 27560. copyright@att.com

**7.40** Defendant, **Discover** ("**DISCOVER**"), can be served via its agent for service of process: 2500 Lake Cook Road, Riverwoods, IL 60015. iplegal@discover.com

**7.41** Defendant, **Dish Network** ("**DISH NETWORK**"), can be served via its agent for service of process: 1110 Vermont Ave NW, Suite 450, Washington, DC 20005. copyright@dish.com; Hadass.Kogan@dish.com

**7.42** Defendant, **Dollar Shave Club, Inc.** ("**DOLLAR SHAVE CLUB**"), is organized and existing under the laws of the State of Delaware. Dollar Shave Club has a principal place of business at 13335 Maxella Avenue, Marina del Rey, CA 90292. Dollar Shave Club can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. legal@dollarshaveclub.com; ccpa.compliance@dollarshaveclub.com; https://www.facebook.com/DollarShaveClub/

**7.43** Defendant, **Domino's Pizza, Inc.** ("**DOMINO'S**"), is organized and existing under the laws of the State of Delaware. Domino's has a principal place of business at 30 Frank Lloyd Wright Dr Ann Arbor, MI 48105. Domino's can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. IP@dominos.com

**7.44**    Defendant, **DoorDash Inc.** ("**DOOR DASH**"), can be served via its agent for service of process: 901 Market St, 6th Floor, San Francisco, CA 94103. legal@doordash.com;

**7.45**    Defendant, **DraftKings Inc.** ("**DRAFT KINGS**"), can be served via its agent for service of process: 222 Berkeley St., Boston, MA 02116. legal@draftkings.com; support@draftkings.com; privacy@draftkings.com

**7.46**    Defendant, **Electronic Arts, Inc.** ("**ELECTRONIC ARTS**"), is organized and existing under the laws of the State of Delaware. Electronic Arts has a principal place of business at 209 Redwood Shores Parkway, Redwood City, CA 94065. Electronic Arts can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. copyright@ea.com

**7.47**    Defendant, **EA Sports** ("**EA SPORTS**"), is a division of Electronic Arts, Inc. and may be served along with Electronic Arts, Inc.

**7.48**    Defendant, **E-Trade Financial Corp.** ("**E-TRADE**"), is organized and existing under the laws of the State of Delaware. E-Trade has a principal place of business at 671 N. Glebe Rd, Floor 15, Arlington, VA 22203. E-Trade can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. john.bersin@morganstanley.com; legal@morganstanley.com; privacy@morganstanley.com; DMCA@morganstanley.com; copyright@morganstanley.com

**7.49**    Defendant, **Expedia Inc.** ("**EXPEDIA**"), is organized and existing under the laws of the State of Delaware. Expedia has a principal place of business at 1111 Expedia Group Way W Seattle, WA 98119. Expedia can be served via its registered agent: The Corporation Trust

Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. CopyrightComplaints@Expediagroup.com;

**7.50**     Defendant, **Experian Information Solutions, Inc.** ("**EXPERIAN**"), is organized and existing under the laws of the State of Ohio. Experian has a principal place of business at 475 Anton Blvd., Costa Mesa, CA 92626.  Experian can be served via its registered agent: CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX, 75201.  privacy@experian.com; legal@experian.com; copyright@experian.com; dmca@experian.com;

**7.51**     Defendant, **Facebook Meta Platforms, Inc.** ("**META**"), can be served via its agent for service of process: Meta Designated Agent, 1601 Willow Road, Menlo Park, California 94025. ip@fb.com;

**7.52**     Defendant, **FanDuel** ("**FANDUEL**"), can be served via its agent for service of process: 300 Park Avenue South, 14th Floor, New York, NY 10010.  copyright@fanduel.com; support@fanduel.com; privacy@fanduel.com

**7.53**     Defendant, **Farmers Insurance** ("**FARMERS**"), can be served via its agent for service of process:      6301      Owensmouth      Avenue,      Woodland      Hills,      CA      91367. customer.relations@farmersinsurance.com

**7.54**     Defendant, **FCA US LLC** ("**FCA**"), is organized and existing under the laws of the State of Delaware.  FCA has a principal place of business at 1000 Chrysler Drive, Auburn Hills, MI 48326.  FCA can be served via its registered agent: The Corporation Trust Company, Corporation Trust   Center,   1209   Orange   Street,   Wilmington,   New   Castle,   Delaware   19801. copyrights@fcagroup.com; dprivacy@stellantis.com;

**7.55**     Defendants **Chrysler**, **Dodge**, **Jeep**, **Ram**, and **Wagoneer** are divisions of FCA and may be served along with FCA.

**7.56**     Defendant, **FedEx Corp.** ("**FEDEX**"), is organized and existing under the laws of the State of Delaware.  FedEx has a principal place of business at 942 South Shady Grove Road, Memphis, TN 38120.  FedEx can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. webmaster@fedex.com; legal@fedex.com; dmca@fedex.com; copyright@fedex.com

**7.57**     Defendant, **Ferrara Candy Company** ("**TROLLI**"), can be served via its agent for service of process: 404 W. Harrison St., Suite 650 Chicago, IL 60607. webservices@ferrarausa.com;                                                 andrew.oppenheimer@ferrarausa.com; ethicsandcompliance@ferrarausa.com;

**7.58**     Defendant, **Ferrero U.S.A., Inc.** ("**FERRERO**"), is organized and existing under the laws of the State of Delaware.  Ferrero has a principal place of business at 7 Sylvan Way, 4th Floor, Parsippany, New Jersey, 07054.  Ferrero can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. Jeremy.Roe@ferrero.com

**7.59**     Defendant, **Nutella** ("**NUTELLA**"), is a division of Ferrero U.S.A., Inc. and may be served along with Ferrero U.S.A., Inc.

**7.60**     Defendant, **Fox Corporation** ("**FOX**"), can be served via its agent for service of process: Copyright Agent, 2121 Avenue of the Stars, Suite 900, Los Angeles, CA 90067; FoxDMCA@fox.com;

**7.61**    Defendants **Erin Andrews**, **Greg Olsen**, and **Joy Taylor** are employees or independent contractors of Defendant Fox and may be served with process along with Fox.

**7.62**    Defendant, **GEICO Insurance Agency, Inc.** ("**GEICO**"), is a corporation organized under the laws of Maryland.  GEICO has its principal place of business at 5260 Western Ave., Chevy Chase, MD 20815.  GEICO can be served with process by serving its registered agent: CT Corporation System; 350 N. St. Paul St., Ste. 2900, Dallas, TX 75201.  ogcip@geico.com; **privacypolicy@geicomail.com**

**7.63**    Defendant, **General Motors Company** ("**GMC**"), is organized and existing under the laws of the State of Delaware.  GMC has a principal place of business at 300 Renaissance Center, Detroit, MI, 48265.  GMC can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  lauren.latimer@gm.com; legal@gm.com; copyright@gm.com; dmca@gm.com; privacy@gm.com

**7.64**    Defendants **Cadillac**, **Hummer EV**, and **Chevrolet** are divisions of GMC and may be served along with GMC.

**7.65**    Defendant, **Goldman Sachs Bank USA** ("**GOLDMAN SACHS**"), can be served via its agent for service of process: 200 West Street, New York, NY 10282. gs-copyrights@gs.com; dmca@marcus.com; marcus-app-support@gs.com

**7.66**    Defendant, **Google, LLC** ("**GOOGLE**"), is organized and existing under the laws of the State of Delaware.  Google has a principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA  94043.  Google can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  dmca-agent@google.com;

**7.67** Defendant, **Heineken USA Incorporated** ("**HEINEKEN**"), is organized and existing under the laws of the State of New York. Heineken has a principal place of business at 360 Hamilton Ave Ste 1103 White Plains, NY, 10601. Heineken can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. monique.ritz@heinekenusa.com

**7.68** Defendant, **Dos Equis** ("**DOS EQUIS**"), is a division of Heineken USA Incorporated and may be served along with Heineken USA Incorporated.

**7.69** Defendant, **Hormel Foods Corporation** ("**HORMEL**"), is organized and existing under the laws of the State of Delaware. Hormel has a principal place of business at 1 Hormel Place, Austin, MN 55912. Hormel can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. slnelsen@hormel.com

**7.70** Defendant, **Hotels.com** ("**HOTELS.com**"), is organized and existing under the laws of the State of Delaware. Hotels.com has a principal place of business at 5400 Lyndon B Johnson Fwy #500, Dallas, TX 75240. Hotels.com can be served via its registered agent: National Registered Agents, Inc, 1999 Bryan St., Ste. 900, Dallas, TX, 75201. CopyrightComplaints@Expediagroup.com

**7.71** Defendant, **Hyundai Motor America** ("**HYUNDAI**"), is organized and existing under the laws of the State of California. Hyundai has a principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708. Hyundai can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.

consumeraffairs@hmausa.com;      dmca@hmausa.com;      legal@hmausa.com;
copyright@hmausa.com; privacy@hmausa.com;

**7.72**    Defendant, **Ibotta Inc.** ("**IBOTTA**"), can be served via its agent for service of process:
1801 California St., Suite 400, Denver, CO 80202.      legal@ibotta.com;
accountsupport@ibotta.com

**7.73**    Defendant, **IFC** ("**IFC**"), can be served via its agent for service of process: AMC Network
Entertainment LLC, 11 Penn Plaza, New York, NY 10001.
amcnetworkswebmaster@amcnetworks.com;      privacy@amcnetworks.com;
ifcfilmsinfo@ifcfilms.com;

**7.74**    Defendant, **Indeed** ("**INDEED**"), can be served via its agent for service of process: 6433
Champion Grandview Way, Building 1, Austin, TX 78750. copyright@indeed.com;

**7.75**    Defendant, **Invesco Ltd.** ("**INVESCO**"), is organized and existing under the laws of the
State of Delaware. Invesco has a principal place of business at 1555 Peachtree Street N.E., Atlanta,
Georgia 30309. Invesco can be served via its general counsel at the aforementioned address:
Invesco Ltd., Office of General Counsel, 1555 Peachtree Street N.E., Atlanta, Georgia 30309.
Anne.Gerry@invesco.com; us.privacy@invesco.com; accessibility@invesco.com

**7.76**    Defendant, **Jack in the Box Inc.** ("**JACK IN THE BOX**"), can be served via its agent for
service of process: 9357 Spectrum Center Blvd., San Diego, CA 92123.
privacy@jackinthebox.com; legal@jackinthebox.com; copyright@jackinthebox.com

**7.77**    Defendant, **JPMorgan Chase** ("**CHASE**"), can be served via its agent for service of
process: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE

19808.     ip.legal@jpmchase.com;     Privacy.Info@JPMChase.com;

jpmc.cpo@jpmchase.com;  EMEA.Privacy.Office@jpmchase.com; phishing@chase.com;

**7.78**     Defendant, **Keurig Dr Pepper, Inc. ("DR PEPPER")**, is organized and existing under the laws of the State of Delaware.  Dr Pepper has a principal place of business at 6425 Hall of Fame Lane, Frisco, TX 75034.  Dr Pepper can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  KDP.Legal@kdrp.com

**7.79**     Defendant, **KFC Corporation ("KFC")**, can be served via its agent for service of process: 1441 Gardiner Lane, Louisville, Kentucky 40213.  Trademarks@yum.com

**7.80**     Defendant, **Kia America, Inc. ("KIA")**, is organized and existing under the laws of the State of California.  Kia has a principal place of business at 111 Peters Canyon Rd. Irvine, CA 92606.  Kia can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. DMCA@kiausa.com

**7.81**     Defendant, **Legal Zoom ("LEGAL ZOOM")**, can be served via its agent for service of process: 101 N. Brand Blvd., 11th Floor, Glendale, CA 91203. copyrightagent@legalzoom.com; customercare@legalzoom.com; privacyrequests@legalzoom.com;

**7.82**     Defendant, **Liberty Mutual Group ("LIBERTY MUTUAL")** is a corporation organized and existing under the laws of the State of Massachusetts.  Liberty Mutual has a principal place of business located at 175 Berkeley Street Boston, Massachusetts 02116.  Liberty Mutual can be served via its registered agent for service of process: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  subpin@libertymutual.com

**7.83**     Defendant, **Lions Gate Entertainment Inc.** ("**LIONS GATE**"), can be served via its agent for service of process: 2700 Colorado Avenue, Santa Monica, CA 90404. dmca@lionsgate.com

**7.84**     Defendant, **Little Caesar Enterprises, Inc.** ("**LITTLE CAESAR'S**"), can be served via its agent for service of process: 2211 Woodward Ave., Detroit, MI 48201. DMCANotice@LCECorp.com;

**7.85**     Defendant, **Mars, Incorporated** ("**MARS**"), is organized and existing under the laws of the State of Delaware.  Mars has a principal place of business at 6885 Elm Street McLean, Virginia 22101.  Mars can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. DMCA@effem.com; chiefcomplianceofficer@effem.com; privacy@effem.com

**7.86**     Defendant, **Kind, LLC** ("**KIND BAR**"), is a division of Mars, Incorporated and can be served along with Mars, Incorporated.

**7.87**     Defendant, **Wrigley's Extra Gum** ("**WRIGLEY'S**"), is a division of Mars, Incorporated and can be served along with Mars, Incorporated.

**7.88**     Defendant, **McDonald's Corporation** ("**MCDONALD'S**"), is organized and existing under the laws of the State of Delaware.  McDonald's  has a principal place of business at 2111 McDonald's Dr Oak Brook, IL 60523.  McDonald's can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. dmca@us.mcd.com;

**7.89**   Defendant, **Mercedes-Benz USA, LLC** ("**MERCEDES BENZ**"), is organized and existing under the laws of the State of Delaware.  Mercedes-Benz has a principal place of business at One Mercedes-Benz Drive, Sandy Springs, GA 30328.  Mercedes-Benz can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.   legal@Mercedes-Benz.com; dmca@Mercedes-Benz.com; copyright@Mercedes-Benz.com; dialog@mercedes-benz.com

**7.90**   Defendant, **Metro-Goldwyn-Mayer Studios Inc.** ("**MGM**"), can be served via its agent for service of process: 245 North Beverly Drive, Beverly Hills, CA 90210.  dmca@mgm.com;

**7.91**   Defendant, **Michelin North America** ("**MICHELIN**"), is organized and existing under the laws of the State of New York. Michelin has a principal place of business at One Parkway South, Greenville, SC 29615.  Michelin can be served via its registered agent: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.  privacy.amn@michelin.com

**7.92**   Defendant, **Mint Mobile LLC** ("**MINT MOBILE**"), is organized and existing under the laws of the State of Delaware. Mint Mobile has a principal place of business at 1550 Scenic Ave Ste 100, Costa Mesa, CA, 92626.  Mint Mobile can be served via the following means: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801; Joshua Silver, Esq., Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, Portland, ME 04101; jkeenan@bernsteinshur.com

**7.93**   Defendant, **Miramax Film NY, LLC** ("**MIRAMAX**"), can be served via its agent for service of process: 1901 Avenue of the Stars, Suite 2000, Los Angeles, CA 90067.  privacy@miramax.com; legal@miramax.com

**7.94** Defendant, **Molson Coors Beverage Company** ("**MOLSON COORS**"), is organized and existing under the laws of the State of Delaware. Molson Coors has a principal place of business at 250 South Wacker Drive, Suite 800, Chicago, IL 60606. Molson Coors can be served via its registered agent: Incorporating Services, Ltd., 3500 S. Dupont Hwy, Dover, Delaware 19901. DataProtection@MolsonCoors.com; privacy@MolsonCoors.com; legal@MolsonCoors.com; dmca@MolsonCoors.com; copyright@MolsonCoors.com

**7.95** Defendant, **Coors Light** ("**COORS LIGHT**"), is a division of Molson Coors Beverage Company and may be served along with Molson Coors Beverage Company.

**7.96** Defendant, **Blue Moon** ("**BLUE MOON**"), is a division of Molson Coors Beverage Company and may be served along with Molson Coors Beverage Company.

**7.97** Defendant, **Nationwide** ("**NATIONWIDE**"), can be served via its agent for service of process: Office of General Counsel, One Nationwide Plaza, Columbus, OH 43215; copyright@nationwide.com

**7.98** Defendant, **NBCUniversal Media, LLC** ("**NBC**"), may be served with process at NBC Universal Law Department, 30 Rockefeller Plaza, Rm. 1087E, New York, New York 10112. dmca.agent@nbcuni.com

**7.99** Defendants, **Saturday Night Live** ("**SNL**"), **USA Network**, **SyFy**, and **Rebecca Lowe** may be served with process along with NBC.

**7.100** Defendant, **Nestlé USA, Inc.** ("**NESTLE**"), can be served via its agent for service of process: 1812 N. Moore St., Arlington, VA, 22209. dataprotectionoffice@nestle.com

**7.101** Defendant, **Netflix, Inc.** ("**NETFLIX**"), may be served with process via the following means: 100 Winchester Circle, Los Gatos, California 95032; The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801. jjackson@netflix.com

**7.102** Defendants associated with the following movies and shows can be served with process along with Netflix: **Money Shot**, **Death Note**, **Bright**, **Whitney Cummings: Can I Touch It; 21 Bridges**, **The Night Clerk**, **All the Bright Places**, **Spenser Confidential**, **All Day and a Night**, **The Devil All the Time**, **Ratched**, **Ava**, **Emily in Paris**, **White Tiger**, **I Care a Lot**, **SAS: Red Notice/ SAS: Rise of the Black Swan**, **Irregulars**, **Thunder Force**, **Hollywood**, **Army of the Dead**, **Sweet Tooth**, **Good on Paper**, **Gunpowder Milkshake**, **Long Story Short**, **The Chair**, **Sweet Girl**, **Kate**, **Squid Game**, **Guilty**, **Maid**, **Night Teeth**, **Army of Thieves**, **The Harder they Fall**, **Love Hard**, **Red Notice**, **Cowboy Bebop**, **Bruised**, **Castle for Christmas**, **Power of the Dog**, **Unforgiveable**, **Don't Look Up**, **Archive 81**, **The Royal Treatment**, **Murderville**, **The Adam Project**, **Hustle**, **God's Favorite Idiot**, **Spiderhead**, **The Man from Toronto**, **The Gray Man**, **Whitney Cummings: Jokes**, **Day Shift**, **Look Both Ways**, **Me Time**, **Stranger Things**, **Peaky Blinders**, **Bullet Train**, **End of the Road**, **Enola Holmes 2**, **Grand Army**, **Knives Out: Glass Onion**, **Outside the Wire**, **Slumber Land**, **Teenage Bounty Hunters**, and **the Recruit**.

**7.103** Defendant, **Nissan North America, Inc.** ("**NISSAN**"), is organized and existing under the laws of the State of Delaware. Nissan has a principal place of business at 1 Nissan Way, Franklin, TN 37067. Nissan can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. copyrights@nissan-usa.com; privacy@nissan-usa.com;

**7.104** Defendant, **Infiniti USA** ("**INFINITI**"), is a division of Nissan Motor Co. Ltd. Infiniti has a principal place of business at 1 Nissan Way, Franklin, TN 37067. Infiniti can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.

**7.105** Defendant **Erin Andrews** is an employee or independent contractor of Defendant Infiniti and may be served with process along with Infiniti.

**7.106** Defendant, **Nugenix** ("**NUGENIX**"), can be served via its agent for service of process: 2323 South 3600 West West Valley City, UT 84119. Adaptive Health LLC 615 South College St, Suite 1300 Charlotte, NC 28202. privacy@adaptivehealth.com; dmca@adaptivehealth.com; support@nugenix.com

**7.107** Defendant, **Paramount** ("**PARAMOUNT**"), can be served via its agent for service of process: 1515 Broadway, 51st Floor, New York, NY 10036. copyrightagent@paramount.com;

**7.108** Defendants, **CBS** and **Tony Romo**, can be served with process along with Paramount.

**7.109** Defendants associated with the following movies and shows can be served with process along with **Paramount**: **Sonic**, **Sonic 2**, **Wrath of Man**, **Infinite**, **The Lost City**, **Top Gun: Maverick**, **Bumble Bee**, **Smile**, **Black Light**, **Confess Fletch**, **Honor Society**, and **Babylon**.

**7.110** Defendant, **Peacock TV LLC** ("**Peacock**"), may be served with process at Peacock Technology Transactions Legal, 30 Rockefeller Plaza, 46th Floor, Office 4683E, New York, New York 10112. Peacock.DMCA@nbcuni.com

**7.111** Defendants associated with the following movies and shows can be served with process along with **Peacock**: **Copshop**, **the 355**, **Marry Me**, **The Outfit**, **Ambulance**, **The Bad Guys**, **Fire Starter**, **Poker Face**, **Vengeance**, **Violent Night**, and **Jurassic World Dominion**.

**7.112** Defendant, **PepsiCo, Inc.** ("**PEPSICO**"), is organized and existing under the laws of the State of Delaware. PepsiCo has a principal place of business at 700 Anderson Hill Road Purchase, NY 10577. PepsiCo can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. Copyrights@pepsico.com

**7.113** Defendant, **Mountain Dew** ("**MOUNTAIN DEW**"), is a division of PepsiCo, Inc. and may be served along with PepsiCo, Inc.

**7.114** Defendant, **Ruffles** ("**RUFFLES**"), is a division of PepsiCo, Inc. and may be served along with PepsiCo, Inc.

**7.115** Defendant, **Doritos** ("**DORITOS**"), is a division of PepsiCo, Inc. and may be served along with PepsiCo, Inc. Defendant, **Tostitos** ("**TOSTITOS**"), is a division of PepsiCo, Inc. and may be served along with PepsiCo, Inc.

**7.116** Defendant, **Lay's** ("**LAY'S**"), is a division of PepsiCo, Inc. and may be served along with PepsiCo, Inc.

**7.117** Defendants **Paul Rudd**, **Seth Rogan**, and **Traciee Ellis Ross** are employees or independent contractors of Defendant Lay's and may be served along with Defendants Lay's and PepsiCo, Inc.

**7.118**    Defendant, **Pizza Hut** ("**PIZZA HUT**"), is organized and existing under the laws of the State of Delaware.  Pizza Hut has a principal place of business at 7100 Corporate Dr, Plano, TX 75024.  Pizza Hut can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. trademarks@yum.com

**7.119**    Defendant, **Priceline.com** ("**PRICELINE.com**"), is organized and existing under the laws of the State of Delaware. Priceline.com has a principal place of business at 800 Connecticut Ave., Norwalk, CT 06854.  Priceline.com can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. andrea.stegman@priceline.com

**7.120**    Defendant, **Red Bull North America, Inc.** ("**RED BULL**"), is organized and existing under the laws of the State of California.  Red Bull has a principal place of business at 1630 Stewart Street, Santa Monica, CA 90404.  Red Bull can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  legal@us.redbull.com;

**7.121**    Defendant, **Rocket Mortgage, LLC** ("**ROCKET**"), is organized and existing under the laws of the State of Delaware.  Rocket has a principal place of business at 1050 Woodward Avenue, Detroit, MI 48226.  Rocket can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. dmca@RocketMortgage.com;    privacy@RocketMortgage.com;    legal@RocketMortgage.com; copyright@RocketMortgage.com

**7.122**   Defendant, **Samsung Electronics America, Inc** ("**SAMSUNG**"), is organized and existing under the laws of the State of Delaware. Samsung has a principal place of business at 85 Challenger Rd., Ridgefield Park, New Jersey 07660.  Samsung can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  SamsungDMCA@sea.samsung.com;

**7.123**   Defendant, **Service Now, Inc.** ("**SERVICE NOW**"), is organized and existing under the laws of the State of Delaware.  Service Now has a principal place of business at 2225 Lawson Lane Santa Clara, CA , 95054.  Service Now can be served via its registered agent: Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, Delaware 19904. legalnotices@servicenow.com

**7.124**   Defendant, **Sixt Ride GmbH & Co. KG** ("**SIXT**"), can be served via its agent for service of process: Zugspitzstrasse 1, D-82049 Pullach, Germany   dataprotection-chauffeur@sixt.com; ride@sixt.com;

**7.125**   Defendant, **Sonic Drive-in** ("**SONIC**"), can be served via its agent for service of process: 300 Johnny Bench Drive, Oklahoma City, OK 73104.  bdyke@inspirebrands.com; generalcounsel@sonicdrivein.com; privacy@inspirebrands.com

**7.126**   Defendant, **Sony Pictures** ("**SONY PICTURES**"), can be served via its agent for service of process: 10202 West Washington Blvd., Culver City, CA 90232. Copyright_Agent@spe.sony.com

**7.127**   Defendant, **State Farm Mutual Automobile Insurance Company** ("**STATE FARM**"), is organized under the laws of the State of Illinois.  State Farm has its principal place of business located at One State Farm Plaza. Bloomington, IL 61710.  State Farm may be served with process

through its registered agent Corporation Service Company at 211 E. 7th St, Ste 620, Austin, Texas, 78701. copyright@statefarm.com;

**7.128**  Defendant, **Subway** ("**SUBWAY**"), is organized and existing under the laws of the State of Delaware. Subway has a principal place of business at 325 Sub Way, Milford, CT, 06461. Subway can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. dmca@subway.com;

**7.129**  Defendants, **Wardell Stephen Curry II**, **Tony Romo**, **Charles Barkley**, **Venus Williams**, **Russel Wilson**, **Marshawn Lynch**, **Derek Jeter**, **Megan Rapinoe**, **Robert Gronkowski**, **Draymond Jamal Green Sr.**, **Jason Tatum**, **Simone Biles**, and **Tom Brady** can be served with process along with Subway.

**7.130**  Defendant, **Taco Bell** ("**TACO BELL**"), can be served via its agent for service of process: Yum Brands, Inc., 14841, North Dallas Parkway, Dallas TX 75254. trademarks@yum.com;

**7.131**  Defendant, **Target Brand** ("**TARGET**"), can be served via its agent for service of process: 1000 Nicollet Mall, TPS-3165, Minneapolis, MN 55403. DMCA@target.com;

**7.132**  Defendant, **The Allstate Corporation** ("**ALLSTATE**"), is organized and existing under the laws of the State of Delaware. Allstate has a principal place of business at 2775 Sanders Rd, Northbrook, IL 60062. Allstate can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. DMCA@allstate.com

**7.133**  Defendant **Alicia Keys** can be served with process along with Defendant Allstate.

**7.134**   Defendant, **The Coca-Cola Company** ("**COCA-COLA**"), is organized and existing under the laws of the State of Delaware.  Coca-Cola has a principal place of business at One Coca-Cola Plaza, Atlanta GA 30313.  Coca-Cola can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  dmca@coca-cola.com

**7.135**   Defendant, **Smart Water** ("**SMART WATER**"), is a division of The Coca-Cola Company and may be served along with The Coca-Cola Company.

**7.136**   Defendant, **Powerade** ("**POWERADE**"), is a division of The Coca-Cola Company and may be served along with The Coca-Cola Company.

**7.137**   Defendant, **The General Automobile Insurance Services, Inc.** ("**THE GENERAL**")  is a corporation organized and existing under the laws of the State of California.  The General has a principal place of business located at 2636 Elm Hill Pike Ste 510 Nashville, TN, 37214.  The General can be served via its registered agent for service of process: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. privacy@thegeneral.com;

**7.138**   Defendant, **The Kraft Heinz Company** ("**KRAFT HEINZ**"), is organized and existing under the laws of the State of Delaware.  Kraft Heinz has a principal place of business at 200 E. Randolph St., Chicago, IL 60601.  Kraft Heinz can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. patricia.hu@kraftheinz.com;          USprivacy@kraftheinz.com;          legal@kraftheinz.com; dmca@kraftheinz.com;          copyright@kraftheinz.com;          talentacquisition@kraftheinz.com; Diversity&Inclusion@KraftHeinzCompany.com;

**7.139**   Defendant, **Kraft Foods Group, Inc.** ("**KRAFT FOODS**"), is a division of The Kraft Heinz Company and may be served with process along with The Kraft Heinz Company.

**7.140**   Defendant, **The Kroger Co.** ("**KROGER**"), can be served via its agent for service of process: 1014 Vine St., Cincinnati, OH 45202.  Mark.Wilkinson@kroger.com;

**7.141**   Defendant, **The Procter & Gamble Company** ("**P&G**"), is organized and existing under the laws of the State of Ohio.  P&G has a principal place of business at 1 Procter and Gamble Plaza Cincinnati, OH 45202.  Bayer can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  copyright.im@pg.com

**7.142**   Defendant, **Bounty** ("**BOUNTY**"), is a division of The Procter & Gamble Company and may be served along with The Procter & Gamble Company.  Defendant, **Tide** ("**TIDE**"), is a division of The Procter & Gamble Company and may be served along with The Procter & Gamble Company.

**7.143**   Defendant, **The Progressive Corporation** ("**PROGRESSIVE**"), is organized and existing under the laws of the State of Ohio.  Progressive has its principal place of business located at 6300 Wilson Mills Road Mayfield Village, OH 44143.  Progressive may be served with process through its registered agent: CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201.  Steven_A_Klick@Progressive.com

**7.144**   Defendant **Baker Mayfield** can be served with process along with Defendant Progressive.

**7.145**   Defendant, **The Walt Disney Company** ("**DISNEY**"), is organized and existing under the laws of the State of California.  Disney has a principal place of business at 500 South Buena Vista

Street, Burbank, California 91521. Disney can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. designated.agent@dig.twdc.com; privacycontact@twdc.com.; caprivacy@twdc.com; tips@disneyantipiracy.com; infringements@marvel.com; pti@espn.com

**7.146** Defendants **Disney Media and Entertainment Distribution**, **Walt Disney Studios Motion Pictures**, **Disney+**, **Hulu**, **FX**, **ESPN**, **Marvel Entertainment**, **Marvel Studios**, **Lucasfilm**, **20ᵗʰ Century Studios**, **Pixar**, **Walt Disney Animation Studios**, and **Walt Disney Pictures** are all divisions of The Walt Disney Company and may be served along with The Walt Disney Company.

**7.147** Defendants **Alexis Nunes**, **Anthony Irwin Kornheiser**, **Chiney Ogwumike**, **C.J. McCollum**, **Christine Williamson**, **Dan Orlovsky**, **Elle Duncan**, **Hannah Storm**, **J.J. Reddick**, **Jeff Van Gundy**, **Joe Buck**, **Kendrick Perkins**, **Kimberly A. Martin**, **Laura Rutledge**, **Louis Riddick**, **Malika Andrews**, **Marcus Spears**, **Mark Jackson**, **Matthew Kelly Barnes**, **Michael Robinette Greenberg**, **Michael Wilbon**, **Mike Breen**, **Mina Kimes**, **Molly Qerim**, **Monica McNutt**, **Nicole Briscoe**, **Pat Beverly**, **Ryan Clark**, **Richard Jefferson**, **Sage Steele**, **Stephen Anthony Smith**, **Troy Aikman**, and **Victoria Arlen** are all employees or independent contractors of ESPN and may be served with process along with ESPN and the Walt Disney Company.

**7.148** Defendants associated with the following movies and shows can be served with process along with the **Walt Disney Company**: **Zootopia**, **Onward**, **Raya and the Last Dragon**, **Cruella**, **Luca**, **Black Widow**, **Free Guy**, **Shang-Chi and the Legend of the Ten Rings**, **Eternals**, **Encanto**, **Andor**, **Antman**, **Black Panther**, **Black Panther: Wakanda Forever**, **Captain Marvel**, **Deadpool**, **Deadpool 2**, **Dr. Strange**, **Dr. Strange and the Multiverse of Madness**,

**Rogue One**, **She Hulk: Attorney at Law**, **Spiderman: Far from Home**, **Spiderman: Homecoming**, **Spiderman: No Way Home**, **Turning Red**, **Chip and Dale**, **Thor: Love and Thunder**, **Lightyear**, **The Book of Boba Fett**, and **The Mandalorian**.

7.149   Defendant, **The Wendy's Company** ("**WENDY'S**"), is organized and existing under the laws of the State of Delaware.  Wendy's has a principal place of business at 1 Dave Thomas Blvd, Dublin, Ohio 43017.  Wendy's can be served via its registered agent: United Agent Group, Inc., 3411 Silverside Road Tatnall Building Ste 104, Wilmington, New Castle, Delaware 19810. dmca@pirkeybarber.com

7.150   Defendant, **The Wonderful Company, LLC** ("**WONDERFUL PISTACHIOS**"), is organized and existing under the laws of the State of Delaware.  Wonderful Pistachios has a principal place of business at 11444 West Olympic Blvd. Los Angeles, CA 90064.  Wonderful Pistachios can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. legalinfo@wonderful.com; comments@wonderful.com

7.151   Defendant, **TikTok, Inc.** ("**TIKTOK**"), can be served via its agent for service of process: 5800 Bristol Parkway, Culver City, CA 90230. copyright@tiktok.com

7.152   Defendant, **Time Warner Entertainment** ("**TIME WARNER**"), is organized and existing under the laws of the State of Delaware.  Warner has a principal place of business at One Time Warner Center, New York, NY 10019.  Warner can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. TWcopyright@timewarner.com

**7.153**  Defendant, **TJX Companies, Inc.** ("**T.J. MAXX**"), is organized and existing under the laws of the State of Delaware. T.J. MAXX has a principal place of business at 770 Cochituate Road, Framingham, Massachusetts 01701.  T.J. MAXX can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  Domains@Tjx.Com; https://www.facebook.com/tjmaxx

**7.154**  Defendant, **T-Mobile US, Inc.** ("**T-MOBILE**"), is organized and existing under the laws of the State of Delaware. T-Mobile has a principal place of business at 12920 SE 38th Street, Bellevue, WA 98006.  T-Mobile can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808.  copyrightagent@t-mobile.com

**7.155**  Defendant, **Toyota** and **Toyota Motor Sales, USA** ("**TOYOTA**"), is organized and existing under the laws of the State of California.  Toyota has a principal place of business at 6565 Headquarters Dr, Plano, TX 75024.  Toyota can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  DMCA@toyota.com

**7.156**  Defendant, **Lexus** ("**LEXUS**"), is a division of Defendant Toyota and may be served with process along with Toyota.  Lexus has a principal place of business at 6565 Headquarters Dr, Plano, TX 75024.  Lexus can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

**7.157**  Defendant, **Truist** ("**TRUIST**"), can be served via its agent for service of process: 214 North Tryon Street, Charlotte, NC 28202.  media@truist.com; investors@truist.com

**7.158** Defendant, **Uber Technologies, Inc.** ("**UBER**"), is organized and existing under the laws of the State of Delaware. Uber has a principal place of business at 1455 Market St, San Francisco, CA 94103. Uber can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. takedowns@uber.com

**7.159** Defendants **Erin Andrews**, **Gwyneth Paltrow**, **Julia Fox**, **Nick Braun**, **Odell Beckham jr.**, **Sarah Silverman**, **Simone Biles**, and **Trevor Noah** are employees or independent contractors of Defendant Uber and may be served with process along with Uber.

**7.160** Defendant, **Upwork Global Inc** ("**UPWORK**"), can be served via its agent for service of process: 655 Montgomery ST STE 490, DPT 17022, San Francisco, CA 94111. legal@upwork.com

**7.161** Defendant, **US Bank** ("**US BANK**"), can be served via its agent for service of process: 800 Nicollet Mall, Minneapolis, MN 55402. copyright@usbank.com

**7.162** Defendant, **USPS Office of Inspector General** ("**USPS**"), can be served via its agent for service of process: 1735 N. Lynn Street, Arlington, VA 22209. privacy@usps.gov

**7.163** Defendant, **Verizon** ("**VERIZON**"), is organized and existing under the laws of the State of Delaware. Verizon has a principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920. Verizon can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. DMCA@verizon.com;

**7.164** Defendant, **Visible** ("**VISIBLE**"), can be served via its agent for service of process: 10000 Park Meadows Drive Suite 200, Lone Tree, CO 80124. visiblearbitrations@visible.com

**7.165** Defendant, **Vital Proteins, LLC** ("**VITAL PROTEINS**"), is organized and existing under the laws of the State of Delaware. Vital Proteins has a principal place of business at 939 W Fulton Market. Chicago, Illinois 60607. Vital Proteins can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801. info@vitalproteins.com; performance@vitalproteins.com; legal@vitalproteins.com

**7.166** Defendant, **Jennifer Aniston**¸ is an independent contractor of Defendant Vital Proteins and may be served with process along with Vital Proteins.

**7.167** Defendant, **Volkswagen Group of America, Inc.** ("**VOLKSWAGEN**"), is organized and existing under the laws of the State of New Jersey. Volkswagen has a principal place of business at 2200 Woodland Pointe Avenue, Herndon, VA 20171. Volkswagen can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. privacy@vw.com; VW.CopyrightAgent@wundermanthompson.com

**7.168** Defendant, **Volvo** ("**VOLVO**"), can be served via its agent for service of process: 1800 Volvo Place, Mahwah, NJ 07430. vcuscare@volvocars.com

**7.169** Defendant, **Walmart** ("**WALMART**"), can be served with process via the following means: 702 S.W. 8th Street, Bentonville, AR 72716. dmca@walmart.com

**7.170** Defendant, **Warner Bros. Discovery, Inc.** ("**WARNER**"), is organized and existing under the laws of the State of Delaware. Warner has a principal place of business at 30 Hudson Yards,

New York, NY 10001. Warner can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. copyright@wb.com; legal@wb.com; accessibility@warnermedia.com; recruitadmin@warnermedia.com; julie.heath@warnerbros.com; clipandstilldept@warnerbros.com; cliplicensing@hbo.com; rightspermissions@dcentertainment.com; shannon.fifer@warnerbros.com;

**7.171** Defendants **HBO Max**, **HBO Films**, **Home Box Office** ("**HBO**"), **DC Comics**, **DC Entertainment**, **Warner Bros.**, **TNT**, **NBA on TNT** ("**NBA on TNT**"), and **NHL on TNT** ("**NHL on TNT**") are all divisions of Warner and may be served along with Warner.

**7.172** Defendants associated with the following movies and shows can be served with process along with Warner Bros. Discovery, Inc.: **Kin**, **The Mule**, **Doom Patrol**, **Long Shot**, **The Righteous Gemstones**, **Bad Education**, **An American Pickle**, **Tenet**, **Let Him Go**, **The Flight Attendant**, **Fatale**, **WW84**, **News of the World**, **Promising Young Woman**, **The Little Things**, **Those Who Wish Me Dead**, **Starstruck**, **Hitman's Wife's Bodyguard**, **No Sudden Move**, **The White Lotus**, **In the Heights**, **The Suicide Squad**, **The Last Duel**, **The French Dispatch**, **Ron's Gone Wrong**, **Dune**, **Antlers**, **8-Bit Christmas**, **Nightmare Alley**, **The King's Man**, **Matrix Resurrection**, **Peacemaker**, **The Gilded Age**, **Kimi**, **Death on the Nile**, **Our Flag Means Death**, **The Batman**, **We Own this City**, **The Survivor**, **DC League of Super Pets**, **Amsterdam**, **Harley Quinn: Birds of Prey**, **Moonfall**, **See how they Run**, **Shazam!**, **Shazam! Fury of the Gods**, and **The Man from U.N.C.L.E**.

**7.173** Defendant, **TNT** ("**TNT**"), can be served with process via the following means: 1050 Techwood Drive, NW, Atlanta, GA 30318. TNTcopyrightagent@turner.com

**7.174**  Defendants **Adam Lefkoe**, **Bill Maher**, **Candace Parker**, **Charles Wade Barkley**, **Dwyane Tyrone Wade Jr.**, **Ernest Thorwald Johnson Jr.**, **James Arthur Jackson**, **Kenny Smith**, **Paul Bissonnette**, and **Shaquille O'Neal** are all employees or independent contractors of HBO, TNT, NBA on TNT,  or NHL on TNT and may be served with process along with Warner.

**7.175**  Defendant, **Wells Fargo Bank, NA** ("**WELLS FARGO**"), is organized and existing under the laws of the State of Delaware. Wells Fargo has a principal place of business at 420 Montgomery St., San Francisco, CA 94163.  Wells Fargo can be served via its registered agent: Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX, 78701. intellectualproperty@wellsfargo.com

**7.176**  Defendant, **Whole Foods Market Services, Inc.** ("**WHOLE FOODS**"), can be served via its agent for service of process: 550 Bowie Street, Austin, TX 78703.  legal@wholefoods.com;

**7.177**  Defendant, **Wingstop Inc.** ("**WINGSTOP**"), is organized and existing under the laws of the State of Delaware.  Wingstop has a principal place of business at 5501 LBJ Fwy, 5th Floor, Dallas, Texas 75240.  Wingstop can be served via its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, Delaware 19808. Legal@wingstop.com; privacy@wingstop.com

**7.178**  Defendant, **Workday, Inc.** ("**WORKDAY**"), is organized and existing under the laws of the State of Delaware.  Workday has a principal place of business at 6110 Stoneridge Mall Rd, Pleasanton, CA 94588.  Workday can be served via its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.  copyright@workday.com

7.179  Defendant, **Xtandi** ("**XTANDI**"), can be served via its agent for service of process: Astellas Pharma, Pfizer 1 Astellas Way Northbrook, IL 60062.  US.Privacy@astellas.com; corporate.communications@astellas.com


## ENTERTAINMENT

7.180  Defendant, **Abel Makkonen Tesfaye aka "The Weeknd"** –

7.181  Defendant, **Ahmed Shihab-Eldin** –

7.182  Defendant, **Alec Baldwin** –

7.183  Defendant, **Alex Cooper** –

7.184  Defendant, **Alexandra Daddario** –

7.185  Defendant, **Alexis Nunes** –

7.186  Defendant, **Alicia Keys** –

7.187  Defendant, **Alison Brie** –

7.188  Defendant, **Amala Dlamini aka Doja Cat** –

7.189  Defendant, **Andrea Savage** –

7.190  Defendant, **Anna Kendrick** –

7.191  Defendant, **Anthony Davis** –

7.192  Defendant, **Ariana Grande** –

7.193  Defendant, **Ashley Nicolette Frangipane** –

7.194  Defendant, **Ashton Kutcher** –

7.195  Defendant, **Baylee Barton** –

7.196  Defendant, **Bella Hadid** –

7.197  Defendant, **Bella Thorne** –

7.198   Defendant, **Ben Affleck** –

7.199   Defendant, **Ben Simmons** –

7.200   Defendant, **Benjamin Hammond Haggerty aka "Macklemore"** –

7.201   Defendant, **Bill Murry** –

7.202   Defendant, **Billie Eilish** –

7.203   Defendant, **Blake Lively** –

7.204   Defendant, **Brad Pitt** –

7.205   Defendant, **Bradley Cooper** –

7.206   Defendant, **Brie Larson** –

7.207   Defendant, **Candace Parker** –

7.208   Defendant, **Cameron Brink** –

7.209   Defendant, **Cara Delevingne** –

7.210   Defendant, **Belcalis Marlenis Almánzar Cephus aka "Cardi B"** –

7.211   Defendant, **Caroline D'Amore** –

7.212   Defendant, **Chari Hawkins** –

7.213   Defendant, **Charissa Thompson** –

7.214   Defendant, **Charlize Theron** –

7.215   Defendant, **Chiney Ogwumike** –

7.216   Defendant, **Christine Williamson** –

7.217   Defendant, **Christopher Brian Bridges aka "Ludacris"** –

7.218   Defendant, **Ciara Wilson** –

7.219   Defendant, **Cintia Dicker** –

7.220   Defendant, **Clifford Joseph Harris, Jr.** –

**7.221**  Defendant, **Coco Gauff** –

**7.222**  Defendant, **Colleen Quigley** –

**7.223**  Defendant, **Colson Baker** –

**7.224**  Defendant, **Conor McGregor** –

**7.225**  Defendant, **Courteney Cox** –

**7.226**  Defendant, **Dakota Fanning** –

**7.227**  Defendant, **Dakota Johnson** –

**7.228**  Defendant, **Dana Elaine Owens aka "Queen Latifa"** –

**7.229**  Defendant, **Dave Chappelle** –

**7.230**  Defendant, **Dave Portnoy** –

**7.231**  Defendant, **Declan Rice** –

**7.232**  Defendant, **Dee Devlin** –

**7.233**  Defendant, **Dele Alli** –

**7.234**  Defendant, **Diana Lorena Taurasi** –

**7.235**  Defendant, **Dove Cameron** –

**7.236**  Defendant, **Drew Barrymore** –

**7.237**  Defendant, **Dua Lipa** –

**7.238**  Defendant, **Eiza Gonzalez** –

**7.239**  Defendant, **Elizabeth Turner** –

**7.240**  Defendant, **Elizabeth Plank** –

**7.241**  Defendant, **Elle Duncan** –

**7.242**  Defendant, **Ellie Leonard** –

**7.243**  Defendant, **Elsa Hosk** –

**7.244**    Defendant, **Erin Andrews** –

**7.245**    Defendant, **Gal Godot** –

**7.246**    Defendant, **George Clooney** –

**7.247**    Defendant, **Georgia Ellenwood** –

**7.248**    Defendant, **Giannis Antetokounmpo** –

**7.249**    Defendant, **Gigi Hadid** –

**7.250**    Defendant, **Gracey Hodge** –

**7.251**    Defendant, **Gwyneth Paltrow** –

**7.252**    Defendant, **Hailey Rhode Bieber** –

**7.253**    Defendant, **Hannah Williams** – [hannahlucywilliams1@gmail.com](mailto:hannahlucywilliams1@gmail.com)

**7.254**    Defendant, **Hannah Storm** –

**7.255**    Defendant, **Harry Kane** –

**7.256**    Defendant, **Harry Styles** –

**7.257**    Defendant, **Haze Khadra** –

**7.258**    Defendant, **Holly Holm** –

**7.259**    Defendant, **Iliza Shlesinger** –

**7.260**    Defendant, **Jameela Jamil** –

**7.261**    Defendant, **Jason Momoa** –

**7.262**    Defendant, **Jeff Bezos** –

**7.263**    Defendant, **Jennifer Aniston**¸

**7.264**    Defendant, **Jennifer Garner** –

**7.265**    Defendant, **Jennifer Lawrence** –

**7.266**    Defendant, **Jenny Taft** –

**7.267**   Defendant, **Jesse Lingard** –

**7.268**   Defendant, **Jessica Chastain** –

**7.269**   Defendant, **Jessica Pegula** –

**7.270**   Defendant, **Jim Carey** –

**7.271**   Defendant, **Joe Rogan** –

**7.272**   Defendant, **Jonah Hill** –

**7.273**   Defendant, **Jordan Poole** –

**7.274**   Defendant, **Joy Taylor** –

**7.275**   Defendant, **Julia Fox** –

**7.276**   Defendant, **Justin Bieber** –

**7.277**   Defendant, **Kaia Gerber** –

**7.278**   Defendant, **Kaliegh Garris** –

**7.279**   Defendant, **Katarina Mary Johnson-Thompson** –

**7.280**   Defendant, **Kate Beckinsale** –

**7.281**   Defendant, **Keanu Reeves** –

**7.282**   Defendant, **Keenan Thompson** –

**7.283**   Defendant, **Kendall Jenner** –

**7.284**   Defendant, **Kenrick Lamar** –

**7.285**   Defendant, **Kim Kardashian** –

**7.286**   Defendant, **Kimberly A. Martin** –

**7.287**   Defendant, **Klay Alexander Thompson** –

**7.288**   Defendant, **Kristen Bell** –

**7.289**   Defendant, **Kumal Nanjiani** –

**7.290**   Defendant, **Kyle Kuzma** –

**7.291**   Defendant, **Kylie Jenner** –

**7.292**   Defendant, **Laura Ikauniece** –

**7.293**   Defendant, **Laura Rutledge** –

**7.294**   Defendant, **Leticia Bufoni** –

**7.295**   Defendant, **Logan Browning** –

**7.296**   Defendant, **Madison Beer** –

**7.297**   Defendant, **Malika Andrews** –

**7.298**   Defendant, **Margaret Qualley** –

**7.299**   Defendant, **Marshall Mathers** –

**7.300**   Defendant, **Matthew Damon** –

**7.301**   Defendant, **Melissa Viviane Jefferson aka "Lizzo"** –

**7.302**   Defendant, **Meyers Leonard** –

**7.303**   Defendant, **Michelle Obama** –

**7.304**   Defendant, **Mina Kimes** –

**7.305**   Defendant, **Mila Kunis** –

**7.306**   Defendant, **Miley Cyrus** –

**7.307**   Defendant, **Millie Bobby Brown** –

**7.308**   Defendant, **Molly Qerim** –

**7.309**   Defendant, **Monica McNutt** –

**7.310**   Defendant, **Naomi Osaka** –

**7.311**   Defendant, **Nick Kroll** –

**7.312**   Defendant, **Noomi Rapace** –

**7.313**  Defendant, **Nyjah Huston** –

**7.314**  Defendant, **Odessa A'zion** –

**7.315**  Defendant, **Paige Bueckers** –

**7.316**  Defendant, **Paris Hilton** –

**7.317**  Defendant, **Paris Jackson** –

**7.318**  Defendant, **Paul Pogba** –

**7.319**  Defendant, **Pete Davidson** –

**7.320**  Defendant, **Phil Foden** –

**7.321**  Defendant, **Raheem Sterling** –

**7.322**  Defendant, **Reese James** –

**7.323**  Defendant, **Reese Witherspoon** –

**7.324**  Defendant, **Rina Lipa** –

**7.325**  Defendant, **Rob McElhenney** –

**7.326**  Defendant, **Russel Westbrook** –

**7.327**  Defendant, **Ryan Reynolds** –

**7.328**  Defendant, **Sage Steele** –

**7.329**  Defendant, **Salma Hayek** –

**7.330**  Defendant, **Sarah Rose McDaniel** –

**7.331**  Defendant, **Sarah Sampaio** –

**7.332**  Defendant, **Sarah Silverman** –

**7.333**  Defendant, **Scott Mescudi** –

**7.334**  Defendant, **Selena Gomez** –

**7.335**  Defendant, **Selma Blair** –

**7.336** Defendant, **Seth Rogan** –

**7.337** Defendant, **Simi Khadra** –

**7.338** Defendant, **Simone Biles** –

**7.339** Defendant, **Sofia Boutella** –

**7.340** Defendant, **Sophia Vergara** –

**7.341** Defendant, **Stefani Joanne Angelina Germanotta aka "Lady Gaga"** –

**7.342** Defendant, **Suzanne Brigit Bird** –

**7.343** Defendant, **Sydney Sweeney** –

**7.344** Defendant, **Taylor Swift** –

**7.345** Defendant, **Terrence LeVarr Thornton aka "Pusha-T"** –

**7.346** Defendant, **Timothee Chalamet** –

**7.347** Defendant, **Tod Boehly** –

**7.348** Defendant, **Tom Holland** –

**7.349** Defendant, **Tracie Ellis Ross** –

**7.350** Defendant, **Travis Scott** –

**7.351** Defendant, **Trevor Noah** –

**7.352** Defendant, **Tyreek Hill** –

**7.353** Defendant, **Vanessa Hudgens** –

**7.354** Defendant, **Victoria Arlen** –

**7.355** Defendant, **Whitney Cummings** –

**7.356** Defendant, **Willow Smith** –

**7.357** Defendant, **Winnie Harlow** –

**7.358** Defendant, **Yasmine Wijnaldum** –

**7.359**   Defendant, **Zac Efron** –

**7.360**   Defendant, **Zendaya Maree Stoermer Coleman** –

**7.361**   Defendant, **Zoey Deutch** –


## PEOPLE

**7.362**   Defendant, **Azita Erfani**Ⓟ, may be served with process at the following address:  2020 Hadon St, Houston TX 77019.  Azita009@gmail.com

**7.363**   Defendant, **Kendra Berglund**Ⓟ, may be served with process at the following address: 107 E. 32nd St., Houston, TX 77018.  KendraBerglund@gmail.com

**7.364**   Defendant, **Keon Arjmandi**Ⓟ, may be served with process at the following address: 320 Decker Drive, Suite 100, Irving, TX 75062.  keonar@gmail.com; keon@arjmandilaw.com;

**7.365**   Defendant, **Sean Noble**Ⓟ, may be served with process via the following address: SeanDJNoble@gmail.com;


## UNITED STATES OF AMERICA

**7.366**   Defendant, **United States of America**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500.  Leigha.Simonton@usdoj.gov;

**7.367**   Defendant, **Joseph R. Biden**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500.  Ashley.Hoff@usdoj.gov;

**7.368**   Defendant, **Kamala Devi Harris**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500. kartik.venguswamy2@usdoj.gov

**7.369**   Defendant, **Nancy Pelosi**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500.  james.dingivan@usdoj.gov

**7.370** Defendant, **Chuck Schumer**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500. lisa.hasday@usdoj.gov

**7.371** Defendant, **Ted Cruz**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500. george.padis@usdoj.gov

**7.372** Defendant, **Alexandria Ocasio-Cortez**, may be served with process at the following address: 1600 Pennsylvania Avenue NW, Washington, DC 20500. Alexandra.ocasiocortez@mail.house.gov; press@ocasiocortez.com; us@ocasiocortez.com;

## Secret Service
**7.373** Defendant, **United States Secret Service**, may be served with process at the following address: 245 Murray Ln SW, BLDG T-5, Washington, DC 20223. ISP.WebComs@usss.dhs.gov

## Department of Justice
**7.374** Defendant, **United States Department of Justice**, is a governmental organization of the United States of America, and may be served with process at the following address: 950 Pennsylvania Avenue, NW, Washington, DC 20530. William.Admussen@usdoj.gov

**7.375** Defendant, **Merrick Garland**, may be served with process at the following address: 935 Pennsylvania Avenue, NW, Washington, D.C. 20535;

## Federal Bureau of Investigations
**7.376** Defendant, **Federal Bureau of Investigations**, is a governmental organization of the United States of America, and may be served with process at the following address: 935 Pennsylvania Avenue, NW, Washington, D.C. 20535.

**7.377** Defendant, **Chris Wray**, may be served with process at the following address: 935 Pennsylvania Avenue, NW, Washington, D.C. 20535; Chris.Wray@usdoj.gov.

## Office of the United States Attorney for the Northern District of Texas

**7.378**   Defendant, **Office of the United States Attorney for the Northern District of Texas**, is a governmental organization of the United States of America, may be served with process by serving its representative agent Civil Process Clerk at the following address: 1100 Commerce Street, Third Floor, Dallas, Texas 75242; Leigha Simonton – Leigha.Simonton@usdoj.gov;

**7.379**   Defendant, **Erin Nealy Cox**, may be served with process at the following address: 4550 Travis St, Fl 12, Dallas, TX 75205.

## Department of Homeland Security

**7.380**   Defendant, **Department of Homeland Security**, may be served with process at the following address: 2707 Martin Luther King Jr Ave SE, MS 0525, Washington, DC 20528; Alejandro Mayorkas – Alejandro.Mayorkas@dhs.gov; privacy@dhs.gov; crcl@dhs.gov; hrv.ice@dhs.gov; mediainquiry@hq.dhs.gov; dhs-oig.officepublicaffairs@oig.dhs.gov.

## Transportation Security Agency

**7.381**   Defendant, **Transportation Security Agency**, may be served with process at the following address: 2707 Martin Luther King Jr Ave SE, MS 0525, Washington, DC 20528; David_Pekoske@tsa.dhs.gov; Stacey_Fitzmaurice@tsa.dhs.gov; Holly_Canevari@tsa.dhs.gov; TSA-ContactCenter@tsa.dhs.gov; socialmedia@tsa.dhs.gov; tsamedia@tsa.dhs.gov

## Federal Communications Commission

**7.382**   Defendant, **Federal Communications Commission**, may be served with process at the following address: 45 L Street NE, Washington, DC 20554; Brendan.Carr@fcc.gov; Jessica.Rosenworcel@fcc.gov; Geoffrey.Starks@fcc.gov; Nathan.Simington@fcc.gov; radioinfo@fcc.gov; tvinfo@fcc.gov; MediaRelations@fcc.gov; fcc504@fcc.gov.

## Federal Trade Commission

**7.383**  Defendant, **Federal Trade Commission**, may be served with process at the following address: 600 Pennsylvania Avenue, NW, Washington, DC 20580.  cpo@ftc.gov; opa@ftc.gov; electronicfilings@ftc.gov; antitrust@ftc.gov.

## United States Court of Appeals for the Fifth Circuit

**7.384**  Defendant, **United States Court of Appeals for the Fifth Circuit**, may be served with process by at the following address: 600 S. Maestri Place, Suite 115 New Orleans, LA 70130. lyle_cayce@ca5.uscourts.gov; tim_tycer@ca5.uscourts.gov;

**7.385**  Defendant, **Priscilla Richman**, may be served with process at the following address: 903 San Jacinto Boulevard, Room 434 Austin, TX 78701.  Priscilla_Richman@ca5.uscourts.gov;

## United States District Court Northern District of Texas Dallas Division

**7.386**  Defendant, **United States District Court Northern District of Texas Dallas Division**, may be served with process by at the following address: 1100 Commerce Street, 1452, Dallas, Texas 75242.

**7.387**  Defendant, **Barbara Lynn**, may be served with process at the following address: 1100 Commerce Street, Room 1611, Dallas, Texas 75242.  Barbara_lynn@txnd.uscourts.gov

**7.388**  Defendant, **David Godbey**, may be served with process at the following address: 1100 Commerce Street, Room 1504, Dallas, Texas 75242.  David_Godbey@txnd.uscourts.gov

**7.389**  Defendant, **Karen Mitchell**, may be served with process at the following address: 1100 Commerce Street, Room 1611, Dallas, Texas 75242.  karen_mitchell@txnd.uscourts.gov

**7.390**  Defendant, **Renee Harris Toliver**, may be served with process at the following address: 1100 Commerce Street, Room 1611, Dallas, Texas 75242.  toliver_orders@txnd.uscourts.gov; renee_toliver@txnd.uscourts.gov; Toliver_chambers@txnd.uscourts.gov;

**7.391**   Defendant, **Ada Brown**, may be served with process at the following address: 1100 Commerce Street, Room 1312, Dallas, Texas 75242.   brown_orders@txnd.uscourts.gov; erica_monk@txnd.uscourts.gov;                              ada_brown@txnd.uscourts.gov; brown_chambers@txnd.uscourts.gov;

**7.392**   Defendant, **Ed Kinkeade**, may be served with process at the following address: 1100 Commerce Street, Room 1625, Dallas, Texas 75242. Kinkeade_Orders@txnd.uscourts.gov

**7.393**   Defendant, **David Horan**, may be served with process at the following address: 1100 Commerce Street, Room 1549, Dallas, Texas 75242. Horan_Orders@txnd.uscourts.gov

## National Highway Traffic Safety Administration

**7.394**   Defendant, **National Highway Traffic Safety Administration** ("**NHTSA**"),   may be served with process at the following address: 1200 New Jersey Avenue, SE, Washington, D.C. 20590.        NHTSA.Privacy@dot.gov;      ethicsoffice@dot.gov;      Judy.Kaleta@dot.gov; Terence.Carlson@dot.gov

## THE STATE OF TEXAS

**7.395**   Defendant, **The State of Texas**, a State, may be served with process by serving its representative agent Governor Greg Abbott at the following address: 1100 San Jacinto, Austin, Texas   78701.      Greg.Abbott@gov.texas.gov;      Courtney.Corbello@oag.texas.gov; Brent.Webster@oag.texas.gov; Grant.Dorfman@oag.texas.gov; Shawn.Cowles@oag.texas.gov; Christopher.Hilton@oag.texas.gov;                              Thomas.albright@oag.texas.gov; Ryan.kercher@oag.texas.gov;      scot.graydon@oag.texas.gov;      michael.calb@oag.texas.gov; jason.bramow@oag.texas.gov; david.shatto@oag.texas.gov

**7.396** All Defendants who are listed under this heading for The State of Texas can be served with process by serving The State of Texas.

## Office of the Texas Governor

**7.397** Defendant, **Office of the Texas Governor**, a governmental organization of Texas, may be served with process by serving its representative agent Gregg Abbott at the following address: 1100 San Jacinto, Austin, Texas 78701. James.Sullivan@gov.texas.gov

**7.398** Defendant, **Greg Abbott**,Ⓟ may be served with process at the following address: 1100 San Jacinto, Austin, Texas 78701. Press@GregAbbott.com; Info@GregAbbott.com; Scheduling@GregAbbott.com;

## Office of the Texas Lieutenant Governor

**7.399** Defendant, **Office of the Texas Lieutenant Governor**, a governmental organization of Texas, may be served with process by serving its representative agent Dan Patrick at the following address: P.O. Box 12068, Austin, Texas 78711. darrell.davila@ltgov.texas.gov; chris.sterner@ltgov.texas.gov

**7.400** Defendant, **Dan Patrick**,Ⓟ may be served with process at the following address: P.O. Box 12068, Austin, Texas 78711. dan.patrick@ltgov.texas.gov; alix.morris@ltgov.texas.gov

## Office of the Texas Attorney General

**7.401** Defendant, **Office of the Texas Attorney General**, a governmental organization of Texas, may be served with process by serving its representative agent Ken Paxton at the following address: 209 W. 14th St., Austin, TX 78711. Johnathan.Stone@oag.texas.gov

**7.402** Defendant, **Ken Paxton**,Ⓟ may be served with process at the following address: 209 W. 14th St., Austin, TX 78711. Ken.paxton@oag.texas.gov

**7.403**   Defendant, **John Messinger**,Ⓟ may be served with process at the following address: 209 W. 14th Street, Austin, Texas 78701.  John.messinger@spa.texas.gov

**Members of the Texas Legislature**

**7.404**   Defendant, **Abel Herrero**,Ⓟ may be served with process via the following means:

Abel.Herrero@house.texas.gov

**7.405**   Defendant, **Alex Dominguez**,Ⓟ may be served with process via the following means:

Alex.Dominguez@house.texas.gov

**7.406**   Defendant, **Andrew Murr**,Ⓟ may be served with process via the following means:

Andrew.Murr@house.texas.gov

**7.407**   Defendant, **Angela Paxton**,Ⓟ may be served with process via the following means:

Angela.Paxton@senate.texas.gov

**7.408**   Defendant, **Angie Button**,Ⓟ may be served with process via the following means:

Angie.Button@house.texas.gov

**7.409**   Defendant, **Ann Johnson**,Ⓟ may be served with process via the following means:

Ann.Johnson@house.texas.gov

**7.410**   Defendant, **Art Fierro**,Ⓟ may be served with process via the following means:

Art.Fierro@house.texas.gov

**7.411**   Defendant, **Ben Leman**,Ⓟ may be served with process via the following means:

Ben.Leman@house.texas.gov

**7.412**   Defendant, **Beverly Powell**,Ⓟ may be served with process via the following means:

Beverly.Powell@senate.texas.gov

**7.413** Defendant, **Bill Zedler**,Ⓟ may be served with process via the following means:

Bill.Zedler@house.texas.gov

**7.414** Defendant, **Borris Miles**,Ⓟ may be served with process via the following means:

Borris.Miles@senate.texas.gov

**7.415** Defendant, **Brad Buckley**,Ⓟ may be served with process via the following means:

Brad.Buckley@house.texas.gov

**7.416** Defendant, **Briscoe Cain**,Ⓟ may be served with process via the following means:

Briscoe.Cain@house.texas.gov

**7.417** Defendant, **Brooks Landgraf**,Ⓟ may be served with process via the following means:

Brooks.Landgraf@house.texas.gov

**7.418** Defendant, **Bryan Hughes**,Ⓟ may be served with process via the following means:

Bryan.Hughes@senate.texas.gov

**7.419** Defendant, **Bryan Hughes**,Ⓟ may be served with process via the following means:

Bryan.Hughes@senate.texas.gov

**7.420** Defendant, **Bryan Slaton**,Ⓟ may be served with process via the following means:

Bryan.Slaton@house.texas.gov

**7.421** Defendant, **Candy Noble**,Ⓟ may be served with process via the following means:

Candy.Noble@house.texas.gov

**7.422** Defendant, **Cecil Bell**,Ⓟ may be served with process via the following means:

Cecil.Bell@house.texas.gov

**7.423** Defendant, **Charles Anderson**,Ⓟ may be served with process via the following means:

Charles.Anderson@house.texas.gov

**7.424** Defendant, **Charles Schwertner**,℗ may be served with process via the following means:

Charles.Schwertner@senate.texas.gov

**7.425** Defendant, **Charlie Geren**,℗ may be served with process via the following means:

Charlie.Geren@house.texas.gov

**7.426** Defendant, **Chris Paddie**,℗ may be served with process via the following means:

Chris.Paddie@house.texas.gov

**7.427** Defendant, **Cindy Burkett**,℗ may be served with process via the following means:

Cindy.Burkett@house.texas.gov

**7.428** Defendant, **Claudia Ordaz**,℗ may be served with process via the following means:

Claudia.Ordaz@house.texas.gov

**7.429** Defendant, **Cody Harris**,℗ may be served with process via the following means:

Cody.Harris@house.texas.gov

**7.430** Defendant, **Cody Vasut**,℗ may be served with process via the following means:

Cody.Vasut@house.texas.gov

**7.431** Defendant, **Cole Hefner**,℗ may be served with process via the following means:

Cole.Hefner@house.texas.gov

**7.432** Defendant, **Craig Goldman**,℗ may be served with process via the following means:

Craig.Goldman@house.texas.gov

**7.433** Defendant, **Dan Huberty**,℗ may be served with process via the following means:

Dan.Huberty@house.texas.gov

**7.434** Defendant, **David Cook**,℗ may be served with process via the following means:

David.Cook@house.texas.gov

**7.435**  Defendant, **David Spiller**,Ⓟ may be served with process via the following means:

David.Spiller@house.texas.gov

**7.436**  Defendant, **Dennis Paul**,Ⓟ may be served with process via the following means:

Dennis.Paul@house.texas.gov

**7.437**  Defendant, **Donna Campbell**,Ⓟ may be served with process via the following means:

Donna.Campbell@senate.texas.gov

**7.438**  Defendant, **Drew Springer**,Ⓟ may be served with process via the following means:

Drew.Springer@senate.texas.gov

**7.439**  Defendant, **Drew.Darby**,Ⓟ may be served with process via the following means:

Drew.Darby@house.texas.gov

**7.440**  Defendant, **Dustin Burrow**,Ⓟ may be served with process via the following means:

Dustin.Burrows@house.texas.gov

**7.441**  Defendant, **Dustin Burrows**,Ⓟ may be served with process via the following means:

Dustin.Burrows@house.texas.gov

**7.442**  Defendant, **Dwayne Burns**,Ⓟ may be served with process via the following means:

Dwayne.Burns@house.texas.gov

**7.443**  Defendant, **Dwyane Bohac**,Ⓟ may be served with process via the following means:

Dwyane.Bohac@house.texas.gov

**7.444**  Defendant, **Ed Thompson**,Ⓟ may be served with process via the following means:

Ed.Thompson@house.texas.gov

**7.445**  Defendant, **Eddie Lucio**,Ⓟ may be served with process via the following means:

Eddie.Lucio@senate.texas.gov

**7.446** Defendant, **Eddie Morales**,Ⓟ may be served with process via the following means:

Eddie.Morales@house.texas.gov

**7.447** Defendant, **Ernest Bailes**,Ⓟ may be served with process via the following means:

Ernest.Bailes@house.texas.gov

**7.448** Defendant, **Four Price**,Ⓟ may be served with process via the following means:

Four.Price@house.texas.gov

**7.449** Defendant, **Gary VanDeaver**,Ⓟ may be served with process via the following means:

Gary.VanDeaver@house.texas.gov

**7.450** Defendant, **Geanie Morrison**,Ⓟ may be served with process via the following means:

Geanie.Morrison@house.texas.gov

**7.451** Defendant, **Gene Wu**,Ⓟ may be served with process via the following means:

Gene.Wu@house.texas.gov

**7.452** Defendant, **Gina Hinojosa**,Ⓟ may be served with process via the following means:

Gina.Hinojosa@house.texas.gov

**7.453** Defendant, **Giovanni Capriglione**,Ⓟ may be served with process via the following means:

Giovanni.Capriglione@house.texas.gov

**7.454** Defendant, **Glenn Rogers**,Ⓟ may be served with process via the following means:

Glenn.Rogers@house.texas.gov

**7.455** Defendant, **Greg Bonnen**,Ⓟ may be served with process via the following means:

Greg.Bonnen@house.texas.gov

**7.456** Defendant, **Harold Dutton**,Ⓟ may be served with process via the following means:

Harold.Dutton@house.texas.gov

**7.457** Defendant, **Hugh Shine**,Ⓟ may be served with process via the following means:

Hugh.Shine@house.texas.gov

**7.458** Defendant, **J.M. Lozano**,Ⓟ may be served with process via the following means:

JM.Lozano@house.texas.gov

**7.459** Defendant, **Jacey Jetton**,Ⓟ may be served with process via the following means:

Jacey.Jetton@house.texas.gov

**7.460** Defendant, **James Frank**,Ⓟ may be served with process via the following means:

James.Frank@house.texas.gov

**7.461** Defendant, **James White**,Ⓟ may be served with process via the following means:

James.White@house.texas.gov

**7.462** Defendant, **James White**,Ⓟ may be served with process via the following means:

James.White@house.texas.gov

**7.463** Defendant, **Jane Nelson**,Ⓟ may be served with process via the following means:

Jane.Nelson@senate.texas.gov

**7.464** Defendant, **Jared Patterson**,Ⓟ may be served with process via the following means:

Jared.Patterson@house.texas.gov

**7.465** Defendant, **Jason Villalba**,Ⓟ may be served with process via the following means:

Jason.Villalba@house.texas.gov

**7.466** Defendant, **Jay Dean**,Ⓟ may be served with process via the following means:

Jay.Dean@house.texas.gov

**7.467** Defendant, **Jeff Cason**,Ⓟ may be served with process via the following means:

Jeff.Cason@house.texas.gov

**7.468** Defendant, **Jeff Leach,**Ⓟ may be served with process via the following means:

Jeff.Leach@house.texas.gov

**7.469** Defendant, **Jeff Leach,**Ⓟ may be served with process via the following means:

Jeff.Leach@house.texas.gov

**7.470** Defendant, **Jim Murphy,**Ⓟ may be served with process via the following means:

Jim.Murphy@house.texas.gov

**7.471** Defendant, **Joan Huffman,**Ⓟ may be served with process via the following means:

Joan.Huffman@senate.texas.gov

**7.472** Defendant, **Joe Moody,**Ⓟ may be served with process via the following means:

Joe.Moody@house.texas.gov

**7.473** Defendant, **John Cyrier,**Ⓟ may be served with process via the following means:

John.Cyrier@house.texas.gov

**7.474** Defendant, **John Frullo,**Ⓟ may be served with process via the following means:

John.Frullo@house.texas.gov

**7.475** Defendant, **John Kuempel,**Ⓟ may be served with process via the following means:

John.Kuempel@house.texas.gov

**7.476** Defendant, **John Raney,**Ⓟ may be served with process via the following means:

John.Raney@house.texas.gov

**7.477** Defendant, **John Smithee,**Ⓟ may be served with process via the following means:

John.Smithee@house.texas.gov

**7.478** Defendant, **Jose Menéndez,**Ⓟ may be served with process via the following means:

Jose.Menéndez@senate.texas.gov

**7.479** Defendant, **Judith Zaffirini**,Ⓟ may be served with process via the following means:

Judith.Zaffirini@senate.texas.gov

**7.480** Defendant, **Justin Holland**,Ⓟ may be served with process via the following means:

Justin.Holland@house.texas.gov

**7.481** Defendant, **Keith Bell**,Ⓟ may be served with process via the following means:

Keith.Bell@house.texas.gov

**7.482** Defendant, **Ken King**,Ⓟ may be served with process via the following means:

Ken.King@house.texas.gov

**7.483** Defendant, **Kyle Biedermann**,Ⓟ may be served with process via the following means:

Kyle.Biedermann@house.texas.gov

**7.484** Defendant, **Kyle Kacal**,Ⓟ may be served with process via the following means:

Kyle.Kacal@house.texas.gov

**7.485** Defendant, **Lacey Hull**,Ⓟ may be served with process via the following means:

Lacey.Hull@house.texas.gov

**7.486** Defendant, **Leo Pacheco**,Ⓟ may be served with process via the following means:

Leo.Pacheco@house.texas.gov

**7.487** Defendant, **Lois Kolkhorst**,Ⓟ may be served with process via the following means:

Lois.Kolkhorst@senate.texas.gov

**7.488** Defendant, **Lois Kolkhorst**,Ⓟ may be served with process via the following means:

Lois.Kolkhorst@senate.texas.gov

**7.489** Defendant, **Lyle Larson**,Ⓟ may be served with process via the following means:

Lyle.Larson@house.texas.gov

**7.490** Defendant, **Lynn Stucky**,Ⓟ may be served with process via the following means:

Lynn.Stucky@house.texas.gov

**7.491** Defendant, **Mary Perez**,Ⓟ may be served with process via the following means:

MaryAnn.Perez@house.texas.gov

**7.492** Defendant, **Matt Schaefer**,Ⓟ may be served with process via the following means:

Matt.Schaefer@house.texas.gov

**7.493** Defendant, **Matt Schaefer**,Ⓟ may be served with process via the following means:

Matt.Schaefer@house.texas.gov

**7.494** Defendant, **Matt Shaheen**,Ⓟ may be served with process via the following means:

Matt.Shaheen@house.texas.gov

**7.495** Defendant, **Mayes Middleton**,Ⓟ may be served with process via the following means:

Mayes.Middleton@senate.texas.gov

**7.496** Defendant, **Morgan Meyer**,Ⓟ may be served with process via the following means:

Morgan.Meyer@house.texas.gov

**7.497** Defendant, **Nate Krause**,Ⓟ may be served with process via the following means:

Nate.Krause@house.texas.gov

**7.498** Defendant, **Nicole Collier**,Ⓟ may be served with process via the following means:

Nicole.Collier@house.texas.gov

**7.499** Defendant, **Oscar Longoria**,Ⓟ may be served with process via the following means:

Oscar.Longoria@house.texas.gov

**7.500** Defendant, **Pat Fallon**,Ⓟ may be served with process via the following means:

Pat.Fallon@house.texas.gov

**7.501**  Defendant, **Paul Bettencourt**,Ⓟ may be served with process via the following means:

Paul.Bettencourt@senate.texas.gov

**7.502**  Defendant, **Phil King**,Ⓟ may be served with process via the following means:

Phil.King@senate.texas.gov

**7.503**  Defendant, **Phil King**,Ⓟ may be served with process via the following means:

Phil.King@senate.texas.gov

**7.504**  Defendant, **Phil Stephenson**,Ⓟ may be served with process via the following means:

Phil.Stephenson@house.texas.gov

**7.505**  Defendant, **Philip Cortez**,Ⓟ may be served with process via the following means:

Philip.Cortez@house.texas.gov

**7.506**  Defendant, **Reggie Smith**,Ⓟ may be served with process via the following means:

Reggie.Smith@house.texas.gov

**7.507**  Defendant, **Rhetta Bowers**,Ⓟ may be served with process via the following means:

Rhetta.Bowers@house.texas.gov

**7.508**  Defendant, **Richard Raymond**,Ⓟ may be served with process via the following means:

Richard.Raymond@house.texas.gov

**7.509**  Defendant, **Robert Nichols**,Ⓟ may be served with process via the following means:

Robert.Nichols@senate.texas.gov

**7.510**  Defendant, **Royce West**,Ⓟ may be served with process via the following means:

Royce.West@senate.texas.gov

**7.511**  Defendant, **Ryan Guillen**,Ⓟ may be served with process via the following means:

Ryan.Guillen@house.texas.gov

**7.512** Defendant, **Ryan Guillen**,Ⓟ may be served with process via the following means:

Ryan.Guillen@house.texas.gov

**7.513** Defendant, **Sam Harless**,Ⓟ may be served with process via the following means:

Sam.Harless@house.texas.gov

**7.514** Defendant, **Scott Sanford**,Ⓟ may be served with process via the following means:

Scott.Sanford@house.texas.gov

**7.515** Defendant, **Shelby Slawson**,Ⓟ may be served with process via the following means:

Shelby.Slawson@house.texas.gov

**7.516** Defendant, **Stan Lambert**,Ⓟ may be served with process via the following means:

Stan.Lambert@house.texas.gov

**7.517** Defendant, **Stephanie Klick**,Ⓟ may be served with process via the following means:

Stephanie.Klick@house.texas.gov

**7.518** Defendant, **Steve Allison**,Ⓟ may be served with process via the following means:

Steve.Allison@house.texas.gov

**7.519** Defendant, **Steve Toth**,Ⓟ may be served with process via the following means:

Steve.Toth@house.texas.gov

**7.520** Defendant, **Tan Parker**,Ⓟ may be served with process via the following means:

Tan.Parker@senate.texas.gov

**7.521** Defendant, **Terry Canales**,Ⓟ may be served with process via the following means:

Terry.Canales@house.texas.gov

**7.522** Defendant, **Terry Canales**,Ⓟ may be served with process via the following means:

Terry.Canales@house.texas.gov

**7.523**   Defendant, **Terry Wilson**, Ⓟ may be served with process via the following means:

Terry.Wilson@house.texas.gov

**7.524**   Defendant, **Todd Hunter**, Ⓟ may be served with process via the following means:

Todd.Hunter@house.texas.gov

**7.525**   Defendant, **Tom Oliverson**, Ⓟ may be served with process via the following means:

Tom.Oliverson@house.texas.gov

**7.526**   Defendant, **Tony Tinderholt**, Ⓟ may be served with process via the following means:

Tony.Tinderholt@house.texas.gov

**7.527**   Defendant, **Travis Clardy**, Ⓟ may be served with process via the following means:

Travis.Clardy@house.texas.gov

**7.528**   Defendant, **Trent Ashby**, Ⓟ may be served with process via the following means:

Trent.Ashby@house.texas.gov

**7.529**   Defendant, **Valoree Swanson**, Ⓟ may be served with process via the following means:

Valoree.Swanson@house.texas.gov

**7.530**   Defendant, **Wayne Faircloth**, Ⓟ may be served with process via the following means:

Wayne.Faircloth@house.texas.gov

**7.531**   Defendant, **Will Metcalf**, Ⓟ may be served with process via the following means:

Will.Metcalf@house.texas.gov

**7.532**   Defendant, **Jake Ellzey**, Ⓟ may be served with process via the following means:

Jake.Ellzey@mail.house.gov

## North Texas Tollway Authority

**7.533**   Defendant, **North Texas Tollway Authority** ("**NTTA**"),  may be served with process at the following address: 5900 W. Plano Parkway, Plano, TX 75093.  NTTAOmbudsman@ntta.org

## Texas Department of Transportation

**7.534**   Defendant, **Texas Department of Transportation** ("**TxDOT**"),   may be served with process at the following address: 125 E. 11th Street, Austin, TX 78701.  Compliance@TxDOT.gov

## Supreme Court of Texas

**7.535**   Defendant, **Supreme Court of Texas**, a governmental organization of Texas, may be served with process by serving its representative agent Nathan Hecht at the following address: 201 W. 14th St., Austin, TX 78711.  Nina.HessHsu@txcourts.gov;  Sherma.Clery@txcourts.gov; Brad.Sonego@txcourts.gov

**7.536**   Defendant, **Nathan Hecht**,℗ may be served with process at the following address: 201 West 14th Street, Austin, Texas 78711.  Nathan.Hecht@txcourts.gov

**7.537**   Defendant, **Debra Lehrmann**,℗ may be served with process at the following address: 201 West 14th Street, Austin, Texas 78711.  Debra.Lehrmann@txcourts.gov

**7.538**   Defendant, **John P. Devine**,℗ may be served with process at the following address: 201 West 14th Street, Austin, Texas 78711.  John.Devine@txcourts.gov

**7.539**   Defendant, **Jeffrey S. Boyd**,℗ may be served with process at the following address: 201 West 14th Street, Austin, Texas 78711.  Jeffrey.Boyd@txcourts.gov

**7.540**   Defendant, **Eva Guzman**,℗ may be served with process at the following address: 1200 Smith Street, Suite 14th Floor, Houston, TX 77002.

**7.541** Defendant, **David Medina**,℗ may be served with process at the following address: 1200 Smith St Fl 14, Houston, TX 77002-4317.

**7.542** Defendant, **Wallace Jefferson**,℗ may be served with process at the following address: 515 Congress Ave Ste 2350, Austin, TX 78701.

**7.543** Defendant, **Paul Green**,℗ may be served with process at the following address: 10001 Reunion Pl Ste 640A, Union Square II Bldg, San Antonio, TX 78216.

**7.544** Defendant, **Dale Wainwright**,℗ may be served with process at the following address: 300 W 6th St Ste 2050, Austin, TX 78701.

**7.545** Defendant, **Phil Johnson**,℗ may be served with process at the following address: 2301 60th St, Lubbock, TX 79412-3304.

**7.546** Defendant, **Blake A. Hawthorne**,℗ may be served with process at the following address: 201 West 14th Street, Austin, Texas 78711.  Blake.Hawthorne@txcourts.gov

**Texas Court of Criminal Appeals**
**7.547** Defendant, **Texas Court of Criminal Appeals**, a governmental organization of Texas, may be served with process by serving its representative agent Sharon Keller at the following address: 201 W. 14th St., Austin, TX 78711.

**7.548** Defendant, **Sharon Keller**,℗ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Sharon.Keller@txcourts.gov

**7.549** Defendant, **Barbara Hervey**,℗ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Barbara.Hervey@txcourts.gov

**7.550** Defendant, **David Newell**,℗ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  David.Newell@txcourts.gov

**7.551**   Defendant, **Bert Richardson**,Ⓟ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Bert.Richardson@txcourts.gov

**7.552**   Defendant, **Kevin Patrick Yeary**,Ⓟ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Kevin.Yeary@txcourts.gov

**7.553**   Defendant, **Mary Lou Keel**,Ⓟ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Mary.Keel@txcourts.gov

**7.554**   Defendant, **Scott Walker**,Ⓟ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Scott.Walker@txcourts.gov

**7.555**   Defendant, **Michael Keasler**,Ⓟ may be served with process at the following address: 201 W 14th St, Austin, TX 78701.  Michael.Keasler@txcourts.gov

**Texas Office of Court Administration**

**7.556**   Defendant, **Texas Office of Court Administration**, a governmental organization of Texas, may be served with process at the following address: 205 W. 14th St., Austin, TX 78711. Carol.Harper@txcourts.gov; Megan.Lavoie@txcourts.gov

**7.557**   Defendant, **David Slayton**,Ⓟ may be served with process at the following address: 205 W 14th St, Austin, TX 78701.  David.Slayton@txcourts.gov;

**Texas Judicial Council**

**7.558**   Defendant, **Texas Judicial Council**, a governmental organization of Texas, may be served with process by serving its representative agent Nathan Hecht at the following address: 201 W. 14th St., Austin, TX 78711.

**7.559**   Honorable Edward Spillane,Ⓟ Chair - Committee Report - Sexual Harassment - June 2018; Public Trust and Confidence Committee - Implicit Bias - 2020

**7.560**   Honorable Gary Bellair,Ⓟ - Committee Report - Sexual Harassment - June 2018

**7.561**   Honorable Bill Boyce,Ⓟ - Committee Report - Sexual Harassment - June 2018

**7.562**   Honorable Bill Gravell,Ⓟ - Committee Report - Sexual Harassment - June 2018

**7.563**   Senator Judith Zaffirini,Ⓟ - Committee Report - Sexual Harassment - June 2018; Public Trust and Confidence Committee - Implicit Bias - 2020

**7.564**   Representative John Smithee,Ⓟ - Committee Report - Sexual Harassment - June 2018

**7.565**   Ms. Sonia Clayton,Ⓟ - Committee Report - Sexual Harassment - June 2018; Public Trust and Confidence Committee - Implicit Bias - 2020

**7.566**   Ms. Allyson Ho,Ⓟ - Committee Report - Sexual Harassment - June 2018

**7.567**   Hon. Sherry Radack - Public Trust and Confidence Committee - Implicit Bias - 2020

**7.568**   Hon. Vivian Torres,Ⓟ - Public Trust and Confidence Committee - Implicit Bias - 2020

**7.569**   Hon. Maggie Sawyer,Ⓟ - Public Trust and Confidence Committee - Implicit Bias - 2020

**7.570**   Mr. Ken Saks,Ⓟ - Public Trust and Confidence Committee - Implicit Bias - 2020

**7.571**   Ms. Rachel Racz,Ⓟ - Public Trust and Confidence Committee - Implicit Bias - 2020


**Council of Presiding Judges**
**7.572**   Defendant, **Council of Presiding Judges**, a governmental organization of Texas, may be served with process by serving its representative agent Nathan Hecht at the following address: 201 W. 14th St., Austin, TX 78711. Nathan.Hecht@txcourts.gov

**State Commission on Judicial Conduct**

**7.573**  Defendant, **State Commission on Judicial Conduct**, a governmental organization of Texas, may be served with process by serving its representative agent Zindia Thomas at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.574**  Defendant, **Valerie Ertz**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.575**  Defendant, **Douglas Lang**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.576**  Defendant, **Patti Johnson**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.577**  Defendant, **Martha Hernandez**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.578**  Defendant, **Diane Threadgill**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.579**  Defendant, **Demetrius Bivins**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.580**  Defendant, **Orlinda Naranjo**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.581**  Defendant, **David Russell**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.582**  Defendant, **David Patronella**,℗ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**7.583**  Defendant, **David Hall**,Ⓟ may be served with process at the following address: 300 W 15th St # 415, Austin, TX 78701.

**State Bar of Texas**

**7.584**  Defendant, **State Bar of Texas**, a governmental organization of Texas, may be served with process by serving executive director, Trey Apffel, at the following address: 1414 Colorado Street, Austin, Texas 78701.  trey.apffel@texasbar.com

**7.585**  Defendant, **Randell Sorrels**,Ⓟ may be served with process at the following address: 5300 Memorial Dr, Ste 270, Houston, TX 77007.  RSorrels@awtxlaw.com

**7.586**  Defendant, **Larry McDougal**,Ⓟ may be served with process at the following address: 809 Houston St, Richmond, TX 77469.

**7.587**  Defendant, **Jerry Alexander**,Ⓟ may be served with process at the following address: 1201 Elm St Ste 2500, Dallas, TX 75270.

**7.588**  Defendant, **Lora Livingston**,Ⓟ may be served with process at the following address: 1000 Guadalupe St, Rm. 261, Austin, TX 78701.    Lora.Livingston@traviscountytx.gov; 261.submission@traviscountytx.gov; Lasonya.Gay@traviscountytx.gov

**7.589**  Defendant, **Randall LaRue**,Ⓟ may be served with process at the following address: 1000 Guadalupe St, Rm. 261, Austin, TX 78701.  Randall.LaRue@traviscountytx.gov

**7.590**  Defendant, **Lori Rickert**,Ⓟ may be served with process at the following address: 111 E. Locust, Room 201, Angleton, Texas 77515.  jayeb@brazoria-county.com

**Office Chief Disciplinary Counsel**

**7.591**   Defendant, **Office of Chief Disciplinary Counsel**, a governmental organization of Texas, may be served with process by serving its representative agent Seana Willing at the following address: 1414 Colorado Street, Austin, Texas 78701.  Seana.Willing@texasbar.com

**7.592**   Defendant, **Seana Willing**,Ⓟ may be served with process at the following address: 1414 Colorado Street, Austin, Texas 78701.  Seana.Willing@texasbar.com

**7.593**   Defendant, **Claire Reynolds**,Ⓟ may be served with process at the following address: 1414 Colorado Street, Austin, Texas 78701.  Claire.Reynolds@texasbar.com; creynolds@texasbar.com

**7.594**   Defendant, **Rachel Craig**,Ⓟ may be served with process at the following address: 14651 Dallas Parkway, Suite 825, Dallas, TX 75254.  Rachel.Craig@texasbar.com

**7.595**   Defendant, **Sophia Henderson**,Ⓟ may be served with process at the following address: 14651 Dallas Parkway, Suite 825, Dallas, TX 75254.  Sophia.Henderson@texasbar.com

**7.596**   Defendant, **Cynthia Valentine**,Ⓟ may be served with process at the following address: 4801 Woodway Dr., Suite 315-W, Houston, TX 77056.   Cynthia.Valentine@texasbar.com; CValentine@texasbar.com

**7.597**   Defendant, **Pamela Sosa**,Ⓟ may be served with process at the following address: 4801 Woodway Dr., Suite 315-W, Houston, TX 77056.  Pamela.Sosa@texasbar.com

**7.598**   Defendant, **Patricia Redman**,Ⓟ may be served with process at the following address: 4801 Woodway Dr., Suite 315-W, Houston, TX 77056.  Patricia.Redman@texasbar.com

**7.599**   Defendant, **Rocio Alanis**,Ⓟ may be served with process at the following address: 4801 Woodway Dr., Suite 315-W, Houston, TX 77056.  Rocio.Alanis@texasbar.com

## Commission for Lawyer Discipline

**7.600**   Defendant, **Commission for Lawyer Discipline**, a governmental organization of Texas, may be served with process by serving its representative agent Roberto Ramirez at the following address: 1414 Colorado Street, Austin, Texas 78701. Roberto.Ramirez@texasbar.com; Gena.Bunn@texasbar.com

## Texas Board of Disciplinary Appeals

**7.601**   Defendant, **Texas Board of Disciplinary Appeals**, a governmental organization of Texas, may be served with process by serving its representative agent Kelli Hinson at the following address: 1414 Colorado Street, Austin, Texas 78701. Kelli.Hinson@txboda.org; info@txboda.org; filing@txboda.org; appeal@txboda.org

## Eleventh Administrative Judicial Region of Texas

**7.602**   Defendant, **Eleventh Administrative Judicial Region of Texas**, may be served with process by serving its representative agent Susan Brown at the following address: 301 Fannin St, Houston, TX 77002. Rebecca_Brite@justex.net

**7.603**   Defendant, **Susan Brown**,Ⓟ may be served with process at the following address: 301 Fannin St, Houston, TX 77002. Susan_brown@justex.net;

## Harris County, Texas

**7.604**   Defendant, **Harris County, Texas**, a municipal corporation of Texas, may be served with process by serving its representative agent Lina Hidalgo at the following address: 1001 Preston, Suite 911, Houston, Texas 77002. judge.hidalgo@cjo.hctx.net; CJOservice@cjo.hctx.net; Christian.menefee@cao.hctx.net

**Past or Present Judges**

The following Defendants may be served with process by serving their representative agent

Christian D. Menefee at the following address: 1019 Congress, 15th Floor, Houston, TX 77002.

Christian.menefee@cao.hctx.net

**7.605** Abigail Anastasio℗ – Abigail_Anastasio@justex.net

**7.606** Analia Wilkerson℗

**7.607** Andrew Wright℗ – Andrew_Wright@ccl.hctx.net

**7.608** Beau Miller℗ – Beau_Miller@justex.net

**7.609** Belinda Hill℗ – Belinda_hill@justex.net

**7.610** Bill Mcleod℗ – Bill@sibrianlaw.com

**7.611** Brad Hart℗ – Bradhartcampaign@gmail.com

**7.612** Brock Thomas℗ – Brock_Thomas@justex.net

**7.613** Catherine Evans℗ – CE@catherineevanslaw.com

**7.614** Connie Spence℗

**7.615** Conrad Moren℗ – Conrad_Moren@justex.net

**7.616** Dan Spjut℗

**7.617** Darrell Jordan℗ – Darrell_Jordan@ccl.hctx.net

**7.618** David Patronella℗ – info@judgedavidpatronella.com

**7.619** Denise Bradley℗

**7.620** Denise Collins℗ – Denise_Collins@justex.net

**7.621** Diane Bull℗

**7.622**  Don Smyth℗

**7.623**  Franklin Bynum℗ – [Franklin_bynum@ccl.hctx.net](mailto:Franklin_bynum@ccl.hctx.net)

**7.624**  Genesis Draper℗ – [Genesis_Draper@ccl.hctx.net](mailto:Genesis_Draper@ccl.hctx.net)

**7.625**  George Barnstone℗ – [George_Barnstone@ccl.hctx.net](mailto:George_Barnstone@ccl.hctx.net)

**7.626**  George Powell℗ – [george@thepowellfirm-texastriallawyerspllc.com](mailto:george@thepowellfirm-texastriallawyerspllc.com);

[sharron@thepowellfirm-texastriallawyerspllc.com](mailto:sharron@thepowellfirm-texastriallawyerspllc.com)

**7.627**  Hazel Jones℗ – [Hazel_Jones@justex.net](mailto:Hazel_Jones@justex.net)

**7.628**  Herb Ritchie℗

**7.629**  Hilary Unger℗ – [Hilary_Unger@justex.net](mailto:Hilary_Unger@justex.net)

**7.630**  James Anderson℗ – [James_Anderson@justex.net](mailto:James_Anderson@justex.net)

**7.631**  Jan Krocker℗ – [Jan_Krocker@justex.net](mailto:Jan_Krocker@justex.net)

**7.632**  Jason Luong℗ – [Jason_Luong@justex.net](mailto:Jason_Luong@justex.net)

**7.633**  Jay Karahan℗ – [jay@jaykarahanlaw.com](mailto:jay@jaykarahanlaw.com)

**7.634**  Jean Spradling℗

**7.635**  Jeannine Barr℗ – [jsbarr1960@gmail.com](mailto:jsbarr1960@gmail.com)

**7.636**  Jim Wallace℗

**7.637**  John Clinton℗ – [John_Clinton@justex.net](mailto:John_Clinton@justex.net)

**7.638**  Katherine Cabaniss℗ –       [katherine@judgecabaniss.com](mailto:katherine@judgecabaniss.com)

**7.639**  Kelli Johnson℗ – [Kelli_Johnson@justex.net](mailto:Kelli_Johnson@justex.net)

**7.640**  Kristin Guiney℗ – [Kristin_Guiney@justex.net](mailto:Kristin_Guiney@justex.net)

**7.641** Kristin Hawkins℗ – Kristin_Hawkins@justex.net

**7.642** Larry Standley℗

**7.643** Latosha Payne-Lewis℗ – Latosha_Lewis@justex.net;

Ozuqui.Quintanilla@hcdistrictclerk.com

**7.644** Lauren Reeder℗ – Lauren_Reeder@justex.net

**7.645** Leslie Yates℗ – Leslie_Yates@justex.net

**7.646** Linda Garcia℗ – Linda.Garcia@cao.hctx.net

**7.647** Linda Storey℗ – Judge@storeymediation.com

**7.648** Lisa Millard℗ – Lisa_Millard@justex.net

**7.649** Marc Brown℗ – Marc_Brown@justex.net

**7.650** Marc Carter℗

**7.651** Mark Kent Ellis℗ – Mark_Ellis@justex.net

**7.652** Margaret Harris℗

**7.653** Maria Jackson℗

**7.654** Marilyn Brugess℗ – M.Burgess@hcdistrictclerk.com;

Marilyn.Burgess@hcdistrictclerk.com

**7.655** Martha Hill Jamison℗ – Martha_Jamison@justex.net

**7.656** Michael McSpadden℗

**7.657** Michael R. Fields℗ – JudgeFields@MSN.com; Mike.Fields@MikeFieldsLaw.com;

Michael_Fields@justex.net

**7.658** Mike Wilkinson℗ – Mike_Wilkinson@justex.net

**7.659** Natalie Fleming℗ – [Natalie_Fleming@justex.net](mailto:Natalie_Fleming@justex.net)

**7.660** Nikita Harmon℗ – [Nikita_Harmon@justex.net](mailto:Nikita_Harmon@justex.net)

**7.661** Pam Derbyshire℗

**7.662** Paula Goodhart℗ – [goodhart@texaslegalteam.net](mailto:goodhart@texaslegalteam.net)

**7.663** Ramona Franklin℗ – [Ramona_Franklin@justex.net](mailto:Ramona_Franklin@justex.net)

**7.664** Randy Roll℗ – [Randolph_Roll@justex.net](mailto:Randolph_Roll@justex.net)

**7.665** Raul Rodriguez℗ – [Raul_Rodriguez@ccl.hctx.net](mailto:Raul_Rodriguez@ccl.hctx.net)

**7.666** Renee Magee℗ – [hreneemagee@gmail.com](mailto:hreneemagee@gmail.com)

**7.667** Richard Vara℗

**7.668** Robert Johnson℗ – [Robert_Johnson@justex.net](mailto:Robert_Johnson@justex.net)

**7.669** Robert Schaffer℗ – [Robert_Schaffer@justex.net](mailto:Robert_Schaffer@justex.net)

**7.670** Robin Brown℗ – [Robin_Brown@justex.net](mailto:Robin_Brown@justex.net)

**7.671** Ruben Guerrero℗ –

**7.672** Scott Dollinger℗ – [Scott_Dollinger@justex.net](mailto:Scott_Dollinger@justex.net)

**7.673** Sedrick Walker℗ – [Sedrick_Walker@ccl.hctx.net](mailto:Sedrick_Walker@ccl.hctx.net)

**7.674** Sherman Ross℗ – [Sherman_Ross@justex.net](mailto:Sherman_Ross@justex.net)

**7.675** Stacey Bond℗ –

**7.676** Vanessa Velasquez℗ – [Vanessa_Velasquez@justex.net](mailto:Vanessa_Velasquez@justex.net)

**7.677** William Harmon℗

**Past or Present Court Staff**
*Criminal County Courts*
*County Criminal Court 1*

**7.678** Uniquea Morales

**7.679** Coordinator: Karen Harrison

*County Criminal Court 2*

**7.680** Billie Brown

**7.681** Umica Allen

**7.682** Rosario Khalaf

*County Criminal Court 3*

**7.683** Elizabeth Murphy

**7.684** Lilia Acosta

**7.685** Coordinator: Carol Cummings

*County Criminal Court 4*

**7.686** Angela Jerez

**7.687** Coordinator: Yolanda Florido

*County Criminal Court 5*

**7.688** Erica Castillo

**7.689** Addam Jordan

**7.690** Coordinator: Dolores Phillips

*County Criminal Court 6*

**7.691** Jessica Odron

**7.692** Patrica Palmer

**7.693** Coordinator: Carmen Vazquez

*County Criminal Court 8*

**7.694** Ivone Gomez

**7.695**  Ronica Steen

**7.696**  Coordinator: Donna Ramos

*County Criminal Court 9*

**7.697**  Jarius Jean

**7.698**  Coordinator: Sheri Gilbert

*County Criminal Court 10*

**7.699**  Dana Fernandez

**7.700**  LaShawn Allen

**7.701**  Coordinator: Marvin Rodriguez

*County Criminal Court 11*

**7.702**  Ja'me Robinson

**7.703**  Coordinator: Rachel Ferrel

*County Criminal Court 12*

**7.704**  Talitha Brown

**7.705**  Coordinator: Stephanie Spears

*County Criminal Court 13*

**7.706**  Shelby Manuel

**7.707**  Coordinator: Mary Smith

*County Criminal Court 14*

**7.708**  Crystal Kennerson

**7.709**  Gabriel Montero

*County Criminal Court 15*

**7.710**  Linda Martinez

**7.711**  Coordinator: Laura Conte

**7.712**  Sondra Giliard

**7.713**  Andrea Ayala

**7.714**  Coordinator: Adriana Moreno

*Criminal District Courts*

*174th*

**7.715**  Clerk: Aida Chavez

**7.716**  Assistant Clerk: Shannon Charleston

**7.717**  Court Liaison Officer: Nettie Lewis

**7.718**  Coordinator: Laronda Teamer

*176th*

**7.719**  Clerk: Regina Dunn

**7.720**  Assistant Clerk: Terika Hemphill

**7.721**  Coordinator: Jackie Baxter

**7.722**  Court Liaison Officer: Lethean Manuel

*177th*

**7.723**  Clerk: Abish Guzman

**7.724**  Assistant Clerk: Laporsha Barlow

**7.725**  Court Liaison Officer: Tanika Moore

**7.726**  Coordinator: Shanell Collins

*178th*

**7.727**  Clerk: Nakia Mills

**7.728**  Assistant Clerk: Carli Garcia

**7.729**  Court Liaison Officer: Pablo Villa

**7.730**  Coordinator: Mary Leal

*179th*

**7.731** Clerk: Dorian Day

**7.732** Court Liaison Officer: Dedria Hunter

**7.733** Coordinator: John King

*180th*

**7.734** Clerk: Joline Hart

**7.735** Assistant Clerk: Lupe Cervantes

**7.736** Coordinator: Annette Manuel

*182nd*

**7.737** Clerk: Margaret Bolton

**7.738** Assistant Clerk: Arial Sanchez

**7.739** Coordinator: Diane Hasler

*183rd*

**7.740** Clerk: Tanisha Doublin

**7.741** Assistant Clerk: Arsheilia Oliver

**7.742** Court Liaison Officer: Patricia Cisneroz

**7.743** Coordinator: Esmeralda Ortiz

*184th*

**7.744** Clerk: Tanea Williams

**7.745** Assistant Clerk: Jakeita Baxter

**7.746** Court Liaison Officer: Courtney Allen

**7.747** Coordinator: Deberely Ruth

*185th*

**7.748** Clerk: Christina Czepinski

**7.749** Assistant Clerk: Ireana Collins

**7.750**  Court Liaison Officer: David Preston

**7.751**  Coordinator: Sherila Johnson

*208th*

**7.752**  Clerk: Eric Buck

**7.753**  Assistant Clerk: No Assigned Assitant

**7.754**  Coordinator: Mona Natemeyer

**7.755**  Court Liaison Officer: Mary Menchaca

*209th*

**7.756**  Clerk: Laura Stone

**7.757**  Coordinator: Kathy Joachim

*228th*

**7.758**  Clerk: Carli Garcia

**7.759**  Assistant Clerk: Lucy Garza

**7.760**  Court Liaison Officer: Dennis Davis

**7.761**  Coordinator: Vanessa Guerrero

*230th*

**7.762**  Clerk: Ariel Sanchez

**7.763**  Assistant Clerk: Not Assigned

**7.764**  Court Liaison Officer: Donna Hood

**7.765**  Coordinator: Quinesha Ross

*232nd*

**7.766**  Chief Clerk: Kathy Polvadore-Tickle

**7.767**  Coordinator: Eddie Rodriguez

**7.768**  Court Liaison Officer: Elmer Rodriguez

*248th*

**7.769**  Clerk: Carli Garcia

**7.770**  Court Coordinator: Genetha Kimbrough

**7.771**  Court Liaison Officer: Mary Reid

*262nd*

**7.772**  Clerk: John Meltzer

**7.773**  Coordinator: Virginia Almanza-Cerda

**7.774**  Assistant Clerk: Aida Chavez

**7.775**  Court Liaison Officer: Janie Hernandez

*263rd*

**7.776**  Clerk: William Jones

**7.777**  Assistant Clerk: Josue Ochoa

**7.778**  Court Liaison Officer: Emilie Pawlowski

**7.779**  Coordinator: Erica Thomas-Brice

*337th*

**7.780**  Coordinator: Anthony Davis

**7.781**  Clerk: Tom Jones

**7.782**  Court Liaison Officer: Angelica Salvador

*338th*

**7.783**  Coordinator: Aileen Walker

**7.784**  Court Reporter: Julie Johnson

**7.785**  Court Liaison Officer: Erica Davis

**7.786**  Clerk: Wayne Grant

*339th*

**7.787**  Clerk: Elizabeth Marcano

**7.788** Assistant Clerk: Brandi James

**7.789** Court Liaison Officer: Belinda George

**7.790** Coordinator: Cynthia Bates

*351st*

**7.791** Clerk: Cheron Harper

**7.792** Assistant Clerk: Alexis Kagler

**7.793** Court Liaison Officer: Lillie Jefferson

**7.794** Coordinator: Karhira Agnew

Civil County Courts

*Civil County Court 1*

**7.795** Trial Coordinator: Melissa Hammond

**7.796** Clerk: Kelli Ramirez

**7.797** Clerk: Kayla Meyers

*Civil County Court 2*

**7.798** Clerk: Janice Gonzales

**7.799** Clerk: Maria De La Rosa

**7.800** Trial Coordinator: Grace Cantada

*Civil County Court 3*

**7.801** Clerk: Kimberly Rojas

**7.802** Clerk: Sarah Gray

**7.803** Trial Coordinator: Dawn McEwen

**7.804** Bailiff: Al Miller

**7.805** Court Reporter: Laura Cutherell

*Civil County Court 4*

**7.806** Clerk: Tonya Garza

**7.807**  Clerk: Ashley Shapiro

**7.808**  Trial Coordinator: Stephanie Baker

*Civil District Courts*

*11th*

**7.809**  Clerk: Gabriela De La Rosa

**7.810**  Assistant Clerk: Marcela Henderson

**7.811**  Trial Coordinator: Jackie Struss

*55th*

**7.812**  Clerk: Daniel Flores

**7.813**  Assistant Clerk: Marcella Henderson

**7.814**  Court Coordinator: George Cardenas

*133rd*

**7.815**  Clerk: Evelyn Palmer

**7.816**  Assistant Clerk: Jimmy Rodriguez

**7.817**  Court Coordinator: Betsy Wall

*190th*

**7.818**  Clerk: Tammy Tolman

**7.819**  Assistant Clerk: Deandra Mosley

**7.820**  Assistant Clerk: Ozuqui Quintanilla

**7.821**  Coordinator: Lori Codina

**7.822**  Coordinator: Jerry Miranda

*Family District Courts*

*247th*

**7.823**  Clerk: Raven Hubbard

**7.824**  Assistant Clerk: Ann Rodriguez

**7.825**  Coordinator: Pamela Hunt

*310ᵗʰ*

**7.826**  Clerk: Nidia S. Alberto

**7.827**  Assistant Clerk: Tomas Cruz

**7.828**  Coordinator: Molly Nguyen


## Office of the County Judge of Harris County, Texas

**7.829**  Defendant, **Office of the County Judge of Harris County Texas**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Linda Hidalgo at the following address: 1001 Preston, Suite 911, Houston, Texas 77002. CJOservice@cjo.hctx.net; judge.hidalgo@cjo.hctx.net

**7.830**  Defendant, **Linda Hidalgo**,Ⓟ may be served with process at the following address: 1001 Preston, Suite 911, Houston, Texas 77002.

**7.831**  Defendant, **Ed Emmitt**,Ⓟ may be served with process at the following address: 1001 Preston, Suite 911, Houston, Texas 77002.


## Harris County District Attorney's Office

**7.832**  Defendant, **Harris County District Attorney's Office**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Kim Ogg at the following address: 500 Jefferson St., Suite 600, Houston, TX 77002.

Ogg_Kim@dao.hctx.net

The following Defendants may be served with process along with the Harris County District Attorney's Office.

*Past or Present Employees of the Harris County District Attorney's Office*
**7.833**  Patricia LykosⓊ –

**7.834**  Devon Anderson℗ –

**7.835**  Kim Ogg℗ – [Ogg_Kim@dao.hctx.net](mailto:Ogg_Kim@dao.hctx.net)

**7.836**  David Mitcham℗ – [Mitcham_David@dao.hctx.net](mailto:Mitcham_David@dao.hctx.net)

**7.837**  Aaron Burdette℗ – [Burdette_Aaron@dao.hctx.net](mailto:Burdette_Aaron@dao.hctx.net)

**7.838**  Aaron Von Quintus℗ – [Quintus_Aaron@dao.hctx](mailto:Quintus_Aaron@dao.hctx)

**7.839**  Adetayo Adeyiga℗ –

**7.840**  Aimee Bolletino℗ –

**7.841**  Akilah Morenike Mance℗ –

**7.842**  Allison Buess℗ –

**7.843**  Alvin Adjei℗ –

**7.844**  Amanda Benavides℗ – [Benavides_Amanda@dao.hctx.net](mailto:Benavides_Amanda@dao.hctx.net)

**7.845**  Amanda Zelisko℗ – [Zelisko_Amanda@dao.hctx.net](mailto:Zelisko_Amanda@dao.hctx.net)

**7.846**  Andrea Handley℗ –

**7.847**  Andrea Ionescu℗ –

**7.848**  Andrea Koch℗ –

**7.849**  Andrea Kurzac℗ –

**7.850**  Andy Schneider℗ – [Schneider_Andy@dao.hctx.net](mailto:Schneider_Andy@dao.hctx.net)

**7.851**  Angela Jewel Beavers℗ – [Beavers_Angela@dao.hctx.net](mailto:Beavers_Angela@dao.hctx.net)

**7.852**  Angela Johnson Weltin℗ – [angelaweltin@gmail.com](mailto:angelaweltin@gmail.com)

**7.853**  Ashley Mayes℗ –

**7.854**   Breanna Schwartz℗ –

**7.855**   Brian Rose℗ – Rose_Brian@dao.hctx.net

**7.856**   Brittney Aaron℗ – Aaron_Brittney@dao.hctx.net

**7.857**   Cameron Calligan℗ – Calligan_Cameron@dao.hctx.net

**7.858**   Carlos Aguayo℗ – Aguayo_Carlos@dao.hctx.net

**7.859**   Caroline Stephanie Dozier℗ –

**7.860**   Casey Goodman℗ –

**7.861**   Casey Little℗ – Little_Casey@dao.hctx.net

**7.862**   Catina Haynes℗ – Haynes_Catina@dao.hctx.net

**7.863**   Charles Shaw℗ –

**7.864**   Christopher Michael Condon℗ –

**7.865**   Christopher Handley℗ –

**7.866**   Christopher McKinney℗ –

**7.867**   Clinton Morgan℗ – Morgan_Clinton@dao.hctx.net

**7.868**   Coby Leslie℗ – Leslie_Coby@dao.hctx.net

**7.869**   Colleen Gaido℗ – Colleen_Gaido@justex.net

**7.870**   Constance Spence℗ –

**7.871**   Cordt Akers℗ – cca@akersfirm.com

**7.872**   Cory Stott℗ –

**7.873**   Courtney Kovach℗ – Kovach_Courtney@dao.hctx.net

**7.874** Crystal Okorafor℗ –

**7.875** Edward Holtz℗ –

**7.876** Eileen Bogar℗ –

**7.877** Emily Patton℗ – Patton_Emily@dao.hctx.net

**7.878** Eric Clifton Bily℗ – Bily_Eric@dao.hctx.net

**7.879** Erik Locascio℗ –

**7.880** Erika Ramirez℗ – Ramirez_Erika@dao.hctx.net

**7.881** Eugene Wu℗ – Gene.wu@house.texas.gov

**7.882** Farnaz Faiaz Hutchins℗ – Hutchins_Farnaz@dao.hctx.net

**7.883** Garland McGinnis℗ – McGinnis_Garland@dao.hctx.net

**7.884** Gilbert Sawtelle℗ – Sawtelle_Gilbert@dao.hctx.net

**7.885** Greg Houlton℗ –

**7.886** Haley Tubb/ Haley New℗ – New_Haley@dao.hctx.net; Tubb_Haley@dao.hctx.net

**7.887** Hank Altmiller℗ –

**7.888** Hans Nielsen℗ –

**7.889** Heather Hudson℗ –

**7.890** James Leitner℗ – Leitner_Jim@dao.hctx.net

**7.891** James Edward O'Donnell℗ –

**7.892** Jamie Saltmarsh Felicia℗ –

**7.893** Jennifer Falk℗ –

**7.894**   Je'Rell Rogers℗ – Rogers_Jerell@dao.hctx.net

**7.895**   Jessica Macklin Milligan℗ – Milligan_Jessica@dao.hctx.net

**7.896**   Jill Burdette℗ – Burdette_Jill@dao.hctx.net

**7.897**   Joanne Musick℗ – Musick_Joanne@dao.hctx.net

**7.898**   John Wakefield℗ –

**7.899**   Joseph Bramanti℗ –

**7.900**   Joseph Sanchez℗ – Sanchez_Joseph@dao.hctx.net

**7.901**   Josh Somers℗ –

**7.902**   Joshua Phanco℗ –

**7.903**   Kaitlin Kaufmann℗ – Kaufmann_Kaitlin@dao.hctx.net

**7.904**   Kate Ferrell℗ – Kate@ferrelldefense.com

**7.905**   Katherine McDaniel℗ –

**7.906**   Katherine Taylor Warren℗ –

**7.907**   Kathleen Braddock℗ –

**7.908**   Kathleen Flavin℗ –

**7.909**   Kathryn Scheffer℗ –

**7.910**   Keaton Forcht℗ – Forcht_Keaton@dao.hctx.net

**7.911**   Kelsey Downing℗ –

**7.912**   Keri Fuller℗ –

**7.913**   Kimberly McTorry℗ – Kimberly@McTorryLaw.com

**7.914**  Kristina Daily℗ –

**7.915**  Kristina Glenn℗ –

**7.916**  Kyle Watkins℗ –

**7.917**  Lauren Elizabeth Bryne℗ –

**7.918**  Lester Blizzard℗ –

**7.919**  Linda Garcia℗ –

**7.920**  Lindsay Vanik℗ –

**7.921**  Lindsey Hovland℗ – Hovland_Lindsey@dao.hctx.net

**7.922**  Lori Ann Deangelo℗ –

**7.923**  Luis Batarse℗ –

**7.924**  Marina Heung℗ –

**7.925**  Mario Cicconetti℗ –

**7.926**  Maritza Glenn℗ –

**7.927**  Markay Angelina Stroud℗ –

**7.928**  Meagan Scott℗ – Scott_Meagan@dao.hctx.net

**7.929**  Melissa Munoz℗ –

**7.930**  Molly Wurzer℗ –

**7.931**  Napoleon Stewart℗ – Stewart_Napoleon@dao.hctx.net

**7.932**  Nathan Beedle℗ – Beedle_Nathan@dao.hctx.net

**7.933**  Nicholas Socias℗ –

**7.934**  Patrick Slayton℗ –

**7.935**  Phillip White℗ – [White_Phillip@dao.hctx.net](mailto:White_Phillip@dao.hctx.net)

**7.936**  Randi Capone℗ – [Capone_Randi@dao.hctx.net](mailto:Capone_Randi@dao.hctx.net)

**7.937**  Rehana Vohra℗ –

**7.938**  Rishabh Godha℗ –

**7.939**  Roger Haseman℗ –

**7.940**  Ryan Trask℗ –

**7.941**  Samantha Knecht℗ –

**7.942**  Sara Siegel℗ – [Siegel_Sara@dao.hctx.net](mailto:Siegel_Sara@dao.hctx.net)

**7.943**  Sarah Ashley Robert℗ –

**7.944**  Sarah Seely℗ – [Seely_Sarah@dao.hctx.net](mailto:Seely_Sarah@dao.hctx.net)

**7.945**  Scott Durfee℗ – [Durfee_Scott@dao.hctx.net](mailto:Durfee_Scott@dao.hctx.net)

**7.946**  Sean Powers℗ –

**7.947**  Sepi Zimmer℗ – [Zimmer_Sepi@dao.hctx.net](mailto:Zimmer_Sepi@dao.hctx.net)

**7.948**  Shanell Tucker℗ –

**7.949**  Shannon Drehner℗ –

**7.950**  Sharron Chu℗ –

**7.951**  Tammy Massa℗ –

**7.952**  Tara Michele Shaikh℗ –

**7.953**  Terrance Windham℗ –

**7.954**  Tiffany Dixon℗ – Dixon_Tiffany@dao.hctx.net

**7.955**  Urvashi Morolia℗ – Morolia_Urvashi@dao.hctx.net

**7.956**  Veronica Nelson℗ – Nelson_Veronica@dao.hctx.net

**7.957**  William Cowardin℗ –


**County Attorney's Office of Harris County, Texas**

**7.958**  Defendant, **County Attorney's Office of Harris County, Texas**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Christian D. Menefee at the following address: 1019 Congress, 15th Floor, Houston, TX 77002.  Christian.Menefee@cao.hctx.net

**7.959**  Defendant, **Vince Ryan**℗, may be served with process at the following address: 1019 Congress, 15th Floor, Houston, TX 77002.

**7.960**  Defendant, **Amy VanHoose**℗, may be served with process at the following address: 1019 Congress, 15th Floor, Houston, TX 77002.  Amy.VanHoose@cao.hctx.net


**Harris County Public Defender's Office**

**7.961**  Defendant, **Harris County Public Defender's Office**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Alex Bunin at the following address: 1310 Prairie St., 13th Floor, Houston, TX  77002.

**7.962**  Defendant, **Alex Bunin**℗, may be served with process at the following address: 1310 Prairie St., 13th Floor, Houston, TX  77002. Alex.Bunin@pdo.hctx.net

**7.963**  Defendant, **Eric Davis**℗, may be served with process at the following address: 1310 Prairie St., 13th Floor, Houston, TX  77002.  Eric.Davis@pdo.hctx.net

**7.964** Defendant, **Nicholas Hughes℗**, may be served with process at the following address: 1310 Prairie St., 13th Floor, Houston, TX 77002. Nicholas.Hughes@pdo.hctx.net

**7.965** Defendant, **Sarah Wood℗**, may be served with process at the following address: 1310 Prairie St., 13th Floor, Houston, TX 77002. Sarah.Wood@pdo.hctx.net

## Harris County District Clerk's Office

**7.966** Defendant, **Harris County District Clerk's Office**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Marilyn Burgess at the following address: 201 Caroline, Suite 420, Houston, TX 77002. Marilyn.Burgess@hcdistrictclerk.com

**7.967** Defendant, **Marilyn Burgess℗**, may be served with process at the following address: 201 Caroline, Suite 420, Houston, TX 77002. Marilyn.Burgess@hcdistrictclerk.com; M.Burgess@hcdistrictclerk.com

**7.968** Defendant, **Chris Daniels℗**, may be served with process at the following address: 201 Caroline, Suite 420, Houston, TX 77002. campaign@chrisdaniel.org

## County Clerk's Office for Harris County, Texas

**7.969** Defendant, **County Clerk's Office for Harris County, Texas**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Teneshia Hudspeth at the following address: 201 Caroline, Suite 310, Houston, TX 77002. Teneshia.Hudspeth@cco.hctx.net; ccinfo@cco.hctx.net; CountyClerk@cco.hctx.net

**7.970** Defendant, **Stan Stanart℗**, may be served with process at the following address: 201 Caroline, Suite 420, Houston, TX 77002.

**Harris County Sheriff's Office**

**7.971**  Defendant, **Harris County Sheriff's Office**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Ed Gonzalez at the following address: 1200 Baker Street Houston, TX 77002.

Sheriff.Gonzalez@sheriff.hctx.net

**7.972**  Defendant, **Ed Gonzalez**Ⓟ, may be served with process at the following address: 1200 Baker Street Houston, TX 77002.

**7.973**  Defendant, **Adrian Garcia**Ⓟ, may be served with process at the following address: 1200 Baker Street Houston, TX 77002.

**7.974**  Defendant, **Ron Hickman**Ⓟ, may be served with process at the following address: 1200 Baker Street Houston, TX 77002.

**Brazoria County**

**7.975**  Lori RickertⓅ, Judge County Court at Law 4

**Brazoria County County Clerk's Office**

**7.976**  Joyce Hudman, County Clerk

**7.977**  D. Savage, Deputy Clerk

**7.978**  Jenny Lindley, Deputy Clerk

**7.979**  Courtney Knox, Deputy Clerk

**Brazoria County District Attorney's Office**

**7.980**  Jeri Yenne, DA

**7.981**  Kristen Carr, Assistant District Attorney

**7.982**  Cynthia Hall, Assistant District Attorney

**7.983**  Trey D. Picard, Assistant District Attorney

**7.984**   Texas Department of Public Safety

**7.985**   Raynea Hatthorn, DPS South Office

**7.986**   David A. Wyman, Surfside PD

**7.987**   K. Russell, Texas Peace Officer

**7.988**   Treasure Estelle Foreman, Notary Public

**7.989**   Cindy Hammons, Action Bail Bonds

**7.990**   Jeff Gilbert, Defense Attorney


**Montgomery County**
**Montgomery County County Clerk's Office**
**7.991**

**7.992**


**Montgomery County District Attorney's Office**
**7.993**   207 W. Phillips, 2nd Floor, Conroe, Texas 77301

**7.994**   Laura Bond, ADA, Laura.Bond@mctx.org


**Galveston County**
**Galveston County County Clerk's Office**
**7.995**

**7.996**


**Galveston County District Attorney's Office**
**7.997**

**7.998**

## City of Houston

**7.999** Defendant, **City of Houston**, a municipal corporation of Texas, may be served with process by serving its representative agent Sylvester Turner at the following address: 900 Bagby, 4th Floor, Houston, Texas 77002.

**7.1000** Defendant, **Sylvester Turner**, may be served with process at the following address: 900 Bagby, 4th Floor, Houston, Texas 77002.


## Houston Police Department

**7.1001** Defendant, **Houston Police Department**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Troy Finner at the following address: 1200 Travis Street, Houston, TX 77002.

**7.1002** Defendant, **Art Acevedo**, may be served with process at the following address: 1200 Travis Street, Houston, TX 77002.

**7.1003** Defendant, **Charles McClelland**, may be served with process at the following address: 1200 Travis Street, Houston, TX 77002.


## Dallas County, Texas

**7.1004** Defendant, **Dallas County, Texas**, a municipal corporation of Texas, may be served with process by serving its representative agent Clay Jenkins at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Clay.Jenkins@dallascounty.org; dcjudge@dallascounty.org; Lauren.Trimble@dallascounty.org

**7.1005** Defendant, **Martin Hoffman**, may be served with process at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Mhoffman@DallasCourts.org; Martin.Hoffman@dallascounty.org

**7.1006** Defendant, **Ronda Pinson**, may be served with process at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Rhonda.Pinson@dallascounty.org

## Dallas County District Clerk's Office
**7.1007** Defendant, **Dallas County District Clerk's Office**, a municipal corporation of Texas, may be served with process by serving its representative agent Felica Pitre at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Felica.Pitre@dallascounty.org

**7.1008** Defendant, **Felica Pitre**, may be served with process at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Felica.Pitre@dallascounty.org

**7.1009** Defendant, **Irasema Sutherland**, may be served with process at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Irasema.Sutherland@dallascounty.org

**7.1010** Defendant, **Kayla Buckley**, may be served with process at the following address: 500 Elm Street, Suite 7000, Dallas, TX 75202. Kayla.Buckley@dallascounty.org

## Dallas Police Department
**7.1011** Defendant, **Dallas Police Department**, a government organization of a municipal corporation of Texas, may be served with process by serving its representative agent Eddie Garcia at the following address: 1400 Botham Jean Blvd, Dallas, Texas 75215. pio@dpd.dallascityhall.com; dldpduvisa@dallas.gov

## HARRIS COUNTY CRIMINAL LAWYERS ASSOCIATION
**7.1012** Defendant, **Harris County Criminal Lawyers Association**, is an entity and may be served with process at the following address: P.O. Box 924523, Houston, Texas 77292. Jed@jedsilverman.com; cjappelt@yahoo.com

**7.1013** Defendant, **Christina Appelet**Ⓟ, may be served with process at the following address: P.O. Box 924523, Houston, Texas 77292.  cjappelt@yahoo.com

**7.1014** Defendant, **Amy Rizkallah**Ⓟ, may be served with process at the following address: 1502 Augusta, Ste. 390, Houston, TX 77057.  rizkallah12@gmail.com

**7.1015** Defendant, **Ben Sanchez**Ⓟ, may be served with process at the following address: 405 Main St., Ste. 330, Houston, TX 77002.  bsanchez@sanchezlawfirm.com

**7.1016** Defendant, **Carmen Roe**Ⓟ, may be served with process at the following address: 440 Louisiana, Suite 1115, Houston Texas 77002.  carmen@carmenroe.com

**7.1017** Defendant, **Chris Tritico**Ⓟ, may be served with process at the following address: 1523 Yale St., Houston, TX 77008.  ctritico@triticorainey.com

**7.1018** Defendant, **Cordt Akers**Ⓟ, may be served with process at the following address: 3401 Allen Parkway, Suite 101, Houston, TX 77019.  cca@akersfirm.com

**7.1019** Defendant, **Cory Roth**Ⓟ, may be served with process at the following address: 4306 Yoakum Blvd, Ste 240, Houston, TX 77006.  coryrothjd@gmail.com

**7.1020** Defendant, **Cynthia Henley**Ⓟ, may be served with process at the following address: 739 Worthshire, Houston, TX 77008.  cynthiahenley@yahoo.com

**7.1021** Defendant, **Damon Parrish**Ⓟ, may be served with process at the following address: 1310 Prairie St., Suite 1330, Houston, TX 77002.  damon.parrish723@gmail.com

**7.1022** Defendant, **David Ryan**Ⓟ, may be served with process at the following address: 6161 Savoy Drive, Suite 1116, Houston, Texas 77036.  dmryanesq@hotmail.com

**7.1023** Defendant, **Doug Murphy**Ⓟ, may be served with process at the following address: 402 Main Street, 4th Floor, Houston, Texas 77002.  doug@dougmurphylaw.com

**7.1024** Defendant, **Emily Detoto℗**, may be served with process at the following address: 917 Franklin, 4th Floor, Houston, Texas 77002. EmilyDetoto@mac.com

**7.1025** Defendant, **Eric R. Little℗**, may be served with process at the following address: 219 Texas Ave., Bacliff, Texas 77518.  eric@erllaw.com

**7.1026** Defendant, **J. Gordon Dees℗**, may be served with process at the following address: 5300 Memorial Dr Ste 750, Houston, TX 77007.  gordondees@msn.com

**7.1027** Defendant, **JL Carpenter℗**, may be served with process at the following address: 907 S Friendswood Dr Ste 202, Friendswood, TX 77546.  JL@JLCarpenterLaw.com

**7.1028** Defendant, **Joaquin Jimenez℗**, may be served with process at the following address: 7575 Gulf Fwy, Houston, TX 77017.  J.JimenezLaw@gmail.com

**7.1029** Defendant, **Joe Varela℗**, may be served with process at the following address: 2500 E T.C. Jester Blvd # 247, Houston, TX 77008.  jwvarela@gmail.com

**7.1030** Defendant, **Joseph Mathew℗**, may be served with process at the following address: 4203 Montrose Blvd, Houston, TX 77006.

**7.1031** Defendant, **Julio Vela℗**, may be served with process at the following address: 1217 Prairie St, Ste 100, Houston, TX 77002. attorneyvela@gmail.com

**7.1032** Defendant, **Justin Harris℗**, may be served with process at the following address: 917 Franklin St, Unit 310, Houston, TX 77002.  Justin@JustinCHarrisLaw.com

**7.1033** Defendant, **Kurt Hopke℗**, may be served with process at the following address: 8303 Southwest Fwy #101, Houston, TX 77074. KurtHopke@gmail.com

**7.1034** Defendant, **Lori Botello℗**, may be served with process at the following address: 1201 Franklin St Rm 7, Houston, TX 77002.  LoriBotello@gmail.com

**7.1035** Defendant, **Mark Bennett**Ⓟ, may be served with process at the following address: 917 Franklin St, 4th Floor, Houston, TX 77002.  mb@ivi3.com

**7.1036** Defendant, **Mary Conn**Ⓟ, may be served with process at the following address: 1111 North Loop W Ste 1115, Houston, TX 77008.  mary@maryconnlaw.com

**7.1037** Defendant, **Patrick McCann**Ⓟ, may be served with process at the following address: 700 Louisiana St Ste 3950, Houston, TX 77002.  PaddyMack7@excite.com

**7.1038** Defendant, **Ralph Manginello**Ⓟ, may be served with process at the following address: 1177 West Loop S Ste 1600, Houston, TX 77027.  mlfrmanginello@yahoo.com

**7.1039** Defendant, **Scott Pawgan**Ⓟ, may be served with process at the following address: 122 W. Davis, Ste. 116, Conroe, TX 77301.  ScottPawgan@gmail.com

**7.1040** Defendant, **Sean Darvishi**Ⓟ, may be served with process at the following address: 2200 North Loop W Ste 304, Houston, TX 77018.  Sean@DefendMeTexas.com

**7.1041** Defendant, **Stephen Touchstone**Ⓟ, may be served with process at the following address: 1201 Franklin St. Fl 13, Houston, TX 77002.  Stephen@TouchstoneLawyer.com; Tstone1@swbell.net

**7.1042** Defendant, **Todd DuPont**Ⓟ, may be served with process at the following address: 915 Franklin St, Unit 7M, Houston, TX 77002.  Todd.Dupont@DuPontlaw.net

**7.1043** Defendant, **Tristan LeGrande**Ⓟ, may be served with process at the following address: 1021 Main St, #1275, Houston, TX 77002.  Tristan@LegrandeLaw.com

**7.1044** Defendant, **Troy McKinney**Ⓟ, may be served with process at the following address: 440 Louisiana, Suite 800, Houston, TX 77002. Wtmhousto2@aol.com

**7.1045** Defendant, **Tucker Graves**Ⓟ, may be served with process at the following address: 402 Main St, Unit 200, Houston, TX 77002. [tgmagoo@hotmail.com](mailto:tgmagoo@hotmail.com)

**7.1046** Defendant, **Tyler Flood**Ⓟ, may be served with process at the following address: 2019 Washington Ave, Houston, TX 77007. [TylerAFlood@gmail.com](mailto:TylerAFlood@gmail.com)

## ATTORNEYS

**7.1047** Defendant, **Adam Helleck**Ⓟ, may be served with process at the following address: 3 Riverway Ste 750, Houston, TX 77056. [amhelleck@hellecklaw.com](mailto:amhelleck@hellecklaw.com)

**7.1048** Defendant, **Anthony Simmons**Ⓟ, may be served with process at the following address: 2128 Aldine Bender Rd., Houston, TX 77032. [Simmonslaw@me.com](mailto:Simmonslaw@me.com)

**7.1049** Defendant, **Ben Ruemke**Ⓟ, may be served with process at the following address: 3701 Kirby, Suite 530, Houston, TX 77098. [benruemke@yahoo.com](mailto:benruemke@yahoo.com)

**7.1050** Defendant, **Brian Geuquierre**Ⓟ, may be served with process at the following address: 4315 Airport Blvd, Austin, TX 78722. [bcglaw@gmail.com](mailto:bcglaw@gmail.com)

**7.1051** Defendant, **Glen Morgan**Ⓟ, may be served with process at the following address: 801 Laurel Ave, Beaumont, TX 77701. [gmorgan@rmqlawfirm.com](mailto:gmorgan@rmqlawfirm.com)

**7.1052** Defendant, **Holly Kuchera**Ⓟ, may be served with process at the following address: 6671 Southwest Freeway, Ste 250, Houston, TX 77074. [holly.kuchera@gmail.com](mailto:holly.kuchera@gmail.com)

**7.1053** Defendant, **Jason Castaneda**Ⓟ, may be served with process at the following address: 4014 Gulf St, Houston, TX 77087. [Castanedainfo@gmail.com](mailto:Castanedainfo@gmail.com)

**7.1054** Defendant, **Jen Gaut**Ⓟ, may be served with process at the following address: 1310 Prairie, Ste 1330, Houston, TX 77002. [JenniferGaut@gmail.com](mailto:JenniferGaut@gmail.com)

**7.1055** Defendant, **Jim Butler**Ⓟ, may be served with process at the following address: 11500 Northwest Fwy, Ste 400, Houston, TX 77092.

**7.1056** Defendant, **Joe Perdue**Ⓟ, may be served with process at the following address: 3730 Kirby Dr., Suite 777, Houston, TX 77098.  joe@perduelaw.net

**7.1057** Defendant, **Korey Huff**Ⓟ, may be served with process at the following address: 1700 Post Oak Blvd, 2 Boulevard Place, Ste. 600, Houston, TX 77056.

**7.1058** Defendant, **Mark Thering**Ⓟ, may be served with process at the following address: 1601A Congress, Houston, TX 77002.  Lawering@yahoo.com

**7.1059** Defendant, **Matthew Morgan**Ⓟ, may be served with process at the following address: 801 Laurel Ave, Beaumont, TX 77701.  mwmorgantx@gmail.com

**7.1060** Defendant, **Michael Morgan**Ⓟ, may be served with process at the following address: 801 Laurel Ave, Beaumont, TX 77701.  mgmorgan90@gmail.com

**7.1061** Defendant, **Ruhee Grewal**Ⓟ, may be served with process at the following address:

**7.1062** Defendant, **Staci Biggar**Ⓟ, may be served with process at the following address: 1221 Studewood St, Houston, TX 77008.

**7.1063** Defendant, **Varga Ghaemmaghami**, may be served with process at the following address: PO Box 14045, Austin, TX 78761.  victor.maghami@gmail.com; victormaghami@gmail.com;

## SOUTH TEXAS COLLEGE OF LAW

**7.1064** Defendant, **South Texas College of Law**, is a business entity and may be served with process at the following address: 1303 San Jacinto Street, Houston, Texas 77002. ecarlson@stcl.edu; edennis@stcl.edu; jworley@stcl.edu; msteiner@stcl.edu; mfesta@stcl.edu; rmoses@stcl.edu; gtreece@stcl.edu; vricks@stcl.edu

**7.1065** Defendants **April Pridgett℗**, **Bruce McGovern℗**, **Carla Beverly℗**, **Debbie Gibbins℗**, **Donald Guter℗**, **Elaine Carlson℗**, **Elizabeth Dennis℗**, **Gena Singleton℗**, **Gladys Radetti℗**, **Greg Brothers℗**, **Jennifer Hudson℗**, **John J. Worley℗**, **Keuchie Reed℗**, **Marc Steiner℗**, **Mark McKelip℗**, **Matthew Festa℗**, **Mike Jones℗**, **Ray Moses℗**, **Reginald Green℗**, **Sandra Kasper℗**, **T. Gerald Treece℗**, and **Val Ricks℗** can be served with process along with Defendant South Texas College of Law.

<u>**HOOVER SLOVACEK**</u>

**7.1066** Defendant, **Hoover Slovacek**, may be served with process at the following address: 5051 Westheimer, Suite 1200, Houston, TX 77056.

**7.1067** Defendant, **Howard Bookstaff℗**, may be served with process at the following address: 5051 Westheimer, Suite 1200, Houston, TX 77056.  bookstaff@hooverslovacek.com

**7.1068** Defendant, **Patrick Drake℗**, may be served with process at the following address: 1430 Wynkoop St., Ste. 300, Denver, CO 80202.  pdrake@messner.com

**7.1069** Defendant, **Caroline Russe℗**, may be served with process at the following address: 22310 Grand Corner Drive, Suite 100, Katy, TX 77494.  caroline@warrenbakerlaw.com

**7.1070** Defendant, **Bret Rycroft℗**, may be served with process at the following address: 1885 Saint James Pl, Suite 1500, Houston, TX 77056.  brycroft@andrewsmyers.com

<u>**SCOTT PC**</u>

**7.1071** Defendant, **Scott PC**, may be served with process at the following address: 1120 Metrocrest Dr., Suite 100. Carrollton, TX 75006.  info@scott-pc.com; courts@scott-pc.com;

**7.1072** Defendant, <u>**Michael Scott**</u>Ⓟ, may be served with process at the following address: 1120 Metrocrest Dr., Suite 100. Carrollton, TX 75006.  info@scott-pc.com; courts@scott-pc.com;

**7.1073** Defendant, <u>**Erin Spencer**</u>Ⓟ, may be served with process at the following address: 4416 Ramsgate St #202, San Antonio, TX 78230.

**7.1074** Defendant, <u>**Judith Morgan**</u>Ⓟ, may be served with process at the following address: 1120 Metrocrest Dr., Suite 100. Carrollton, TX 75006.

**7.1075** Defendant, <u>**Kayla Baxter**</u>Ⓟ, may be served with process at the following address: 1120 Metrocrest Dr., Suite 100. Carrollton, TX 75006.

**7.1076** Defendant, <u>**Teri Mace**</u>Ⓟ, may be served with process at the following address: 1120 Metrocrest Dr., Suite 100. Carrollton, TX 75006.

## THE STAR APARTMENTS

**7.1077** Defendant, **The Star Apartments**, may be served with process at the following address: 1111 Rusk St., Houston, TX 77003.

**7.1078** Defendant, **Martin Fein, LTD**, may be served with process at the following address: 1111 Rusk St., Houston, TX 77003.

**7.1079** Defendant, **Ronda Wenger**Ⓟ, may be served with process at the following address: 1111 Rusk St., Houston, TX 77003.

**7.1080** Defendant, **Gabriela Maddox**Ⓟ, may be served with process at the following address: 1111 Rusk St., Houston, TX 77003.

**7.1081** Defendant, **Kelli Dixon**Ⓟ, may be served with process at the following address: 1111 Rusk St., Houston, TX 77003.

## MARQUIS DOWNTOWN LOFTS

**7.1082** Defendant, **Marquis Downtown Lofts**, may be served with process at the following address: 2115 Runnels St., Houston, TX 77002.  tenoch@cwsapartments.com;

## BENT TREE FOREST CONDOMINIUM

**7.1083** Defendant, **Bent Tree Forest Condominium Homeowners Association**, may be served with process at the following address: 17130 Dallas Parkway, Ste. 200, Dallas, Texas 75248.

**7.1084** Defendant, **MAC Group**, may be served with process at the following address: 17130 Dallas Parkway, Ste. 200, Dallas, Texas 75248.  info@themacgroupco.com; ssmith@themacgroupco.com; dyoung@themacgroupco.com; dlushia@themacgroupco.com;

## RIDDLE & WILLIAMS

**7.1085** Defendant, **Riddle & Williams**, may be served with process at the following address: 3811 Turtle Creek Blvd, Ste 500, Dallas, Texas 75219.  office@riddleandwilliams.com

**7.1086** Defendant, **Jennifer Bridgers**, may be served with process at the following address: 3811 Turtle Creek Blvd, Ste 500, Dallas, Texas 75219.  jbridgers@riddleandwilliams.com;

**7.1087** Defendant, **Jason Reed**, may be served with process at the following address: 3811 Turtle Creek Blvd, Ste 500, Dallas, Texas 75219.  jreed@riddleandwilliams.com;

## DEATH NOTE

**7.1088** Defendant, **Roy Lee**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1089** Defendant, **Vertigo Entertainment**, is a business entity and may be served with process at 1151 N. Highland Ave., Los Angeles, CA 90038.

**7.1090** Defendant, **Jason Hoffs**, may be served with process by serving its representative agent Kleinberg, Lange, Cuddy, & Carlo at 1801 Century Park East, 24th Floor, Los Angeles, CA 90067.

**7.1091** Defendant, **Dan Lin**, may be served with process by serving its representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1092** Defendant, **Lin Pictures**, is a business entity and may be served with process at 1660 Beverly Boulevard, Los Angeles, CA 90026.

**7.1093** Defendant, **Masi Oka**, may be served with process by serving its representative agent Ziffren Brittenham at 1801 Century Park W, Los Angeles, CA 90067.

**7.1094** Defendant, **Charley Parlapanides**, may be served with process by serving its representative agent McKuin Frankel Whitehead at 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1095** Defendant, **Vlas Parlapanides**, may be served with process by serving its representative agent McKuin Frankel Whitehead at 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1096** Defendant, **Jeremy Slater**, may be served with process by serving its representative agent McKuin Frankel Whitehead at 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1097** Defendant, **Adam Wingard**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

## BRIGHT

**7.1098** Defendant, **David Ayer**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1099** Defendant, **Eric Newman**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1100** Defendant, **Bryan Unkeless**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1101** Defendant, **Max Landis**, may be served with process by serving its representative agent Behr Abramson Levy Johnson at the following address: 9696 Wilshire Blvd, Third Floor, Beverly Hills, CA 90212.

**7.1102** Defendant, **Overbrook Entertainment**, is a business entity and may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

## 21 BRIDGES

**7.1103** Defendant, **Adam Mervis**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1104** Defendant, **Matthew Michael Carnahan**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1105** Defendant, **Joe Russo**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1106** Defendant, **Anthony Russo**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1107** Defendant, **Logan Coles**, may be served with process by serving its representative agent Entertainment 360 at the following address: 10100 Santa Monica Blvd, Suite 2300, Los Angeles, CA 90210.

**7.1108** Defendant, **Robert Simonds**, may be served with process at the following address: 3900 West Alameda Avenue, 32nd Floor, Burbank, CA 91505.

**7.1109** Defendant, **MWM Studios**, is a business entity and may be served with process at the following address: 1999 Avenue of The Stars, Suite 1500, Los Angeles, CA 90067.

**7.1110** Defendant, **Gigi Pritzker**, may be served with process at the following address: 1999 Avenue of The Stars, Suite 1500, Los Angeles, CA 90067

**7.1111** Defendant, **Brian Kirk**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

## THE NIGHT CLERK

**7.1112** Defendant, **Arianne Fraser**, may be served with process at 6310 San Vicente Blvd, Suite 500, Los Angeles, CA 90048

**7.1113** Defendant, **Highland Film Group**, is a business entity and may be served with process at 6310 San Vicente Blvd, Suite 500, Los Angeles, CA 90048.

**7.1114** Defendant, **Tye Sheridan**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1115** Defendant, **Michael Cristofer**, may be served with process by serving its representative agent Bloom Hergott Diemer Rosenthal Laviolette & Feldman at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

## ALL THE BRIGHT PLACES

**7.1116** Defendant, **Elle Fanning**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address:  450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1117** Defendant, **David S. Greathouse**, may be served with process at the following address: 5808 Sunset Blvd., Los Angeles, CA 90028.

**7.1118** Defendant, **Andrew Spaulding**, may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1119** Defendant, **Doug Mankoff**, may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1120** Defendant, **Brittany Kahan**, may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1121** Defendant, **Echo Lake Entertainment**, is a business entity and may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1122** Defendant, **Liz Hannah**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1123** Defendant, **Brett Haley**, may be served with process by serving its representative agent McKuin Frankel Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1124** Defendant, **Mitchell Kaplan**, may be served with process by serving its representative agent Surpin, Mayersohn & Coghill at the following address: 1880 Century Park East, Ste. 404, Los Angeles, CA 90067.

**7.1125** Company Defendant, **Mazur / Kaplan**, is a business entity and may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

## SPENSER CONFIDENTIAL

**7.1126** Defendant, **Mark Wahlberg**, may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1127** Defendant, **Neal H. Moritz**, may be served with process by serving its representative agent Behr Abramson Levy Johnson at the following address: 9696 Wilshire Blvd, Third Floor, Beverly Hills, CA 90212.

**7.1128** Defendant, **Stephen Levinson**, may be served with process at the following address: 3030 Pennsylvania Ave, Santa Monica, CA 90404.

**7.1129** Defendant, **Peter Berg**, may be served with process by serving its representative agent Hirsch Wallerstein Hayum Matlof and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1130** Defendant, **Sean O'Keefe**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1131** Defendant, **Brian Helgeland**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1132** Defendant, **Iliza Shlesinger**, may be served with process by serving its representative agent Brecheen Feldman Breimer Silver & Thompson at the following address: 1925 Century Park East, Suite 2300, Los Angeles, CA 90067.

## ALL DAY AND A NIGHT

**7.1133** Defendant, **Brad Simpson**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1134** Defendant, **Nina Jacobson**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1135** Defendant, **Jared Goldman**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1136** Defendant, **Joe Robert Cole**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1137** Defendant, **Color Force**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Bldg 41, Los Angeles, CA 90064.

## THE DEVIL ALL THE TIME

**7.1138** Defendant, **Jake Gyllenhaal**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address:  9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1139** Defendant, **Nine Stories Productions**, may be served with process along with Jake Gyllenhaal.

**7.1140** Defendant, **Randall Poster**, may be served with process by serving its representative agent Sloss, Eckhouse, Dasti, Haynes, & Law Coat the following address: 555 West 25th Street, 4th Floor, New York, NY 10001.

**7.1141** Defendant, **Antonio Campos**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**7.1142** Defendant, **Paul Campos**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

## RATCHED

**7.1143** Defendant, **Ryan Murphy**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1144** Defendant, **Michael Uppendahl**, may be served with process at the following address: 955 South Carrillo Dr., Ste. 300, Los Angeles, CA 90048.

**7.1145** Defendant, **Daniel Minahan**, may be served with process by serving its representative agent Cowans, DeBates, Abrahams & Sheppard at the following address: 41 Madison Avenue, 38th Floor, New York, NY 10010.

**7.1146** Defendant, **Nelson Cragg**, may be served with process at the following address: 208 East 51st St., Suite 305, New York, NY 10022.

**7.1147** Defendant, **Jennifer Lynch**, may be served with process at the following address: 4370 Tujunga Ave, Suite 235, Studio City, CA 91604.

**7.1148** Defendant, **Evan Romansky**, may be served with process at the following address: 9000 W. Sunset Blvd., Suite 1520, West Hollywood, CA 90069.

**7.1149** Defendant, **Lighthouse Management & Media**, is a business entity and may be served with process at the following address: 9000 W. Sunset Blvd., Suite 1520, West Hollywood, CA 90069.

**7.1150** Defendant, **Ian Brennan**, may be served with process by serving its representative agent Frankfurt Kurnit Klein & Selz at the following address: 28 Liberty St., New York, NY 10005.

**7.1151** Defendant, **Jennifer Salt**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1152** Defendant, **Fox 21 Television Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

**7.1153** Defendant, **Furthur Films**, is a business entity and may be served with process at the following address: 62 W 45th Street, Suite# 901, New York, NY 10036.

**7.1154** Defendant, **Ryan Murphy Productions**, is a business entity and may be served with process at the following address: 10201 W. Pico Blvd, Los Angeles, CA 90064.

**7.1155** Defendant, **Touchstone Television**, is a business entity and may be served with process at the following address: 500 S Buena Vista St, Burbank, CA 91521.

**7.1156** Defendant, **Jessica Yu**, may be served with process at the following address: 8501 Washington Boulevard, Culver City, CA 90232.

<u>**AVA**</u>

**7.1157** Defendant, **Dominic Rustam**, may be served with process at the following address: 7175 Willoughby Avenue, Los Angeles, CA 90046.

**7.1158** Defendant, **Jessica Chastain**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1159** Defendant, **Nicolas Chartier**, may be served with process at the following address: 4019 Tujunga Avenue, Studio City, CA 91604.

**7.1160** Defendant, **Kelly Carmichael**, may be served with process at the following address: 205 West 57th St, New York, NY 10019.

**7.1161** Defendant, **Matthew Newton**, may be served with process at the following address: 8383 Wilshire Blvd, Ste 923, Beverly Hills, CA 90211.

**7.1162** Defendant, **Tate Taylor**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1163** Defendant, **Freckle Films**, is a business entity and may be served with process at the following address: 205 West 57th St, New York, NY 10019. Jessica Chastain may also receive service of process on behalf of Freckle Films.

**7.1164** Defendant, **Leeding Media**, is a business entity and may be served with process at the following address: 10866 Wilshire Boulevard 4th Floor #170, Los Angeles, CA 90024.

**7.1165** Defendant, **Voltage Pictures**, is a business entity and may be served with process at the following address: 4019 Tujunga Avenue, Studio City, CA 91604.

## EMILY IN PARIS

**7.1166** Defendant, **Peter Lauer**, may be served with process at the following address: 8245 W 3rd St, Suite 306, Los Angeles, CA 90048.

**7.1167** Defendant, **Zoe R. Cassavetes**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 28 Liberty St., New York, NY 10005.

**7.1168** Defendant, **Jennifer Arnold**, may be served with process by serving its representative agent Abrams, Garfinkel, Margolis, Bergson at the following address: 3900 West Alameda Avenue, Suite 2100, Burbank, California 91505.

**7.1169** Defendant, **Katina Medina Mora**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1170** Defendant, **Darren Star**, may be served with process at the following address: 9200 Sunset Blvd., Suite 430, West Hollywood, CA 90069.

**7.1171** Defendant, **Darren Star Productions**, is a business entity and may be served with process at the following address: 9200 Sunset Blvd., Suite 430, West Hollywood, CA 90069.

**7.1172** Defendant, **Lilly Burns**, may be served with process at the following address: 120 Wall Street, 14th Floor, New York, NY 10005.

**7.1173** Defendant, **Jax Media**, is a business entity and may be served with process at the following address: 120 Wall Street, 14th Floor, New York, NY 10005.

**7.1174** Defendant, **Andrew Fleming**, may be served with process by serving its representative agent RLG at the following address: 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.

## THE WHITE TIGER

**7.1175** Defendant, **Ramin Bahrani**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.  Alternatively, 1801 Century Park W, Los Angeles, CA 90067.

**7.1176** Defendant, **Priyanka Chopra Jonas**, may be served with process by serving its representative agent Grubman, Shire, Meiselas, & Sacks at the following address: 152 West 57th Street, New York, NY 10019.

## I CARE A LOT

**7.1177** Defendant, **J Blakeson**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1178** Defendant, **Michael Heimler**, may be served with process at the following address: 1739 Berkeley Street, Santa Monica, CA 90404.

**7.1179** Defendant, **Teddy Schwarzman**, may be served with process at the following address: 1739 Berkeley Street, Santa Monica, CA 90404.

**7.1180** Defendant, **Ben Stillman**, may be served with process at the following address: 1739 Berkeley Street, Santa Monica, CA 90404.

**7.1181** Defendant, **Black Bear Pictures**, is a business entity and may be served with process at the following address: 1739 Berkeley Street, Santa Monica, CA 90404.

**7.1182** Defendant, **Rosamund Pike**, may be served with process along with any of the Defendants in this particular group.

## SAS: RED NOTICE

**7.1183** Defendant, **Ingenious Media**, is a business entity and may be served with process at the following address: 15 Golden Square, London, England W1F 9JG.

**7.1184** Defendant, **Vertigo Films**, is a business entity and may be served with process at the following address: 1E Zetland House, 5-25 Scrutton Street, London EC2A 4HJ.

**7.1185** Defendant, **Silver Reel**, is a business entity and may be served with process at the following address: Talstrasse 39, Zurich 8001, Switzerland.

**7.1186** Defendant, **Laurence Malkin**, may be served with process by serving its representative agent RLG at the following address: 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.

**7.1187** Defendant, **Andy McNab**, may be served with process by serving its representative agent Marc Jacobson Law at the following address: 440 East 79th Street, 11th Floor, New York, New York 10075.

**7.1188** Defendant, **Joe Simpson**, may be served with process by serving its representative agent Sheppard, Mullin, Richter & Hampton at the following address: 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067.

**7.1189** Defendant, **Magnus Martens**, may be served with process at the following address: 959 Seward St., Suite 301, Los Angeles, CA 90038.

## IRREGULARS

**7.1190** Defendant, **Tom Bidwell**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**7.1191** Defendant, **Greg Brenman**, may be served with process at the following address: 11-15 Emerald Street, 1st Fl, London WC1N 3QL, UK.

**7.1192** Defendant, **Jude Liknaitzky**, may be served with process at the following address: 11-15 Emerald Street, 1st Fl, London WC1N 3QL, UK.

**7.1193** Defendant, **Drama Republic**, is a business entity and may be served with process at the following address: 11-15 Emerald Street, 1st Fl, London WC1N 3QL, UK.

**7.1194** Defendant, **Joss Agnew**, may be served with process at the following address: Haymarket House, 28 - 29 Haymarket, London SW1Y 4SP, UK.

**7.1195** Defendant, **Johnny Allan**, may be served with process at the following address: The Fisheries, 1 Mentmore Terrace, London E8 3PN, UK.

**7.1196** Defendant, **Weronika Tofilska**, may be served with process at the following address: The Fisheries, 1 Mentmore Terrace, London E8 3PN, UK.

**7.1197** Defendant, **Sarah Simmonds**, may be served with process at the following address: The Fisheries, 1 Mentmore Terrace, London E8 3PN, UK.


## THUNDER FORCE

**7.1198** Defendant, **Ben Falcone**, may be served with process by serving its representative agent MGMT Entertainment at the following address: 9220 Sunset Blvd, Ste 106, West Hollywood, CA 90069.

**7.1199** Defendant, **Melissa McCarthy**, may be served with process by serving its representative agent Viewpoint at the following address: 8820 Wilshire Blvd, Suite 220, Beverly Hills, CA 90211.

**7.1200** Defendant, **Marc Platt**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1201** Defendant, **Adam Siegel**, may be served with process at the following address: 100 Universal City Plaza, Bungalow 5163, Universal City, CA 91608.

**7.1202** Defendant, **Marc Platt Productions**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Bungalow 5163, Universal City, CA 91608.

## ARMY OF THE DEAD

**7.1203** Defendant, **Zach Snyder**, may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1204** Defendant, **Shay Hatten**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1205** Defendant, **Joby Harold**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1206** Defendant, **Deborah Snyder**, may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1207** Defendant, **The Stone Quarry**, may be served along with Zach Snyder or Deborah Snyder.

**7.1208** Defendant, **Wesley Coller**, may be served along with Zach Snyder or Deborah Snyder.

## SWEET TOOTH

**7.1209** Defendant, **Jim Mickle**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1210** Defendant, **Toa Fraser**, may be served with process at the following address: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1211** Defendant, **Robyn Grace**, may be served with process at the following address: 35 Easey Street, Collingwood, VIC 3065, Australia.

**7.1212** Defendant, **Alexis Ostrander**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1213** Defendant, **Jeff Lemire**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1214** Defendant, **Beth Schwartz**, may be served with process by serving its representative agent Felker Toczek Suddleson Abramson McGinnis Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1215** Defendant, **Noah Griffith**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1216** Defendant, **Daniel Stewart**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1217** Defendant, **Justin Boyd**, may be served with process at the following address: 7122 Beverly Blvd., Ste. F, Los Angeles, CA 90036.

**7.1218** Defendant, **Christina Ham**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1219** Defendant, **Haley Harris**, may be served with process by serving its representative agent Rain Management Group at the following address: 11162 La Grange Ave, Los Angeles, CA 90025.

**7.1220** Defendant, **Michael R. Perry**, may be served with process by serving its representative agent David Colden A Professional Corporation at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1221** Defendant, **Robert Downey Jr.**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1222** Defendant, **Linda Moran**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1223** Defendant, **Melanie Turner**, may be served with process by serving its representative agent United Talent Agency at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1224** Defendant, **Susan Downey**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1225** Defendant, **Evan Moore**, may be served with process at the following address: 1311 Abbot Kinney, Venice, CA 90291.

**7.1226** Defendant, **Michael Berenbaum**, may be served with process by serving its representative agent Lily Fettis Green at the following address: 10250 Constellation Blvd, 35th Floor, Los Angeles, CA 90067.

**GOOD ON PAPER**

**7.1227** Defendant, **Iliza Shlesinger**, may be served with process by serving its representative agent Brecheen, Feldman, Breimer, Silver, & Thompson at the following address: 1925 Century Park East, Suite 2300, Los Angeles, CA 90067.

**7.1228** Defendant, **Kimmy Gatewood**, may be served with process by serving its representative agent Granderson Des Rochers at the following address: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.1229** Defendant, **David Bernon**, may be served with process by serving its representative agent Skadden, Arps, Slate, Meagher & Flom at the following address: 300 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071.

**7.1230** Defendant, **Paul Bernon**, may be served with process at the following address: 9465 Wilshire Blvd., Ste 3024, Los Angeles, CA 90069.

**7.1231** Defendant, **Burn Later Productions**, is a business entity and may be served with process at the following address: 280 Summer Street, 6th Floor, Boston, MA 02210.

**7.1232** Defendant, **Sam Slater**, may be served with process by serving its representative agent Skadden, Arps, Slate, Meagher & Flom at the following address: 300 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071.

**7.1233** Defendant, **Han West**, may be served with process at the following address: 2902 Knox Avenue, Suite 104, Los Angeles, CA 90039.

**7.1234** Defendant, **Meridian Content**, is a business entity and may be served with process at the following address: 2902 Knox Avenue, Suite 104, Los Angeles, CA 90039.

**7.1235** Defendant, **Universal Pictures**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

## GUNPOWER MILKSHAKE

**7.1236** Defendant, **Navot Papushado**, may be served with process at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1237** Defendant, **Alex Heineman**, may be served with process at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1238** Defendant, **Andrew Rona**, may be served with process at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1239** Defendant, **Ehud Lavski**, may be served with process by serving its representative agent Eric Feig Entertainment & Media Law: 8730 Wilshire Blvd., Beverly Hills, CA 90211.

**7.1240** Defendant, **StudioCanal**, is a business entity and may be served with process at the following address: 2220 Colorado Ave, Ste 210, Santa Monica, CA 90404.

**7.1241** Defendant, **Studio Babelsberg**, is a business entity and may be served with process at the following address: August-Bebel-Straße 26-53, Potsdam 14482, Germany.

**7.1242** Defendant, **The Picture Company**, can be served with process along with Alex Heineman or Andrew Rona.

## THE CHAIR

**7.1243** Defendant, **Amanda Peet**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1244** Defendant, **Annie Julia Wyman**, may be served with process by serving its representative agent LBI Entertainment at the following address: 2000 Avenue of the Stars, 3rd Floor, North Tower, Century City, CA 90067.

**7.1245** Defendant, **Daniel Gray Longino**, may be served with process by serving its representative agent Mosaic at the following address: 407 N Maple Drive, Suite 100, Beverly Hills, CA 90210.

**7.1246** Defendant, **Jennifer Kim**, may be served with process by serving its representative agent Kaplan / Perrone Entertainment at the following address: 9171 Wilshire Blvd., #400, Beverly Hills, CA 90210.

**7.1247** Defendant, **Richard Robbins**, may be served with process by serving its representative agent 3 Arts Entertainment at the following address: 9460 Wilshire Blvd., 7th Floor, Beverly Hills, CA 90212.

**7.1248** Defendant, **David Benioff**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1249** Defendant, **D.B. Weiss**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1250** Defendant, **Sandra Oh**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

## SWEET GIRL

**7.1251** Defendant, **Gregg Hurwitz**, may be served with process by serving its representative agent ChengCaplan Company at the following address: 3863 Grand View Blvd, Ste 2, Los Angeles, CA 90066

**7.1252** Defendant, **Philip Eisner**, may be served with process by serving its representative agent Untitled Entertainment at the following address: 350 South Beverly Drive, Beverly Hills, CA 90212

**7.1253** Defendant, **Brian Andrew Mendoza**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067

**7.1254** Defendant, **Jason Momoa**, may be served with process by serving its representative agent Edelstein, Laird & Sobel at the following address: 9255 W Sunset Blvd, Ste 800, Los Angeles, CA 90069

**7.1255** Defendant, **Pride of Gypsies**, may be served with process along with Jason Momoa.

**7.1256** Defendant, **Brad Peyton**, may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067

**7.1257** Defendant, **ASAP Entertainment**, is a business entity and may be served with process at the following address: 4205 Santa Monica Blvd, Los Angeles, CA 90029. ASAP Entertainment may also be served with process along with Brad Peyton.

## THE GUILTY

**7.1258** Defendant, **Nic Pizzolatto**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1259** Defendant, **Antoine Fuqua**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1260** Defendant, **Hill District Media**, may be served with process along with Antoine Fuqua.

**7.1261** Defendant, **Scott Greenberg**, may be served with process by serving its representative agent LBI Entertainment: 2000 Avenue of the Stars, 3rd Floor, North Tower, Century City, CA 90067.

**7.1262** Defendant, **Jake Gyllenhaal**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1263** Defendant, **Nine Stories Productions**, may be served with process along with Jake Gyllenhaal.

**7.1264** Defendant, **Eric Greenfeld**, may be served with process by serving its representative agent Rosenfeld, Meyer & Susman at the following address: 232 N. Canon Drive, Beverly Hills, CA 90210.

**7.1265** Defendant, **David Litvak**, may be served with process at the following address: Bold Films, 6464 W Sunset Blvd., Suite 910, Los Angeles, CA 90028.

**7.1266** Defendant, **Michel Litvak**, may be served with process at the following address: Bold Films, 6464 W Sunset Blvd., Suite 910, Los Angeles, CA 90028.

**7.1267** Defendant, **Bold Films**, is a business entity and may be served with process at the following address: 6464 W Sunset Blvd., Suite 910, Los Angeles, CA 90028.

**7.1268** Defendant, **Endeavor Content**, is a business entity and may be served with process at the following address: 9601 Wilshire Blvd., Beverly Hills, CA 90210.

## MAID

**7.1269** Defendant, **Molly Smith Metzler**, may be served with process by serving its representative agent McKuin Frankel Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1270** Defendant, **Michelle Denise Jackson**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

## NIGHT TEETH

**7.1271** Defendant, **Brent Dillon**, may be served with process by serving its representative agent Ginsburg Daniels Kallis at the following address: 10534 West Pico Blvd, Los Angeles, CA 90064.

**7.1272** Defendant, **Adam Randall**, may be served with process by serving its representative agent Grandview at the following address: 7122 Beverly Blvd., Ste. F, Los Angeles, CA 90036.

**7.1273** Defendant, **Vincent Gatewood**, may be served with process at the following address: Unique Features,  8581 Santa Monica Blvd, #710, West Hollywood, CA 90069.

**7.1274** Defendant, **Unique Features**, is a business entity and may be served with process at the following address: 8581 Santa Monica Blvd, #710, West Hollywood, CA 90069.

**7.1275** Defendant, **Charlie Morrison**, may be served with process at the following address: 6725 W. Sunset Blvd., Suite 320, Los Angeles, CA 90028.

**7.1276** Defendant, **Ben Pugh**, may be served with process at the following address: 6725 W. Sunset Blvd., Suite 320, Los Angeles, CA 90028.

**7.1277** Defendant, **42**, is a business entity and may be served with process at the following address: 6725 W. Sunset Blvd., Suite 320, Los Angeles, CA 90028.

## ARMY OF THIEVES

**7.1278** Defendant, **Shay Hatten**, may be served with process by serving its representative agent Creative Artists Agency: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1279** Defendant, **Zach Snyder**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1280** Defendant, **Deborah Snyder**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1281** Defendant, **The Stone Quarry**, may be served with process along with Zach Snyder or Deborah Snyder.

**7.1282** Defendant, **Wesley Coller**, may be served with process along with Zach Snyder or Deborah Snyder.

**7.1283** Defendant, **Matthias Schweighöfer**, may be served with process by serving its representative agent Untitled Entertainment: 350 South Beverly Drive, Beverly Hills, CA 90212.

**7.1284** Defendant, **Dan Maag**, may be served with process at the following address: Pantaleon Films, Holzstraße 30, Munich, BAVARIA 80469, Germany.

**7.1285** Defendant, **Pantaleon Films**, is a business entity and may be served with process at the following address: Holzstraße 30, Munich, BAVARIA 80469, Germany.

**7.1286** Defendant, **Film United**, is a business entity and may be served with process at the following address: Maltezske Nam 7, Prague 1 118 00, Czech Republic.

## THE HARDER THEY FALL

**7.1287** Defendant, **Jeymes Samuel**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1288** Defendant, **Boaz Yakin**, may be served with process by serving its representative agent Granderson Des Rochers: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.1289** Defendant, **Lawrence Bender**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1290** Defendant, **Sean Carter** , may be served with process at the following address: Roc Nation, 540 West 26th Street, New York, NY 10001.

**7.1291** Defendant, **James Lassiter**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1292** Defendant, **Overbrook Entertainment**, is a business entity and may be served with process by serving its representative agent—Sloane, Offer, Weber & Dern—at the following address at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

## RED NOTICE

**7.1293** Defendant, **Rawson Marshall Thurber**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1294** Defendant, **Beau Flynn**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1295** Defendant, **Hiram Garcia**, may be served with process at the following address: Jonesworks, 9301 Wilshire Blvd, Suite #504, Beverly Hills, CA 90210.

**7.1296** Defendant, **Dany Garcia**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1297** Defendant, **Dwayne Johnson**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1298** Defendant, **Seven Bucks Productions**, can be served with notice of process along with Dany Garcia or Dwayne Johnson.

**7.1299** Defendant, **Flynn Picture Company**, is a business entity and may be served with process at the following address: 9744 Wilshire Boulevard, Beverly Hills, CA 90212.

**7.1300** Defendant, **Legendary Entertainment**, is a business entity and may be served with process at the following address: 2900 W. Alameda Ave., 15th Floor, Burbank, CA 91505.

**<u>BRUISED</u>**

**7.1301** Defendant, **Michelle Rosenfarb**, may be served with process by serving its representative agent Frankfurt Kurnit Klein & Selz at the following address: 28 Liberty St., New York, NY 10005.

**7.1302** Defendant, **Halle Berry**, may be served with process by serving its representative agent William Morris Endeavor Entertainment at the following address: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1303** Defendant, **Guymon Casady**, may be served with process at the following address: Entertainment 360, 10100 Santa Monica Blvd, Suite 2300, Los Angeles, CA 90210.

**7.1304** Defendant, **Entertainment 360**, is a business entity and may be served with process at the following address: 10100 Santa Monica Blvd, Suite 2300, Los Angeles, CA 90210.

**7.1305** Defendant, **Terry Dougas**, may be served with process at the following address: Rhea Films, 1801 Century Park W., 6th Floor, Los Angeles, CA 90067.

**7.1306** Defendant, **Rhea Films**, is a business entity and may be served with process at the following address: 1801 Century Park W., 6th Floor, Los Angeles, CA 90067.

**7.1307** Defendant, **Brad Feinstein**, may be served with process at the following address: Romulus Entertainment, 810 7th Avenue, 27th Floor, New York, NY 10019.

**7.1308** Defendant, **Romulus Entertainment**, is a business entity and may be served with process at the following address: 810 7th Avenue, 27th Floor, New York, NY 10019.

**7.1309** Defendant, **Basil Iwanyk**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1310** Defendant, **Thunder Road Pictures**, is a business entity and may be served with process at the following address: 1411 5th St, Ste 400, Santa Monica, CA 90401.

**7.1311** Defendant, **Erica Lee**, may be served with process at the following address: Thunder Road Pictures, 1411 5th St, Ste 400, Santa Monica, CA 90401.

**7.1312** Defendant, **Paris Kassidokostas-Latsis**, may be served with process at the following address: 1801 Century Park W., 6th Floor, Los Angeles, CA 90067.

## DON'T LOOK UP

**7.1313** Defendant, **Adam McKay**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1314** Defendant, **Kevin J. Messick**, may be served with process by serving its representative agent Gary Sanchez Productions: 1041 North Formosa Ave, West Hollywood, CA 90046.

**7.1315** Defendant, **Hyperobject Industries**, can be served with notice of process along with Adam McKay or Kevin J. Messick.

## CASTLE FOR CHRISTMAS

**7.1316** Defendant, **Ally Carter**, may be served with process by serving its representative agent The Gersh Agency at the following address: 9465 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212.

**7.1317** Defendant, **Kim Beyer-Johnson**, may be served with process by serving its representative agent The Gersh Agency at the following address: 9465 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212.

**7.1318** Defendant, **Mary Lambert**, may be served with process by serving its representative agent Nochimson Law at the following address: 1801 Century Park W Fl 2400, Los Angeles, CA.

**7.1319** Defendant, **Motion Picture Corporation of America**, is a business entity and may be served with process at the following address: 10635 Santa Monica Blvd., Suite 180, Los Angeles, CA 90025.

## POWER OF THE DOG

**7.1320** Defendant, **Jane Campion**, may be served with process by serving its representative agent HLA Management at the following address: PO Box 1536, Strawberry Hills, NSW 2012, Australia.

**7.1321** Defendant, **Iain Canning**, may be served with process at the following address: See-Saw Films, 3rd Floor, 45 Folgate Street, London, England E1 6GL.

**7.1322** Defendant, **Emile Sherman**, may be served with process at the following address: See-Saw Films: 3rd Floor, 45 Folgate Street, London, England E1 6GL.

**7.1323** Defendant, **See-Saw Films**, is a business entity and may be served with process at the following address: 3rd Floor, 45 Folgate Street, London, England E1 6GL.

**7.1324** Defendant, **Cross City Films**, is a business entity and may be served with process at the following address: 3rd Floor, 45 Folgate Street, London, England E1 6GL.

**7.1325** Defendant, **Roger Frappier**, may be served with process at the following address: Max Films Productions: 5639, ave Christophe-Colomb, Montreal, QC H2S 2E8.

**7.1326** Defendant, **Max Films International**, is a business entity and may be served with process at the following address: 5639, ave Christophe-Colomb, Montreal, QC H2S 2E8.

**7.1327** Defendant, **Tanya Seghatchian**, may be served with process at the following address: Holmes Weinberg, PC: 30765 Pacific Coast Highway Suite 411, Malibu, CA 90265.

**7.1328** Defendant, **BBC Films**, is a business entity and may be served with process at the following address: Zone A, 7th Floor, BBC Broadcasting House, Portland Place, London W1A 1AA.

## UNFORGIVEABLE

**7.1329** Defendant, **Peter Craig**, may be served with process by serving its representative agent Grandview at the following address: 7122 Beverly Blvd., Ste. F, Los Angeles, CA 90036.

**7.1330** Defendant, **Hillary Seitz**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd #750, Los Angeles, CA 90067.

**7.1331** Defendant, **Courtenay Miles**, may be served with process by serving its representative agent Legal Representative, Lichter, Grossman, Nichols, Adler, Feldman & Clark: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1332** Defendant, **Nora Fingscheidt**, may be served with process by serving its representative agent Ziffren Brittenham: 1801 Century Park W, Los Angeles, CA 90067.

**7.1333** Defendant, **Sandra Bullock**, may be served with process by serving its representative agent Ziffren Brittenham: 1801 Century Park W, Los Angeles, CA 90067.

**7.1334** Defendant, **Veronica Ferres**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1335** Defendant, **Graham King**, may be served with process at the following address: GK Films, 1221 2nd Street, Suite #200, Santa Monica, CA 90401.

**7.1336** Defendant, **GK Films**, is a business entity and may be served with process at the following address: 1221 2nd Street, Suite #200, Santa Monica, CA 90401.

**7.1337** Defendant, **Fortis Films**, is a business entity and may be served with process at the following address: 8581 Santa Monica Blvd, Ste 1, West Hollywood, CA 90069.

**7.1338** Defendant, **Construction Film**, is a business entity and may be served with process at the following address: Herzogstrasse 60, Munich 80803, Germany.

**7.1339** Defendant, **Red Production Company**, is a business entity and may be served with process at the following address: MediaCityUK, Level 2, White, Salford, Manchester M50 2NT.

## ARCHIVE 81 (WELLSPRING)

**7.1340** Defendant, **Rebecca Sonnenshine**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1341** Defendant, **Rebecca Thomas**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1342** Defendant, **Helen Leigh**, may be served with process by serving its representative agent The Nord Group at the following address: 1925 Century Park East, Suite 1700, Los Angeles, CA 90067.

**7.1343** Defendant, **Haifaa Al-Mansour**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1344** Defendant, **Justin Benson**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1345** Defendant, **Aaron Moorhead**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1346** Defendant, **Evan Bleiweiss**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1347** Defendant, **Michael Narducci**, may be served with process by serving its representative agent Brant Rose Agency at the following address: 6671 Sunset Blvd, Ste 1584B, Los Angeles, CA 90028.

**7.1348** Defendant, **Paul Harris Boardman**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1349** Defendant, **James Wan**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1350** Defendant, **Michael Clear**, may be served with process at the following address: Atomic Monster, 4000 Warner Blvd., Building 81, Suite 115, Burbank, CA 91522.

**7.1351** Defendant, **Atomic Monster**, is a business entity and may be served with process at the following address: 4000 Warner Blvd., Building 81, Suite 115, Burbank, CA 91522.

## ROYAL TREATMENT

**7.1352** Defendant, **Rick Jacobson**, may be served with process by serving its representative agent The Gersh Agency at the following address: 9465 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212.

**7.1353** Defendant, **Holly Hester**, may be served with process by serving its representative agent Rain Management Group at the following address: 11162 La Grange Ave., Los Angeles, CA 90025.

**7.1354** Defendant, **Ellen Marano**, may be served with process by serving its representative agent Marano Entertainment at the following address: 21650 Oxnard St., Suite 350, Woodland Hills, CA 91367.

**7.1355** Defendant, **Laura Marano**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1356** Defendant, **Vanessa Marano** , may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1357** Defendant, **Focus Features International**, is a business entity and may be served with process at the following address: 26 Aybrook Street, London W1U 4AN.

## THE ADAM PROJECT

**7.1358** Defendant, **Shawn Levy**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1359** Defendant, **Jonathan Tropper**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, and Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1360** Defendant, **T.S. Nowlin**, may be served with process by serving its representative agent McKuin Frankel Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1361** Defendant, **Jennifer Flackett**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1362** Defendant, **Mark Levin**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1363** Defendant, **David Ellison**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067

**7.1364** Defendant, **Ryan Reynolds**, may be served with process 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1365** Defendant, **Maximum Effort**, is a business entity and may be served with process at the following address: 10201 West Pico Blvd, Los Angeles, CA 90064.

**7.1366** Defendant, **21 Laps Entertainment**, is a business entity and may be served with process at the following address: 10201 West Pico Blvd, Los Angeles, CA 90064.

**7.1367** Defendant, **Don Granger**, may be served with process at the following address: Sky Dance Media, 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1368** Defendant, **Dana Goldberg**, may be served with process at the following address: Sky Dance Media, 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1369** Defendant, **Sky Dance Media**, is a business entity and may be served with process at the following address: 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

## HUSTLE

**7.1370** Defendant, **Jeremiah Zagar**, may be served with process by serving its representative agent Granderson Des Rochers at the following address: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.1371** Defendant, **Taylor Materne**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1372** Defendant, **Will Fetters**, may be served with process by serving its representative agent Brecheen Feldman Breimer Silver & Thompson at the following address at the following address: 1925 Century Park East, Suite 2300, Los Angeles, CA 90067.

**7.1373** Defendant, **Maverick Carter**, may be served with process by serving its representative agent William Morris Endeavor Entertainment at the following address: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1374** Defendant, **Allen Covert**, may be served with process by serving its representative agent Happy Madison Productions at the following address: 10202 W Washington Blvd, Judy Garland Bldg, Culver City, CA 90232.

**7.1375** Defendant, **LeBron James**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1376** Defendant, **Joe Roth**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1377** Defendant, **Adam Sandler**, may be served with process by serving its representative agent William Morris Endeavor Entertainment at the following address: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1378** Defendant, **Happy Madison Productions**, is a business entity and may be served with process at the following address: 10202 W Washington Blvd, Judy Garland Bldg, Culver City, CA 90232.

**7.1379** Defendant, **Roth Films**, is a business entity and may be served with process at the following address: 10880 Wilshire Blvd., Suite 2100, Los Angeles, CA 90024.

**7.1380** Defendant, **SpringHill Entertainment**, may be served with notice of process along with LeBron James or Maverick Carter.

## GOD'S FAVORITE IDIOT

**7.1381** Defendant, **Ben Falcone**, may be served with process by serving its representative agent MGMT Entertainment at the following address: 9220 Sunset Blvd, Ste 106, West Hollywood, CA 90069.

**7.1382** Defendant, **Melissa McCarthy**, may be served with process by serving its representative agent MGMT Entertainment at the following address: 9220 Sunset Blvd, Ste 106, West Hollywood, CA 90069.

**7.1383** Defendant, **On the Day**, may be served with notice of process along with Ben Falcone and Melissa McCarthy.

**7.1384** Defendant, **Michael McDonald**, may be served with process by serving its representative agent ICM Partners at the following address: 10250 Constellation Blvd, 35th Floor, Los Angeles, CA 90067.

## THE MAN FROM TORONTO

**7.1385** Defendant, **Patrick Hughes**, may be served with process by serving its representative agent Range Media Partners: 2425 Michigan Ave, Santa Monica, CA 90404.

**7.1386** Defendant, **Robbie Fox**, may be served with process by serving its representative agent United Talent Agency: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1387** Defendant, **Chris Bremner**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1388** Defendant, **Todd Black**, may be served with process at the following address: 10202 W Washington Blvd, Astaire Bldg, 3rd Floor, Culver City, CA 90232.

**7.1389** Defendant, **Jason Blumenthal**, may be served with process at the following address: 10202 W Washington Blvd, Astaire Bldg, 3rd Floor, Culver City, CA 90232.

**7.1390** Defendant, **Steve Tisch**, may be served with process at the following address: 10202 W Washington Blvd, Astaire Bldg, 3rd Floor, Culver City, CA 90232.

**7.1391** Defendant, **Escape Artists**, is a business entity and may be served with process at 10202 W Washington Blvd, Astaire Bldg, 3rd Floor, Culver City, CA 90232.

**7.1392** Defendant, **Sony Pictures Entertainment**, is a business entity and may be served with process at 550 Madison Ave, New York, NY 10022.

**7.1393** Defendant, **BRON Studios**, is a business entity and may be served with process at  345 N. Maple Drive, Suite 294, Beverly Hills, CA 90210.

**7.1394** Defendant, **Hartbeat Productions**, is a business entity and may be served with process at 15910 Ventura Blvd., Ste. 15, Encino, CA 91436.


## SPIDERHEAD

**7.1395** Defendant, **Joseph Kosinski**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1396** Defendant, **Paul Wernick**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1397** Defendant, **Rhett Reese**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1398** Defendant, **Tommy Harper**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1399** Defendant, **Chris Hemsworth**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1400** Defendant, **Jeremy Steckler**, may be served with process by serving its representative agent Ziffren Brittenham at the following address:1801 Century Park W, Los Angeles, CA 90067.

**7.1401** Defendant, **Agnes Chu**, may be served with process at Conde Nast Entertainment at the following address: 222 Broadway, Fl 15, New York, NY 10038.

**7.1402** Defendant, **Eric Newman**, may be served with process at 2950 Nebraska Ave, Santa Monica, CA 90404.

**7.1403** Defendant, **Conde Nast Entertainment**, is a business entity and may be served with process at 222 Broadway, Fl 15, New York, NY 10038.

**7.1404** Defendant, **Grand Electric**, is a business entity and may be served with process at 2950 Nebraska Ave, Santa Monica, CA 90404.

**7.1405** Defendant, **Screen Arcade**, is a business entity and may be served with process at2950 Nebraska Ave, Santa Monica, CA 90404.

## THE GRAY MAN

**7.1406** Defendant, **Joe Russo**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1407** Defendant, **Anthony Russo**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1408** Defendant, **Christopher Markus**, may be served with process by serving its representative agent David Colden A Professional Corporation at the following address: 141 El Camino, Drive, Suite 100, Beverly Hills, CA 90212.

**7.1409** Defendant, **Stephen McFeely**, may be served with process by serving its representative agent David Colden A Professional Corporation at the following address: 141 El Camino, Drive, Suite 100, Beverly Hills, CA 90212.

**7.1410** Defendant, **Joe Roth**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

## DAY SHIFT

**7.1411** Defendant, **J.J. Perry**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1412** Defendant, **Tyler Tice**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1413** Defendant, **Shay Hatten**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1414** Defendant, **Shaun Redick**, may be served with process by serving its representative agent Burgee & Abramoff at the following address: 20501 Ventura Blvd, Suite 262, Woodland Hills, CA 91364.

**7.1415** Defendant, **Yvette Yates Redick**, may be served with process by serving its representative agent Raskin Gorham Anderson Law at the following address: 11333 Iowa Avenue, Los Angeles, CA 90025.

**7.1416** Defendant, **Impossible Dream Entertainment**, can be served with process along with Shaun Redick or Yvette Yates Redick.

**7.1417** Defendant, **Chad Stahelski**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1418** Defendant, **87Eleven Entertainment**, is a business entity and may be served with process at the following address: 1600 Rosecrans Avenue, Building 2B, Suite 300, Manhattan Beach, CA 90266.

## LOOK BOTH WAYS

**7.1419** Defendant, **Wanuri Kahiu**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1420** Defendant, **April Prosser**, may be served with process by serving its representative agent Kaplan / Perrone Entertainment at the following address: 9171 Wilshire Blvd., #400, Beverly Hills, CA 90210.

**7.1421** Defendant, **Eric Newman**, may be served with process by serving its representative agent Screen Arcade at the following address: 2950 Nebraska Avenue, Santa Monica, CA 90404.

**7.1422** Defendant, **Screen Arcade**, is a business entity and may be served with process at 2950 Nebraska Avenue, Santa Monica, CA 90404.

**7.1423** Defendant, **Bryan Unkeless**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

## ME TIME

**7.1424** Defendant, **John Hamburg**, may be served with process by serving its representative agentSloss Eckhouse Dasti Haynes LawCo at the following address: 555 West 25th Street, 4th Floor, New York, NY 10001.

**7.1425** Defendant, **Kevin Hart**, may be served with process by serving its representative agent Schreck, Rose, Dapello, Adams, Berlin, & Dunham at the following address: 888 7th Avenue, 19th Floor, New York, NY 10106.

**7.1426** Defendant, **Mark Wahlberg**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1427** Defendant, **5150 Action**, is a business entity and may be served with process at 11333 Ventura Blvd, Ste 166, Studio City, CA 91602.

**7.1428** Defendant, **Hartbeat Productions**, is a business entity and may be served with process at 15910 Ventura Blvd., Ste. 15, Encino, CA 91436.

## STRANGER THINGS

**7.1429** Defendant, **Matt Duffer**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1430** Defendant, **Ross Duffer**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**PEAKY BLINDERS**

**7.1431** Defendant, **Steven Knight**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**WONDER WOMAN 1984**

**7.1432** Defendant, **Patty Jenkins**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1433** Defendant, **Geoff Johns**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212

**7.1434** Defendant, **Dave Callaham**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210

**7.1435** Defendant, **Gal Gadot**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1436** Defendant, **Stephen Jones**, may be served with process by serving its representative agent The Gersh Agency at the following address: 9465 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212.

**7.1437** Defendant, **Charles Roven**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1438** Defendant, **Zach Snyder**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1439** Defendant, **Deborah Snyder**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1440** Defendant, **The Stone Quarry**, may be served along with Deborah Snyder at Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1441** Defendant, **Atlas Entertainment**, is a business entity and may be served with process at 9200 Sunset Blvd, 10th Fl, Los Angeles, CA 90069.

**7.1442** Defendant, **DC Entertainment**, is a business entity and may be served with process at 2900 West Alameda Avenue, Burbank, CA 91505.

## BAD EDUCATION

**7.1443** Defendant, **Cory Finley**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1444** Defendant, **Mike Makowsky**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1445** Defendants **Fred Berger** and **Brian Kavanaugh-Jones** can be served with process along with Mike Makiwsky or Cory Finley.

**7.1446** Defendant, **Julia Lebedev**, may be served with process at 110 S. Fairfax Ave, Suite 230, Los Angeles, California 90036

**7.1447** Defendant, **Oren Moverman**, may be served with process at 110 S. Fairfax Ave, Suite 230, Los Angeles, California 90036

**7.1448** Defendant, **Eddie Vaisman**, may be served with process at 110 S. Fairfax Ave, Suite 230, Los Angeles, California 90036.

**7.1449** Defendant, **Sight Unseen Pictures**, is a business entity and may be served with process at 110 S. Fairfax Ave, Suite 230, Los Angeles, California 90036.

## TENET

**7.1450** Defendant, **Christopher Nolan**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1451** Defendant, **Emma Thomas**, may be served with process by serving its representative agent Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

## IN THE HEIGHTS

**7.1452** Defendant, **Jon M. Chu**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212

**7.1453** Defendant, **Quiara Alegría Hudes**, may be served with process by serving its representative agent Objective Entertainment at the following address: 276 5th Avenue, Suite 704-247, New York, NY 10001

**7.1454** Defendant, **Anthony Bregman**, may be served with process by serving its representative agent Loeb & Loeb at the following address: 10100 Santa Monica Blvd, Ste 2200, Los Angeles, CA 90067

**7.1455** Defendant, **Likely Story**, is a business entity and may be served with process at 175 Varick Street, 2nd Floor, New York, NY 10014

**7.1456** Defendant, **Lin-Manuel Miranda**, may be served with process by serving its representative agent Schreck, Rose, Dapello, Adams, Berlin, & Dunham at the following address: 888 7th Avenue, 19th Floor, New York, NY 10106

**7.1457** Defendant, **Scott Sanders**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071

**7.1458** Defendant, **Scott Sanders Productions**, is a business entity and may be served with process at 2028 Taft Avenue, Los Angeles, CA 90068

**7.1459** Defendant, **Mara Jacobs**, may be served with process at 2028 Taft Avenue, Los Angeles, CA 90068

## NO SUDDEN MOVE

**7.1460** Defendant, **Steven Soderbergh**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1461** Defendant, **Ed Solomon**, may be served with process by serving its representative agent Gendler & Kelly at the following address: 450 N Roxbury Dr, Ste 1000, Beverly Hills, CA 90210.

**7.1462** Defendant, **Casey Silver**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

## THE SUICIDE SQUAD

**7.1463** Defendant, **James Gunn**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1464** Defendant, **Charles Roven**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1465** Defendant, **Peter Safran**, may be served with process at 4000 Warner Blvd., Building 81, Suite 207, Burbank, CA 91505.

**7.1466** Defendant, **The Safran Company**, is a business entity and may be served with process at 4000 Warner Blvd., Building 81, Suite 207, Burbank, CA 91505

## THOSE WHO WISH ME DEAD

**7.1467** Defendant, **Taylor Sheridan**, may be served with process by serving its representative agent Meyer & Downs at the following address: 315 S. Beverly Drive, Suite 206, Beverly Hills, CA 90212.

**7.1468** Defendant, **Michael Koryta**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1469** Defendant, **Charles Leavitt**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1470** Defendant, **Garrett Basch**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1471** Defendant, **Steven Zaillian**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1472** Defendant, **Aaron L. Gilbert**, may be served with process at         5542    Short    Street, Burnaby, BC V5J 1L9, Canada.

**7.1473** Defendant, **BRON Studios**, is a business entity and may be served with process at345  N. Maple Drive, Suite 294, Beverly Hills, CA 90210

**7.1474** Defendant, **New Line Cinema**, is a business entity and may be served with process at 4000 Warner Blvd, Building 76, Burbank, CA 91522.

**7.1475** Defendant, **New Line Cinema Film Rites**, is a business entity and may be served with process at 10201 W. Pico Blvd., Bldg. 51, Los Angeles, CA 90064.

## WHITE LOTUS

**7.1476** Defendant, **Mike White**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1477** Defendant, **David Bernad**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1478** Defendant, **Rip Cord Productions**, is a business entity and may be served with process at the following address: 1990 S Bundy Dr, Suite 200, Los Angeles, CA 90025.

## PROMISING YOUNG WOMAN

**7.1479** Defendant, **Emerald Fennell**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1480** Defendant, **Ben Browning**, may be served with process at 9665 Wilshire Blvd., Ste 500, Los Angeles, CA 90212.

**7.1481** Defendant, **Ashley Fox**, may be served with process at 6430 Sunset Blvd., Suite 1025, Los Angeles, CA 90028.

**7.1482** Defendant, **FilmNation Entertainment**, is a business entity and may be served with process at 430 Sunset Blvd., Suite 1025, Los Angeles, CA 90028.

**7.1483** Defendant, **Margot Robbie**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1484** Defendant, **Josey McNamara**, may be served with process at 1670 Beverly Blvd, Suite 1, Los Angeles, CA 90026.

**7.1485** Defendant, **Tom Ackerley**, may be served with process at 1670 Beverly Blvd, Suite 1, Los Angeles, CA 90026.

**7.1486** Defendant, **LuckyChap Entertainment**, is a business entity and may be served with process at 1670 Beverly Blvd, Suite 1, Los Angeles, CA 90026.

**7.1487** Defendant, **Focus Features**, is a business entity and may be served with process at 100 Universal City Plaza, Bldg 2160, Suite 7C, Universal City, CA 91608.

## THE LAST DUEL

**7.1488** Defendant, **Ridley Scott**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1489** Defendant, **Scott Free Productions**, may be served with process along with Ridley Scott.

**7.1490** Defendant, **Nicole Holofcener**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1491** Defendant, **Kevin J. Walsh**, may be served with process by serving its representative agent Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1492** Defendant, **20th Century Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

**7.1493** Defendant, **Pearl Street Films**, is a business entity and may be served with process at the following address: 1660 Euclid St, Santa Monica, CA 90404.

**7.1494** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

## THE PEACEMAKER

**7.1495** Defendant, **James Gunn**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1496** Defendant, **Troll Court Entertainment**, may be served with process along with James Gunn.

**7.1497** Defendant, **DC Entertainment**, is a business entity and may be served with process at the following address: 2900 West Alameda Avenue, Burbank, CA 91505.

**7.1498** Defendant, **Warner Bros. Television**, is a business entity and may be served with process at the following address: 300 Television Plaza, Bldg 140, 1st Fl, Burbank, CA 91505.

**7.1499** Defendant, **The Safran Company**, is a business entity and may be served with process at the following address: 4000 Warner Blvd., Building 81, Suite 207, Burbank, CA 91505.

## HITMAN'S WIFE'S BODYGUARD

**7.1500** Defendant, **Patrick Hughes**, may be served with process by serving its representative agent Range Media Partners at the following address: 2425 Michigan Ave, Santa Monica, CA 90404.

**7.1501** Defendant, **Hitman Two Productions**, may be served with process along with Patrick Hughes.

**7.1502** Defendant, **Phillip Murphy**, may be served with process by serving its representative agent Range Media Partners at the following address: 2425 Michigan Ave, Santa Monica, CA 90404.

**7.1503** Defendant, **Brandon Murphy**, may be served with process by serving its representative agent Range Media Partners at the following address: 2425 Michigan Ave, Santa Monica, CA 90404.

**7.1504** Defendant, **Tom O'Connor**, may be served with process by serving its representative agent 42 at the following address: 6725 W. Sunset Blvd., Suite 320, Los Angeles, CA 90028.

**7.1505** Defendant, **Millennium Media**, is a business entity and may be served with process at the following address: 6423 Wilshire Blvd, Los Angeles, CA 90048.

**7.1506** Defendant, **Summit Entertainment**, is a business entity and may be served with process at the following address: 2700 Colorado Ave., Suite 200, Santa Monica, CA 90404.

**7.1507** Defendant, **Campbell Grobman Films**, is a business entity and may be served with process at the following address: 9461 Charleville Blvd, #301, Beverly Hills, CA 90212.

## THE MATRIX RESURRECTIONS

**7.1508** Defendant, **Lana Wachowski**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1509** Defendant, **David Mitchell**, may be served with process by serving its representative agent Curtis Brown Group at the following address: Haymarket House, 28 - 29 Haymarket, London SW1Y 4SP, UK.

**7.1510** Defendant, **James McTeigue**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1511** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

**7.1512** Defendant, **Village Roadshow Pictures**, is a business entity and may be served with process at the following address: 10100 Santa Monica Blvd., Suite 200, Los Angeles, CA 90067.

## THE FRENCH DISPATCH

**7.1513** Defendant, **Wes Anderson**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1514** Defendant, **Roman Coppola**, may be served with process at the following address: 1633 Cosmo Street, Los Angeles, CA 90028.

**7.1515** Defendant, **Jason Schwartzman**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1516** Defendant, **Jeremy Dawson**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1517** Defendant, **Steven Rales**, may be served with process at the following address: 1660 Euclid Street, Santa Monica, CA 90404.

**7.1518** Defendant, **Indian Paintbrush**, is a business entity and may be served with process at the following address: 1660 Euclid Street, Santa Monica, CA 90404.

**7.1519** Defendant, **American Empirical Pictures**, is a business entity and may be served with process at the following address: 405 East 13th St., Ste. 6R, New York, NY 10009.

**7.1520** Defendant, **Studio Babelsberg**, is a business entity and may be served with process at the following address: August-Bebel-Straße 26-53, Potsdam 14482, Germany.

**7.1521** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

## STARSTRUCK

**7.1522** Defendant, **Rose Matafeo**, may be served with process by serving its representative agent Avalon Management at the following address: 4a Exmoor Street. London W10 6BD, UK.

**7.1523** Defendant, **Karen Maine**, may be served with process by serving its representative agent Granderson Des Rochers at the following address: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.1524** Defendant, **Nic Sampson**, may be served with process by serving its representative agent Avalon Management at the following address: 4a Exmoor Street. London W10 6BD, UK.

**7.1525** Defendant, **Avalon Television**, is a business entity and may be served with process at the following address: 9171 Wilshire Blvd, Suite 320, Beverly Hills, CA 90210.

## THE FLIGHT ATTENDANT

**7.1526** Defendant, **Steve Yockey**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1527** Defendant, **Ryan Jennifer Jones**, may be served with process by serving its representative agent Sugar23 at the following address: 641 N Larchmont Blvd, Suite 100, Los Angeles, CA.

**7.1528** Defendant, **Sarah Schechter**, may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

**7.1529** Defendant, **Berlanti Productions**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

**7.1530** Defendant, **Warner Bros. Television**, is a business entity and may be served with process at the following address: 300 Television Plaza, Bldg 140, 1st Fl, Burbank, CA 91505.

## 8-BIT CHRISTMAS

**7.1531** Defendant, **Michael Dowse**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1532** Defendant, **Kevin Jakubowski**, may be served with process by serving its representative agent Kaplan / Perrone Entertainment at the following address: 9171 Wilshire Blvd., #400, Beverly Hills, CA 90210.

**7.1533** Defendant, **Jonathan Sadowski**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1534** Defendant, **Trevor White**, may be served with process by serving its representative agent DDA Public Relations at the following address: 8981 Sunset Blvd., Suite 201, West Hollywood, CA 90069.

**7.1535** Defendant, **Tim White**, may be served with process by serving its representative agent DDA Public Relations at the following address: 8981 Sunset Blvd., Suite 201, West Hollywood, CA 90069.

**7.1536** Defendant, **Allan Mandelbaum**, may be served with process along with Tim White or Trevor White.

**7.1537** Defendant, **Star Thrower Entertainment**, may be served with process along with Tim White or Trevor White.

**7.1538** Defendant, **New Line Cinema**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

**7.1539** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

## RON'S GONE WRONG

**7.1540** Defendant, **Peter Baynham**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**7.1541** Defendant, **Sarah Smith**, may be served with process at the following address: 113 Regent's Park Road, London NW1 8UR, United Kingdom.

**7.1542** Defendant, **Julie Lockhart**, may be served with process at the following address: 113 Regent's Park Road, London NW1 8UR, United Kingdom.

**7.1543** Defendant, **Locksmith Animation**, is a business entity and may be served with process at the following address: 113 Regent's Park Road, London NW1 8UR, United Kingdom.

**7.1544** Defendant, **20th Century Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

**7.1545** Defendant, **Twentieth Century Animation**, may be served with process along with 20th Century Studios.

**7.1546** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

**7.1547** Defendant, **Octavio E. Rodriguez**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.


## DUNE

**7.1548** Defendant, **Jon Spaihts**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1549** Defendant, **Eric Roth**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1550** Defendant, **Denis Villeneuve**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1551** Defendant, **Villeneuve Films**, may be served with process along with Denis Villeneuve.

**7.1552** Defendant, **Joseph M. Caracciolo Jr.**, may be served with process by serving its representative agent ICM Partners at the following address: 10250 Constellation Blvd, 35th Floor, Los Angeles, CA 90067.

**7.1553** Defendant, **Cale Boyter**, may be served with process at the following address: 2900 W. Alameda Ave., 15th Floor, Burbank, CA 91505.

**7.1554** Defendant, **Mary Parent**, may be served with process at the following address: 2900 W. Alameda Ave., 15th Floor, Burbank, CA 91505.

**7.1555** Defendant, **Legendary Entertainment**, is a business entity and may be served with process at the following address: 2900 W. Alameda Ave., 15th Floor, Burbank, CA 91505.

**7.1556** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

## KIMI

**7.1557** Defendant, **Steven Soderbergh**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1558** Defendant, **David Koepp**, may be served with process by serving its representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1559** Defendant, **Michael Polaire**, may be served with process by serving its representative agent ICM Partners at the following address: 10250 Constellation Blvd, 35th Floor, Los Angeles, CA 90067.

**7.1560** Defendant, **New Line Cinema**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

**7.1561** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

## THE LITTLE THINGS

**7.1562** Defendant, **John Lee Hancock**, may be served with process by serving its representative agent Del, Shaw, Moonves, Tanaka, Finkelstein, Lezcano, Bobb, & Dang at the following address: 2029 Century Park East, Ste 1750, Los Angeles, CA 90067.

**7.1563** Defendant, **Mark Johnson**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1564** Defendant, **Gran Via/ Grand Via Productions**, is a business entity and may be served with process at the following address: 1660 Euclid St., Santa Monica, CA 90404.

**7.1565** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

## NIGHTMARE ALLEY

**7.1566** Defendant, **Guillermo del Toro**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1567** Defendant, **Kim Morgan**, may be served with process by serving its representative agent William Morris Endeavor Entertainment Fishman at the following address: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1568** Defendant, **Bradley Cooper**, may be served with process by serving its representative agent Joint Effort at the following address: 4000 Warner Blvd, Building 90, Burbank, CA 91522.

**7.1569** Defendant, **J. Miles Dale**, may be served with process by serving its representative agent Wendy Heller Law at the following address: 1800 Century Park East, Suite 400, Los Angeles, CA 90067.

**7.1570** Defendant, **Searchlight Pictures**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Bldg 38, 1st Fl., Los Angeles, CA 90035.

**7.1571** Defendant, **Ontario Creates**, is a business entity and may be served with process at the following address: 175 Bloor Street E, Suite 501, Toronto, ON M4W 3R8, Canada.

**7.1572** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

## ANTLERS

**7.1573** Defendant, **Scott Cooper**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1574** Defendant, **Henry Chaisson**, may be served with process by serving its representative agent Ginsburg, Daniels, & Kallis at the following address: The Gardner Building, 10534 West Pico Blvd, Los Angeles, CA 90064.

**7.1575** Defendant, **Nick Antosca**, may be served with process by serving its representative agent Ginsburg, Daniels, & Kallis at the following address: The Gardner Building, 10534 West Pico Blvd, Los Angeles, CA 90064.

**7.1576** Defendant, **J. Miles Dale**, may be served with process by serving its representative agent Wendy Heller Law at the following address: 1800 Century Park East, Suite 400, Los Angeles, CA 90067.

**7.1577** Defendant, **Guillermo del Toro**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1578** Defendant, **David S. Goyer**, may be served with process by serving its representative agent Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1579** Defendant, **Phantom Four Films**, may be served with process along with David S. Goyer.

**7.1580** Defendant, **Searchlight Pictures**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Bldg 38, 1st Fl., Los Angeles, CA 90035.

## DEATH ON THE NILE

**7.1581** Defendant, **Kenneth Branagh**, may be served with process by serving its representative agent Gochman Law Group at the following address: 9100 Wilshire Blvd., Suite 312E, Beverly Hills, CA 90212.

**7.1582** Defendant, **Michael Green**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1583** Defendant, **Ridley Scott**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1584** Defendant, **Scott Free Productions**, may be served with process along with Ridley Scott.

**7.1585** Defendant, **Kevin J. Walsh**, may be served with process by serving its representative agent Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1586** Defendant, **20th Century Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

**7.1587** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

**7.1588** Defendant, **Genre Films/ Kinberg Genre**, is a business entity and may be served with process at the following address: 959 Seward St., Suite #309, Los Angeles, CA 90038.

**7.1589** Defendant, **The Mark Gordon Company**, is a business entity and may be served with process at the following address: 1447 Cloverfield Blvd., Ste 200, Santa Monica, CA 90404.

## OUR FLAG MEANS DEATH

**7.1590** Defendant, **David Jenkins**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1591** Defendant, **Taika Waititi**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

## THE KING'S MAN

**7.1592** Defendant, **Matthew Vaughn**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1593** Defendant, **Karl Gajdusek**, may be served with process by serving its representative agent Kleinberg, Lange, Cuddy, & Carlo at the following address: 1801 Century Park East, 24th Floor, Los Angeles, CA 90067.

**7.1594** Defendant, **David Reid**, may be served with process by serving its representative agent United Talent Agency at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1595** Defendant, **Marv Films**, is a business entity and may be served with process at the following address: 11 Portland Mews, London W1F 8JL, United Kingdom.

**7.1596** Defendant, **20th Century Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

## THE BATMAN

**7.1597** Defendant, **Matt Reeves**, may be served with process by serving its representative agent Jackoway, Austen, Tyerman, Wertheimer, Mandelbaum, Morris, Bernstein, Trattner, & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1598** Defendant **6th & Idaho Productions** may be served with process along with Matt Reeves.

**7.1599** Defendant, **Peter Craig**, may be served with process by serving its representative agent Grandview at the following address: 7122 Beverly Blvd., Ste. F, Los Angeles, CA 90036.

**7.1600** Defendant, **Dylan Clark**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1601** Defendant, **Dylan Clark Productions**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

**7.1602** Defendant, **Warner Bros.**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Building 76, Burbank, CA 91522.

**7.1603** Defendant, **DC Entertainment**, is a business entity and may be served with process at the following address: 2900 West Alameda Avenue, Burbank, CA 91505.

## THE GILDED AGE

**7.1604** Defendant, **Julian Fellowes**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**7.1605** Defendant, **Universal Television**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

## THE SURVIVOR

**7.1606** Defendant, **Barry Levinson**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1607** Defendant, **Justine Juel Gillmer**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1608** Defendant, **Aaron L. Gilbert**, may be served with process by serving its representative agent BRON Studios at the following address: 345 N. Maple Drive, Suite 294, Beverly Hills, CA 90210.

**7.1609** Defendant, **BRON Studios**, is a business entity and may be served with process at the following address: 345 N. Maple Drive, Suite 294, Beverly Hills, CA 90210.

**7.1610** Defendant, **Matti Leshem**, may be served with process by serving its representative agent New Mandate Films at the following address: 533 Norwich Drive, West Hollywood, CA 90048.

**7.1611** Defendant, **New Mandate Films**, is a business entity and may be served with process at the following address: 533 Norwich Drive, West Hollywood, CA 90048.

**7.1612** Defendant, **Jason Sosnoff**, may be served with process at the following address: Baltimore Pictures, 8306 Wilshire Blvd, PMB 1012, Beverly Hills, CA 90211.

**7.1613** Defendant, **Creative Wealth Media Finance**, is a business entity and may be served with process at the following address: 151 Bloor Street West, Suite 700, Toronto, ON M5S1S4.

**7.1614** Defendant, **Home Box Office (HBO)**, is a business entity and may be served with process at the following address: 2500 Broadway, Ste 400, Santa Monica, CA 90404.

**7.1615** Defendant, **Pioneer Stilking Films**, is a business entity and may be served with process at the following address: Molnar Utca 53, Budapest H-1056, Hungary.

## DC LEAGUE OF SUPER-PETS

**7.1616** Defendant, **Jared Stern**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1617** Defendant **A Stern Talking To** can be served with process along with Jared Stern.

**7.1618** Defendant, **Sam J. Levine**, may be served with process by serving its representative agent Industry Entertainment at the following address: 955 South Carrillo Dr., Ste. 300, Los Angeles, CA 90048.

**7.1619** Defendant, **John Whittington**, may be served with process by serving its representative agent McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1620** Defendant, **Hiram Garcia**, may be served with process by serving its representative agent Jonesworks: 9301 Wilshire Blvd, Suite #504, Beverly Hills, CA 90210

**7.1621** Defendant, **Dany Garcia**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman: 132 S. Rodeo Dr., Beverly Hills, CA 90212

**7.1622** Defendant, **Dwayne Johnson**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman: 132 S. Rodeo Dr., Beverly Hills, CA 90212

**7.1623** Defendant **Seven Bucks Productions** can be served with notice of process along with Dany Garcia or Dwayne Johnson.

**7.1624** Defendant, **DC Entertainment**, is a business entity and may be served with process at the following address: 2900 West Alameda Avenue, Burbank, CA 91505

**7.1625** Defendant, **Warner Animation Group**, is a business entity and may be served with process at the following address: 411 N. Hollywood Way, Burbank, CA 91505.

## ZOOTOPIA

**7.1626** Defendant, **Rich Moore**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1627** Defendant, **Jared Bush**, may be served with process by serving its representative agent McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1628** Defendant, **Phil Johnston**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1629** Defendant, **Jennifer Lee**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1630** Defendant, **Byron Howard**, may be served with process at the following address: Walt Disney Pictures, 2100 Riverside Dr, Burbank, CA 91506.

**7.1631** Defendant, **Jim Reardon**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1632** Defendant, **Josie Trinidad**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1633** Defendant, **Clark Spencer**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1634** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**7.1635** Defendant, **Walt Disney Animation Studios**, is a business entity and may be served with process at the following address: 2100 Riverside Dr, Burbank, CA 91506.

## RAYA AND THE LAST DRAGON

**7.1636** Defendant, **Carlos López Estrada**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1637** Defendant, **Qui Nguyen**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1638** Defendant, **Adele Lim**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1639** Defendant, **Don Hall**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1640** Defendant, **Paul Briggs**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1641** Defendant, **John Ripa**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1642** Defendant, **Kiel Murray**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1643** Defendant, **Dean Wellins**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1644** Defendant, **Peter Del Vecho**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1645** Defendant, **Osnat Shurer**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1646** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**7.1647** Defendant, **Walt Disney Animation Studios**, is a business entity and may be served with process at the following address: 2100 Riverside Dr, Burbank, CA 91506.

## CRUELLA

**7.1648** Defendant, **Craig Gillespie**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1649** Defendant, **Dana Fox**, may be served with process by serving its representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1650** Defendant, **Tony McNamara**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1651** Defendant, **Aline Brosh McKenna**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1652** Defendant, **Kelly Marcel**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1653** Defendant, **Steve Zissis**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1654** Defendant, **Marc Platt**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1655** Defendant, **Marc Platt Productions**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Bungalow 5163, Universal City, CA 91608.

**7.1656** Defendant, **Andrew Gunn**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1657** Defendant, **Gunn Films**, is a business entity and may be served with process at the following address: 500 S Buena Vista St, Old Animation Bldg., Burbank, CA 91521

**7.1658** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**7.1659** Defendant, **Abbey Road Studios**, is a business entity and may be served with process at the following address: 3 Abbey Rd, St. Johns Wood, London NW8 9AY, UK.

## LUCA

**7.1660** Defendant, **Jesse Andrews**, may be served with process by serving its representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1661** Defendant, **Simon Stephenson**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1662** Defendant, **Mike Jones**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1663** Defendant, **Andrea Warren**, may be served with process at the following address: Pixar Animation Studios, 1200 Park Ave, Emeryville, CA 94608.

**7.1664** Defendant, **Enrico Casarosa**, may be served with process at the following address: Pixar Animation Studios, 1200 Park Ave, Emeryville, CA 94608.

**7.1665** Defendant, **Pixar Animation Studios**, is a business entity and may be served with process at the following address: 1200 Park Ave, Emeryville, CA 94608.

**7.1666** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

## BLACK WIDOW

**7.1667** Defendant, **Cate Shortland**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1668** Defendant, **Eric Pearson**, may be served with process by serving its representative agent David Colden A Professional Corporation at the following address: 141 El Camino, Drive, Suite 100, Beverly Hills, CA 90212.

**7.1669** Defendant, **Jac Schaeffer**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1670** Defendant, **Kevin Feige**, may be served with process at the following address: Marvel Studios, 500 S Buena Vista St, Burbank, CA 91521.

**7.1671** Defendant, **Sarah Finn**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1672** Defendant, **Marvel Studios**, is a business entity and may be served with process at the following address: 500 S Buena Vista St, Burbank, CA 91521.

## SHANG-CHI AND THE LEGEND OF THE TEN RINGS

**7.1673** Defendant, **Destin Daniel Cretton**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1674** Defendant, **Dave Callaham**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1675** Defendant, **Andrew Lanham**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1676** Defendant, **Kevin Feige**, may be served with process at the following address: Marvel Studios, 500 S Buena Vista St, Burbank, CA 91521.

**7.1677** Defendant, **Jonathan Schwartz**, may be served with process at the following address: Marvel Studios at the following address: 500 S Buena Vista St, Burbank, CA 91521.

**7.1678** Defendant, **Sarah Finn**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1679** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**7.1680** Defendant, **Marvel Studios**, is a business entity and may be served with process at the following address: 500 S Buena Vista St, Burbank, CA 91521.

## FREE GUY

**7.1681** Defendant, **Shawn Levy**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1682** Defendant, **Matt Lieberman**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1683** Defendant, **Zak Penn**, may be served with process by serving its representative agent McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1684** Defendant, **Greg Berlanti**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1685** Defendant, **Adam Kolbrenner**, may be served with process by serving its representative agent Lit Entertainment Group at the following address: 345 North Maple Drive, Ste. 202, Beverly Hills, CA 90210.

**7.1686** Defendant, **Ryan Rodney Reynolds**, may be served with process at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067

**7.1687** Defendant, **Sarah Schechter**, may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

**7.1688** Defendant, **Berlanti Productions**, is a business entity and may be served with process at the following address: 4000 Warner Blvd, Burbank, CA 91522.

**7.1689** Defendant, **Maximum Effort**, is a business entity and may be served with process at the following address: 10201 West Pico Blvd, Los Angeles, CA.

**7.1690** Defendant, **21 Laps Entertainment**, is a business entity and may be served with process at the following address: 10201 West Pico Blvd, Los Angeles, CA.

**7.1691** Defendant, **20th Century Studios**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90064.

**7.1692** Defendant, **Lit Entertainment Group**, is a business entity and may be served with process at the following address: 345 North Maple Drive, Ste. 202, Beverly Hills, CA 90210.

**7.1693** Defendant, **TSG Entertainment**, is a business entity and may be served with process at the following address: 1441 Broadway, Suite 2301, New York, NY 10018.

## ETERNALS

**7.1694** Defendant, **Chloé Zhao**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1695** Defendant, **Patrick Burleigh**, may be served with process by serving its representative agent Kopeikin Law P.C. at the following address: 315 S Beverly Dr, Ste 210, Beverly Hills, CA 90212.

**7.1696** Defendant, **Ryan Firpo**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1697** Defendant, **Kaz Firpo**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1698** Defendant, **Kevin Feige**, may be served with process at the following address: Marvel Studios, 500 S Buena Vista St, Burbank, CA 91521.

**7.1699** Defendant, **Juan Cano Nono**, may be served with process at the following address: San Juan Bautista,10 bajo, 38002 Santa Cruz de Tenerife, Spain.

**7.1700** Defendant, **Andreas Wentz**, may be served with process at the following address: San Juan Bautista,10 bajo, 38002 Santa Cruz de Tenerife, Spain.

**7.1701** Defendant, **Sarah Finn**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1702** Defendant, **Marvel Studios**, is a business entity and may be served with process at the following address: 500 S Buena Vista St, Burbank, CA 91521.

## ENCANTO

**7.1703** Defendant, **Jared Bush**, may be served with process by serving its representative agent McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1704** Defendant, **Byron Howard**, may be served with process at the following address: Walt Disney Animations, 2100 Riverside Dr, Burbank, CA 91506.

**7.1705** Defendant, **Charise Castro**, may be served with process by serving its representative agent Smith, McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1706** Defendant, **Yvett Merino**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1707** Defendant, **Clark Spencer**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1708** Defendant, **Jason Hand**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1709** Defendant, **Nancy Kruse**, may be served with process at the following address: Walt Disney Animation Studios, 2100 Riverside Dr, Burbank, CA 91506.

**7.1710** Defendant, **Lin-Manuel Miranda**, may be served with process by serving its representative agent Schreck, Rose, Dapello, Adams, Berlin, & Dunham at the following address: 888 7th Avenue, 19th Floor, New York, NY 10106.

**7.1711** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**7.1712** Defendant, **Walt Disney Animation Studios**, is a business entity and may be served with process at the following address: 2100 Riverside Dr, Burbank, CA 91506.

## TURNING RED

**7.1713** Defendant, **Domee Shi**, may be served with process at the following address: Pixar Animation Studios, 500 N. Buena Vista St, Burbank, CA 91505.

**7.1714** Defendant, **Lindsey Collins**, may be served with process at the following address: Pixar Animation Studios, 500 N. Buena Vista St, Burbank, CA 91505.

**7.1715** Defendant, **Julia Cho**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1716** Defendant, **Sarah Streicher**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1717** Defendant, **Pixar Animation Studios**, is a business entity and may be served with process at the following address: 500 N. Buena Vista St, Burbank, CA 91505.

**7.1718** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

## WAYNE

**7.1719** Defendant, **Shawn Simmons**, may be served with process by serving its representative agent Capital Creations at the following address: 6100 Wilshire Blvd, #575, Los Angeles, CA 90036.

**7.1720** Defendant, **Greg Coolidge**, may be served with process by serving its representative agent Cohen & Gardner at the following address: 345 N. Maple Drive, Suite 181, Beverly Hills, CA 90210.

**7.1721** Defendant, **Kirk Ward**, may be served with process by serving its representative agent Cohen & Gardner at the following address: 345 N. Maple Drive, Suite 181, Beverly Hills, CA 90210.

**7.1722** Defendant, **Endeavor Content**, is a business entity and may be served with process at the following address: 9601 Wilshire Blvd., Beverly Hills, CA 90210.

**7.1723** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica, CA 90404

## GUAVA ISLAND

**7.1724** Defendant, **Donald Glover**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1725** Defendant, **Stephen Glover**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1726** Defendant, **Ibra Ake**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1727** Defendant, **Jamal Olori**, may be served with process by serving its representative agent Ginsburg, Daniels, & Kallis at the following address: The Gardner Building, 10534 West Pico Blvd, Los Angeles, CA 90064.

**7.1728** Defendant, **Carmen Cuba**, may be served with process at the following address: 846 N Cahuenga Blvd, Bldg A, Rm 200, Los Angeles, CA 90038.

**7.1729** Defendant, **Jennifer Roth**, may be served with process by serving its representative agent United Talent Agency at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1730** Defendant, **Hiro Murai**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1731** Defendant, **New Regency Productions**, is a business entity and may be served with process at the following address: 10201 W. Pico Blvd, Building 12, Los Angeles, CA 90035.

## KNIVES OUT

**7.1732** Defendant, **Rian Johnson**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1733** Defendant, **Ram Bergman**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1734** Defendant, **Lionsgate**, is a business entity and may be served with process at the following address: 2700 Colorado Ave, Suite 200, Santa Monica, CA 90404.

## UTOPIA

**7.1735** Defendant, **Gillian Flynn**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1736** Defendant, **Amazon Studios**, is a business entity and may be served with process at the following address: 9336 W. Washington Blvd., Culver City, CA 90232.

**7.1737** Defendant, **Endemol Shine North America**, is a business entity and may be served with process at the following address: 5161 Lankershim Blvd., Ste. 400, North Hollywood, CA 91601.

**7.1738** Defendant, **Endemol Shine UK**, is a business entity and may be served with process at the following address: The Shepherds Building, Charecroft Way, London, England W14 0EE, United Kingdom.

**7.1739** Defendant, **Kudos Film and Television**, is a business entity and may be served with process at the following address: 12-14 Amwell St, London EC1R 1UQ, England.

**7.1740** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica,, CA 90404.

## LEATHERHEADS

**7.1741** Defendant, **Duncan Brantley**, may be served with process by serving its representative agent The Gersh Agency at the following address: 9465 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212.

**7.1742** Defendant, **Rick Reilly**, may be served with process along with Duncan Brantley.

**7.1743** Defendant, **Grant Heslov**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1744** Defendant, **Smokehouse Pictures**, may be served with process along with Grant Heslov.

**7.1745** Defendant, **Casey Silver**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1746** Defendant, **Universal Pictures**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

**7.1747** Defendant, **Casey Silver Productions**, is a business entity and may be served with process at the following address: 506 Santa Monica Blvd, Ste 322, Santa Monica, CA 90401.

**7.1748** Defendant, **Outlaw Productions**, is a business entity and may be served with process at the following address: 11054 Cashmere St, Los Angeles, CA 90049.

## THE GRAND TOUR PRESENTS: LOCHDOWN

**7.1749** Defendant, **Expectation Entertainment**, is a business entity and may be served with process at the following address: 8b Ledbury Mews North, London W11 2AF, UK.

**7.1750** Defendant, **James May**, may be served with process by serving its representative agent CelebrityAgent at the following address: Connaught Square, London, LONDON W2 2BE, UK.

**7.1751** Defendant, **Richard Hammond**, may be served with process by serving its representative agent Ad Voice at the following address: 40 Whitfield Street, London, W1T 2RH, England.

**7.1752** Defendants **Jeremy Clarkson**, **Phil Churchward**, **Andy Wilman**, **James May**, and **Richard Hammond** may be served with process along with Expectation Entertainment and Amazon Prime Video.

**7.1753** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica, CA 90404.

## WITHOUT REMORSE

**7.1754** Defendant, **Stefano Sollima**, may be served with process by serving its representative agent Brillstein Entertainment Partners at 9150 Wilshire Blvd., Ste. 350, Beverly Hills, CA 90212.

**7.1755** Defendant, **Taylor Sheridan**, may be served with process by serving its representative agent Meyer & Downs at the following address: 315 S. Beverly Drive, Suite 206, Beverly Hills, CA 90212.

**7.1756** Defendant, **Will Staples**, may be served with process by serving its representative Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1757** Defendant, **Josh Appelbaum**, may be served with process by serving its representative Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1758** Defendant, **Akiva Goldsman**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1759** Defendant, **Weed Road Pictures**, may be served with process along with Akiva Goldsman.

**7.1760** Defendant, **Michael B. Jordan**, may be served with process by serving its representative agent Johnson, Shapiro, Slewett, & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1761** Defendant, **André Nemec**, may be served with process by serving its representative Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1762** Defendant, **Midnight Radio**, may be served with process along with Andre Nemec and/or Josh Appelbaum.

**7.1763** Defendant, **Paramount Pictures**, is a business entity and may be served with process at the following address: 5555 Melrose Avenue, Los Angeles, CA 90038.

**7.1764** Defendant, **Skydance Media**, is a business entity and may be served with process at the following address: 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1765** Defendant, **New Republic Pictures**, is a business entity and may be served with process at the following address: 709 N. Gardner Street, Los Angeles, CA 91604.

**7.1766** Defendant, **Outlier Society**, is a business entity and may be served with process at the following address: 1661 Lincoln Boulevard, 4th Floor, Santa Monica, CA 90404. Outlier Society may also be served with process along with Michael B. Jordan.

**7.1767** Defendant, **Amazon Studios**, is a business entity and may be served with process at the following address: 9336 W. Washington Blvd., Culver City, CA 90232.

**7.1768** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica,, CA 90404.

## THE TOMORROW WAR

**7.1769** Defendant, **Zach Dean**, may be served with process by serving its representative agent Frankfurt, Kurnit, Klein, & Selz at the following address: 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

**7.1770** Defendant, **Chris McKay**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1771** Defendant, **David Ellison**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1772** Defendant, **David S. Goyer**, may be served with process by serving its representative agent Bloom, Hergott, Diemer, Rosenthal, Laviolette, & Feldman Christopher at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1773** Defendant, **Dana Goldberg**, may be served with process at the following address: Skydance Media at the following address: 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1774** Defendant, **Don Granger**, may be served with process at the following address: Skydance Media at the following address: 2900 Olympic Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1775** Defendant, **Adam Kolbrenner**, may be served with process at the following address: Lit Entertainment Group at the following address: 345 North Maple Drive, Ste. 202, Beverly Hills, CA 90210.

**7.1776** Defendant, **Lit Entertainment Group**, is a business entity and may be served with process at the following address: 345 North Maple Drive, Ste. 202, Beverly Hills, CA 90210.

**7.1777** Defendant, **Paramount Pictures**, is a business entity and may be served with process at the following address: 5555 Melrose Avenue, Los Angeles, CA 90038.

**7.1778** Defendant, **New Republic Pictures**, is a business entity and may be served with process at the following address: 709 N. Gardner Street, Los Angeles, CA 91604.

**7.1779** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica, CA 90404

## JOLT

**7.1780** Defendant, **Scott Wascha**, may be served with process by serving its representative agent McKuin, Frankel, & Whitehead at the following address: 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1781** Defendant, **Tanya Wexler**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1782** Defendant, **David Bernardi**, may be served with process by serving its representative agent Millennium Media at the following address: 6423 Wilshire Blvd, Los Angeles, CA 90048.

**7.1783** Defendant, **Millennium Media**, is a business entity and may be served with process at the following address: 6423 Wilshire Blvd, Los Angeles, CA 90048.

**7.1784** Defendant, **Eclectic Pictures**, is a business entity and may be served with process at the following address: 8033 West Sunset Boulevard, Ste 867, West Hollywood, CA 90046.

**7.1785** Defendant, **Campbell Grobman Films**, is a business entity and may be served with process at the following address: 9461 Charleville Blvd, #301, Beverly Hills, CA 90212.

**7.1786** Defendant, **Busted Shark Productions**, is a business entity and may be served with process at the following address: 450 North Roxbury Drive, Floor 8, Beverly Hills, CA 90210.

**7.1787** Defendant, **Sherryl Clark**, may be served with process by serving its representative agent Holmes Weinberg, PC at the following address: 30765 Pacific Coast Highway Suite 411, Malibu, CA 90265.

**7.1788** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica, CA 90404

**7.1789** Defendant, **Kate Beckinsale**, may be served with process by serving its representative agent Kleinberg Lange Cuddy & Carlo at the following address: 1801 Century Park East, 24th Floor, Los Angeles, CA 90067.

## TENDER BAR

**7.1790** Defendant, **William Monahan**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1791** Defendant, **Grant Heslov**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1792** Defendant, **Smokehouse Pictures**, may be served with process along with Grant Heslov.

**7.1793** Defendant, **Big Indie Pictures**, is a business entity and may be served with process at the following address: 214 W 39th Street, Suite 902, New York, NY 10018.

**7.1794** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica, CA 90404.

## REACHER

**7.1795** Defendant, **Nick Santora**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1796** Defendant, **Blackjack Films Inc.**, is a business entity and may be served with process at the following address: 3835 E. Thousand Oaks Blvd, UNIT 110R, Westlake Village, CA 91362. Blackjack Films Inc. may also be served with process along with Nick Santora.

**7.1797** Defendant, **Cait Duffy**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1798** Defendant, **Scott Sullivan**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1799** Defendant, **Paramount Television**, is a business entity and may be served with process at the following address: 5555 Melrose Avenue, Los Angeles, CA 90038.

**7.1800** Defendant, **Skydance Television**, is a business entity and may be served with process at the following address: 1661 Lincoln Blvd., 4th Floor, Santa Monica, CA 90404.

**7.1801** Defendant, **Amazon Studios**, is a business entity and may be served with process at the following address: 9336 W. Washington Blvd., Culver City, CA 90232.

**7.1802** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica,, CA 90404.

## THE TERMINAL LIST

**7.1803** Defendant, **David DiGilio**, may be served with process by serving its representative agent Leslie Maskin of Circle of Confusion at the following address: 8931 Ellis Avenue, Los Angeles, CA 90034.

**7.1804** Defendant, **Frederick E.O. Toye**, may be served with process by serving its representative agent Nancy Etz of Creative Artist Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1805** Defendant, **Sylvain White**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1806** Defendant, **M.J. Bassett**, may be served with process by serving its representative agent Felker, Toczek, Suddleson, Abramson, McGinnis, & Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1807** Defendant, **Antoine Fuqua**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1808** Defendant, **Hill District Media**, may be served with process along with Antoine Fuqua.

**7.1809** Defendant, **Tucker Gates**, may be served with process by serving its representative agent Frank Frattaroli of Circle of Confusion at the following address: 8931 Ellis Avenue, Los Angeles, CA 90034.

**7.1810** Defendant, **Tolu Awosika**, may be served with process by serving its representative agent Eclipse Law at the following address: 144 S. Beverly Dr., Suite 300, Beverly Hills, CA 90212.

**7.1811** Defendant, **Olumide Odebunmi**, may be served with process by serving its representative agent Eclipse Law at the following address: 144 S. Beverly Dr., Suite 300, Beverly Hills, CA 90212.

**7.1812** Defendant, **Ellen Kuras**, may be served with process by serving its representative agent Abby Glusker of United Talent Agency at the following address: UTA Plaza, 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1813** Defendant, **Hennah Sekander**, may be served with process by serving its representative agent Jessica Kantor of United Talent Agency at the following address: UTA Plaza, 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1814** Defendant, **Chris Pratt**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1815** Defendant, **Indivisible Productions**, may be served with process along with Chris Pratt.

**7.1816** Defendant, **Kat Samick**, may be served with process at the following address: Hill District Media, 12424 Wilshire Blvd., Los Angeles, CA 90025.

**7.1817** Defendant, **Max Adams**, may be served with process by serving its representative agent MARKS Law Group at the following address: 9800 Wilshire Boulevard, Beverly Hills, CA 90212.

**7.1818** Defendant, **Ronald Cosmo Vecchiarelli**, may be served with process along with Amazon Studios.

**7.1819** Defendant, **Amazon Studios**, is a business entity and may be served with process at the following address: 9336 W. Washington Blvd., Culver City, CA 90232.

**7.1820** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica,, CA 90404.

## WRATH OF MAN

**7.1821** Defendant, **Guy Ritchie**, may be served with process by serving its representative agent Matthew Saver Law Offices at the following address: 269 S. Beverly Dr, Suite 330, Beverly Hills, CA 90212.

**7.1822** Defendant, **Marn Davies**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1823** Defendant, **Bill Block**, may be served with process by serving its representative agent Reed Smith at the following address: 599 Lexington Avenue, New York, NY 10022.

**7.1824** Defendant, **Metro-Goldwyn-Mayer ("MGM")**, is a business entity and may be served with process at the following address: 245 N. Beverly Drive, Beverly Hills, CA 90210.

**7.1825** Defendant, **Miramax**, is a business entity and may be served with process at the following address: 1901 Avenue of The Stars, Los Angeles, CA 90067.

## THE LOST CITY

**7.1826** Defendant, **Aaron Nee**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1827** Defendant, **Oren Uziel**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1828** Defendant, **Dana Fox**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1829** Defendant, **Seth Gordon**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1830** Defendant, **Exhibit A**, may be served with process along with Seth Gordon.

**7.1831** Defendant, **Sandra Bullock**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1832** Defendant, **Fortis Films**, may be served with process along with Sandra Bullock.

**7.1833** Defendant, **Liza Chasin**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1834** Defendant, **3dot Productions**, may be served with process along with Liza Chasin.

**7.1835** Defendant, **Paramount Pictures**, is a business entity and may be served with process at the following address: 5555 Melrose Avenue, Los Angeles, CA 90038.

## COPSHOP

**7.1836** Defendant, **Joe Carnahan**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1837** Defendant, **Frank Grillo**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1838** Defendant, **WarParty Films**, may be served with process along with Joe Carnahan and/or Frank Grillo.

**7.1839** Defendant, **Mark Williams**, may be served with process at the following address: Zero Gravity Management, 11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025.

**7.1840** Defendant, **Zero Gravity Management**, is a business entity and may be served with process at the following address: 11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025.

**7.1841** Defendant, **Gerard Butler**, may be served with process by serving its representative agent Alan Siegel Entertainment at the following address: 369 S. Doheny Dr., Ste. 1419, Beverly Hills, CA 90211.

**7.1842** Defendant, **G-BASE**, may be served with process along with Gerard Butler.

## THE 355

**7.1843** Defendant, **Simon Kinberg**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1844** Defendant, **Kelly Carmichael**, may be served with process at the following address: Freckle Films, 205 West 57th St, New York, NY 10019.

**7.1845** Defendant, **Jessica Chastain**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1846** Defendant, **Universal Pictures**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

**7.1847** Defendant, **FilmNation Entertainment**, is a business entity and may be served with process at 430 Sunset Blvd., Suite 1025, Los Angeles, CA 90028

## THE OUTFIT

**7.1848** Defendant, **Graham Moore**, may be served with process by serving its representative agent Felker Toczek Suddleson Abramson McGinnis Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1849** Defendant, **Johnathan McClain**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1850** Defendant, **Ben Browning**, may be served with process at the following address: 9665 Wilshire Blvd., Ste 500, Los Angeles, CA 90212.

**7.1851** Defendant, **FilmNation Entertainment**, is a business entity and may be served with process at 430 Sunset Blvd., Suite 1025, Los Angeles, CA 90028

**7.1852** Defendant, **Focus Features**, is a business entity and may be served with process at 100 Universal City Plaza, Bldg 2160, Suite 7C, Universal City, CA 91608.

## AMBULANCE

**7.1853** Defendant, **Michael Bay**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1854** Defendant, **Chris Fedak**, may be served with process by serving its representative agent Bloom Hergott Diemer Rosenthal Laviolette & Feldman at the following address: 150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

**7.1855** Defendant, **Ian Bryce**, may be served with process at the following address: 14331 Ventura Blvd., #1000, Sherman Oaks, CA 91423.

**7.1856** Defendant, **Bradley J. Fischer**, may be served with process by serving its representative agent Gang, Tyre, Ramer, Brown & Passman at the following address: 132 S. Rodeo Dr., Beverly Hills, CA 90212.

**7.1857** Defendant, **William Sherak**, may be served with process by serving its representative agent McKuin Frankel Whitehead at 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1858** Defendant, **James Vanderbilt**, may be served with process by serving its representative agent McKuin Frankel Whitehead at 141 El Camino Drive, Suite 100, Beverly Hills, CA 90212.

**7.1859** Defendant, **Project X Entertainment**, may be served with process along with William Sherak and/ or James Vanderbilt.

**7.1860** Defendant, **Bay Films**, is a business entity and may be served with process at the following address: 631 Colorado Ave, Santa Monica, CA 90401.

## THE BAD GUYS

**7.1861** Defendant, **Aaron Blabey**, may be served with process at the following address: 23679 Calabasas Road, # 625, Calabasas, CA 91302.

**7.1862** Defendant, **Etan Cohen**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1863** Defendant, **Hilary Winston**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1864** Defendant, **DreamWorks Animation**, is a business entity and may be served with process at the following address: 100 Universal City Plaza, Universal City, CA 91608.

**7.1865** Defendant, **Scholastic Entertainment**, is a business entity and may be served with process at the following address: 557 Broadway, New York, NY 10012.

## JOHN WICK

**7.1866** Defendant, **Chad Stahelski**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1867** Defendant, **Derek Kolstad**, may be served with process by serving its representative agent Behr Abramson Levy Johnson at the following address: 9696 Wilshire Blvd, Third Floor, Beverly Hills, CA 90212.

**7.1868** Defendant, **Basil Iwanyk**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1869** Defendant, **David Leitch**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1870** Defendant, **Eva Longoria**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

## I FEEL PRETTY

**7.1871** Defendant, **Abby Kohn**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1872** Defendant, **Marc Silverstein**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1873** Defendant, **Alissa Phillips**, may be served with process by serving its representative agent Tricarico Chavez at the following address: 325 North Maple Dr, Suite 5490, Beverly Hills, CA 90210.

**7.1874** Defendant, **Dominic Rustam**, may be served with process at the following address: 7175 Willoughby Avenue, Los Angeles, CA 90046.

**7.1875** Defendant, **Amy Schumer**, may be served with process by serving its representative agent Schreck, Rose, Dapello, Adams, Berlin, & Dunham at the following address: 888 7th Avenue, 19th Floor, New York, NY 10106.

## PEPPERMINT

**7.1876** Defendant, **Pierre Morel**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1877** Defendant, **Chad St. John**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1878** Defendant, **Gary Lucchesi**, may be served with process by serving its representative agent Benun Law at the following address: 12400 Wilshire Blvd., Suite 400, Los Angeles, CA 90025.

**7.1879** Defendant, **Richard S. Wright**, may be served with process by serving its representative agent Benun Law at the following address: 12400 Wilshire Blvd., Suite 400, Los Angeles, CA 90025.

**7.1880** Defendant, **STX Films**, is a business entity and may be served with process at the following address: 3900 West Alameda Ave., Fl 32, Burbank CA 91505.

**7.1881** Defendant, **Lakeshore Entertainment**, is a business entity and may be served with process at the following address: 9268 W Third St, Swanson Bldg, Beverly Hills, California 90210.

## PALM SPRINGS

**7.1882** Defendant, **Max Barbakow**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1883** Defendant, **Andy Siara**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1884** Defendant, **Andy Samberg**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1885** Defendant, **Akiva Schaffer**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1886** Defendant, **Dylan Sellers**, may be served with process by serving its representative agent Behr Abramson Levy Johnson at the following address: 9696 Wilshire Blvd, Third Floor, Beverly Hills, CA 90212.

**7.1887** Defendant, **Jorma Taccone**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**JOE BELL**

**7.1888** Defendant, **Reinaldo Marcus Green**, may be served with process by serving its representative agent Granderson Des Rochers at the following address: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.1889** Defendant, **Diana Ossana**, may be served with process by serving its representative agent Thorne & Company at the following address: 1801 Century Park East 12th Floor, Los Angeles, CA 90067.

**7.1890** Defendant, **Eva Maria Daniels**, may be served with process by serving its representative agent Sloss, Eckhouse, Dasti, Haynes, & Law Coat the following address: 555 West 25th Street, 4th Floor, New York, NY 10001.

**7.1891** Defendant, **Cary Joji Fukunaga**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1892** Defendant, **Roadside Attractions**, is a business entity and may be served with process at the following address: 7920 Sunset Blvd, Suite 402, Los Angeles, CA 90046.

**STILLWATER**

**7.1893** Defendant, **Tom McCarthy**, may be served with process by serving its representative agent Frankfurt Kurnit Klein & Selz at the following address: 28 Liberty St., New York, NY 10005.

**7.1894** Defendant, **Marcus Hinchey**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1895** Defendant, **Thomas Bidegain**, may be served with process by serving its representative agent United Talent Agency at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

## DEEP WATER

**7.1896** Defendant, **Adrian Lyne**, may be served with process by serving its representative agent Gendler & Kelly at the following address: 450 N Roxbury Dr., Ste 1000, Beverly Hills, CA 90210.

**7.1897** Defendant, **Zach Helm**, may be served with process by serving its representative agent Hirsch, Wallerstein, Hayum, Matlof, and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1898** Defendant, **Sam Levinson**, may be served with process by serving its representative agent William Morris Endeavor Entertainment at the following address: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1899** Defendant, **Guymon Casady**, may be served with process by serving its representative agent Entertainment 360 at the following address: 10100 Santa Monica Blvd, Suite 2300, Los Angeles, CA 90210.

**7.1900** Defendant, **Arnon Milchan**, may be served with process at the following address: New Regency Productions, 10201 W. Pico Blvd, Building 12, Los Angeles, CA 90035.

## CYRANO

**7.1901** Defendant, **Joe Wright**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1902** Defendant, **Tim Bevan**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1903** Defendant, **Eric Fellner**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

## JOKES

**7.1904** Defendant, **J**, may be served with process by serving its representative agent __ at the following address: __.

**7.1905** Defendant, **T**, may be served with process by serving its representative agent __ at the following address: __.

## UNCHARTED

**7.1906** Defendant, **Ruben Fleischer**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1907** Defendant, **Rafe Judkins**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1908** Defendant, **Art Marcum**, may be served with process by serving its representative agent The Law Offices of Mark D. Bisgeier at the following address: C/O Bemel Ross & Avedon, 10880 Wilshire Blvd. Ste. 1000, Los Angeles, CA 90024.

**7.1909** Defendant, **Matt Holloway**, may be served with process by serving its representative agent The Law Offices of Mark D. Bisgeier at the following address: C/O Bemel Ross & Avedon, 10880 Wilshire Blvd. Ste. 1000, Los Angeles, CA 90024.

**7.1910** Defendant, **Charles Roven**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1911** Defendant, **Alex Gartner**, may be served with process at the following address: Atlas Entertainment, 9200 Sunset Blvd, 10th Fl, Los Angeles, CA 90069.

**7.1912** Defendant, **Ari Arad**, may be served with process at the following address: Arad Productions, 10203 Santa Monica Blvd 5, Los Angeles, CA 90067.

**7.1913** Defendant, **Avi Arad**, may be served with process at the following address: Arad Productions, 10203 Santa Monica Blvd 5, Los Angeles, CA 90067.

**7.1914** Defendant, **Arad Productions**, is a business entity and may be served with process at the following address: 10203 Santa Monica Blvd 5, Los Angeles, CA 90067.

## UPGRADE

**7.1915** Defendant, **Leigh Whannell**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1916** Defendant, **Jason Blum**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1917** Defendant, **Blumhouse Productions**, is a business entity and may be served with process at the following address: 2401 Beverly Blvd, Los Angeles, CA 90057.

## POKEMON: DETECTIVE PIKACHU

**7.1918** Defendant, **Rob Letterman**, may be served with process by serving its representative agent United Talent Agency at the following address: 9336 Civic Center Drive, Beverly Hills, CA 90210.

**7.1919** Defendant, **Dan Hernandez**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1920** Defendant, **Benji Samit**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1921** Defendant, **Derek Connolly**, may be served with process by serving its representative agent Ginsburg Daniels Kallis at the following address: 10534 West Pico Blvd, Los Angeles, CA 90064.

**7.1922** Defendant, **Cale Boyter**, may be served with process at the following address: Legendary Entertainment, 2900 W. Alameda Ave., 15th Floor, Burbank, CA 91505.

**7.1923** Defendant, **Mary Parent**, may be served with process by serving its representative agent Hirsch Wallerstein Hayum Matlof and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

## MONEY SHOT
**7.1924** Defendant, , .

## THE FEMALE BRAIN
**7.1925** Defendant, **Neal Brennan**, may be served with process by serving its representative agent Del Shaw Moonves Tanaka Finkelstein Lezcano Bobb & Dang at the following address: 2029 Century Park East, Ste 1750, Los Angeles, CA 90067.

**7.1926** Defendant, **Michael Roiff**, may be served with process at the following address: Night and Day Pictures, 527 West 7th Street, Suite 402, Los Angeles, CA 90014.

**7.1927** Defendant, **Night and Day Pictures**, is a business entity and may be served with process at the following address: 527 West 7th Street, Suite 402, Los Angeles, CA 90014.

**7.1928** Defendant, **Hyde Park International**, is a business entity and may be served with process at the following address: 15456 Ventura Boulevard, Suite 302, Sherman Oaks, CA 91403.

**7.1929** Defendant, **IFC Films**, is a business entity and may be served with process at the following address: 11 Penn Plaza, 15th Floor, New York, NY 10001.

## BREEDERS

**7.1930** Defendant, **FX Network**, is a business entity and may be served with process at the following address: 10201 W Pico Blvd, Los Angeles, CA 90035.

## CAN I TOUCH IT

**7.1931** Defendant, **All Things Comedy**, is a business entity and may be served with process at the following address: 1015 W. Isabel St, Burbank, CA 91506.

## UPLOAD

**7.1932** Defendant, **Greg Daniels**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1933** Defendant, **3 Arts Entertainment**, is a business entity and may be served with process at the following address: 9460 Wilshire Blvd., 7th Floor, Beverly Hills, CA 90212.

**7.1934** Defendant, **Amazon Studios**, is a business entity and may be served with process at the following address: 9336 W. Washington Blvd., Culver City, CA 90232.

**7.1935** Defendant, **Reunion Pacific Entertainment**, is a business entity and may be served with process at the following address: #200-2425 Quebec Street, Vancouver, BC V5T 4L6, Canada.

**7.1936** Defendant, **Amazon Prime Video**, is a business entity and may be served with process at the following address: 1620 26th Street # 4000n, Santa Monica,, CA 90404.

**TOP GUN: MAVERICK**

**7.1937** Defendant, **Peter Craig**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1938** Defendant, **Justin Marks**, may be served with process by serving its representative agent Lichter, Grossman, Nichols, Adler, Feldman & Clark at the following address: 9200 Sunset Boulevard, Suite 1200, West Hollywood, CA 90069.

**7.1939** Defendant, **Joseph Kosinski**, may be served with process by serving its representative agent Hirsch Wallerstein Hayum Matlof and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1940** Defendant, **Jerry Bruckheimer**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1941** Defendant, **Tom Cruise**, may be served with process by serving its representative agent Greenberg Glusker at the following address: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

**7.1942** Defendant, **David Ellison**, may be served with process by serving its representative agent Ziffren Brittenham at the following address: 1801 Century Park W, Los Angeles, CA 90067.

**7.1943** Defendant, **Christopher McQuarrie**, may be served with process by serving his representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1944** Defendant, **Ehren Kruger**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1945** Defendant, **Eric Warren Singer**, may be served with process by serving its representative agent Gochman Law Group at the following address: 9100 Wilshire Blvd., Suite 312E, Beverly Hills, CA 90212.

**7.1946** Defendant, **Jerry Bruckheimer Films**, is a business entity and may be served with process at the following address: 1631 Tenth St., Santa Monica, CA 90404.

**7.1947** Defendant, **Don Simpson/Jerry Bruckheimer Films**, is a business entity and may be served with process at the following address: 1631 Tenth St., Santa Monica, CA 90404.

## HOLLYWOOD

**7.1948** Defendant, **David Corenswet**, may be served with process at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1949** Defendant, **Darren Criss**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1950** Defendant, **Alexis Martin Woodall**, may be served with process by serving its representative agent Myman Greenspan Fox Rosenberg Mobasser Younger & Light at the following address: 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1951** Defendant, **Ian Brennan**, may be served with process by serving its representative agent Frankfurt Kurnit Klein & Selz at the following address: 28 Liberty St., New York, NY 10005.

**7.1952** Defendant, **Hernando Cortes Watson**, may be served with process by serving its representative agent Nelson Davis at the following address: 233 Wilshire Blvd, Ste 900, Santa Monica, CA 90401.

**7.1953** Defendant, **Janet Mock**, may be served with process by serving its representative agent Del, Shaw, Moonves, Tanaka, Finkelstein, Lezcano, Bobb, & Dang at the following address: 2029 Century Park East, Ste 1750, Los Angeles, CA 90067.

**7.1954** Defendant, **Daniel Minahan** , may be served with process by serving its representative agent Cowans, DeBates, Abrahams & Sheppard at the following address: 41 Madison Avenue, 38th Floor, New York, NY 10010.

**7.1955** Defendant, **Jessica Yu**, may be served with process at the following address: 8501 Washington Boulevard, Culver City, CA 90232.

**7.1956** Defendant, **Ryan Murphy**, may be served with process by serving its representative agent Paul Hastings at the following address: 515 S. Flower Street, 25th Floor, Los Angeles, CA 90071.

**7.1957** Defendant, **Ryan Murphy Productions**, is a business entity and may be served with process at the following address: 10201 W. Pico Blvd, Los Angeles, CA 90064.

**7.1958** Defendant, **Lou Eyrich**, may be served with process at the following address: 10250 Constellation Blvd, 35th Floor, Los Angeles, CA 90067.

**7.1959** Defendant, **Julie Herrin**, may be served with process by serving its representative agent Creative Artists Agency at the following address: 2000 Avenue of the Stars, Los Angeles, CA 90067.

**7.1960** Defendant, **Eryn Krueger Mekash**, may be served with process at the following address: 15134 Martha St, Sherman Oaks, CA 91411.

## QUEENPINS

**7.1961** Defendant, **Aron Gaudet**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1962** Defendant, **Gita Pullapilly**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1963** Defendant, **Nicholas Weinstock**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1964** Defendant, **Linda McDonough**, may be served with process at the following address: AGC Studios, 1680 Vine Street, Hollywood, CA 90028.

**7.1965** Defendant, **AGC Studios**, is a business entity and may be served with process at the following address: 1680 Vine Street, Hollywood, CA 90028.

**7.1966** Defendant, **Red Hour Films**, is a business entity and may be served with process at the following address: 629 N La Brea Ave, Los Angeles, CA 90036.

## LONG STORY SHORT

**7.1967** Defendant, **Josh Lawson**, may be served with process at the following address: 3330 Cahuenga Blvd, Suite 500, Los Angeles, CA 90068.

**7.1968** Defendant, **Jamie Hilton**, may be served with process at the following address: #1, 2 Bronte Marine Drive, Sydney, NSW, Australia.

**7.1969** Defendant, **Michael Pontin**, may be served with process at the following address: #1, 2 Bronte Marine Drive, Sydney, NSW, Australia.

**7.1970** Defendant, **See Pictures**, is a business entity and may be served with process at the following address: #1, 2 Bronte Marine Drive, Sydney, NSW, Australia.

**7.1971** Defendant, **StudioCanal**, is a business entity and may be served with process at the following address: 2220 Colorado Ave, Ste 210, Santa Monica, CA 90404.

**7.1972** Defendant, **Spectrum Films**, is a business entity and may be served with process at the following address: Fox Studios Australia, 38 Driver Ave, Bldg 53, Moore Park, NSW, Australia.

## KATE

**7.1973** Defendant, **Umair Aleem**, may be served with process by serving its representative agent MARKS Law Group at the following address: 9800 Wilshire Boulevard, Beverly Hills, CA 90212.

**7.1974** Defendant, **Cedric Nicolas-Troyan**, may be served with process by serving its representative agent Goodman, Genow, Schenkman, Smelkinson & Christopher at the following address: 9665 Wilshire Blvd, 5th Floor, Beverly Hills, CA 90212.

**7.1975** Defendant, **Kelly McCormick**, may be served with process by serving its representative agent Johnson Shapiro Slewett & Kole at the following address: 2049 Century Park East, Suite 1400, Los Angeles, CA 90067.

**7.1976** Defendant, **Patrick Newall**, may be served with process by serving its representative agent William Morris Endeavor Entertainment: 9601 Wilshire Blvd, Beverly Hills, CA 90210.

**7.1977** Defendant, **Bryan Unkeless**, may be served with process by serving its representative agent Felker Toczek Suddleson Abramson McGinnis Ryan at the following address: 1801 Century Park East, Suite 2000, Los Angeles, CA 90067.

**7.1978** Defendant, **Clubhouse Pictures**, may be served with process along with Bryan Unkeless.

**7.1979** Defendant, **87North**, is a business entity and may be served with process at the following address: 8711 Aviation Blvd., Los Angeles, CA 90045.

**7.1980** Defendant, **Screen Arcade**, is a business entity and may be served with process at the following address: 950 Nebraska Avenue, Santa Monica, CA 90404.

**MARRY ME**

**7.1981** Defendant, **Kat Coiro**, may be served with process by serving its representative agent Brecheen Feldman Breimer Silver & Thompson at the following address: 1925 Century Park East, Suite 2300, Los Angeles, CA 90067.

**7.1982** Defendant, **John Rogers**, may be served with process by serving its representative agent Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein at the following address: 1925 Century Park East, 22nd Floor, Los Angeles, CA 90067.

**7.1983** Defendant, **Tami Sagher**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1984** Defendant, **Harper Dill**, may be served with process by serving its representative agent Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush, Kaller, Gellman, Meigs & Fox at the following address: 450 N Roxbury Dr, 8th Fl, Beverly Hills, CA 90210.

**7.1985** Defendant, **Elaine Goldsmith-Thomas**, may be served with process by serving its representative agent Hirsch Wallerstein Hayum Matlof and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1986** Defendant, **Jennifer Lopez**, may be served with process by serving its representative agent Hirsch Wallerstein Hayum Matlof and Fishman at the following address: 10100 Santa Monica Blvd, Suite 1700, Los Angeles, CA 90067.

**7.1987** Defendant, **Nuyorican Productions**, may be served with process along with Jennifer Lopez.

## LOVE HARD

**7.1988** Defendant, **Daniel Mackey**, may be served with process by serving his representative agent Myman, Greenspan, Fox, Rosenberg, Mobasser, Younger, & Light at 11601 Wilshire Blvd, Ste 2200, Los Angeles, CA 90025.

**7.1989** Defendant, **Rebecca Ewing**, may be served with process by serving its representative agent Echo Lake Entertainment: 9696 Wilshire Blvd, 3rd Fl, Beverly Hills, CA 90212.

**7.1990** Defendant, **Hernan Jimenez**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.1991** Defendant, **Joseph McGinty Nichol**, may be served with process by serving its representative agent Sloane, Offer, Weber & Dern at the following address: 10100 Santa Monica Blvd, #750, Los Angeles, CA 90067.

**7.1992** Defendant, **Mary Viola**, may be served with process at the following address: Wonderland Sound and Vision, 8739 Sunset Blvd, West Hollywood, CA 90069.

**7.1993** Defendant, **Wonderland Sound and Vision**, is a business entity and may be served with process at the following address: 8739 Sunset Blvd, West Hollywood, CA 90069.

## MONTFORD

**7.1994** Defendant, **Chickasaw Nation Productions**, is a business entity and may be served with process at the following address: 165-115 N Broadway Ave, Ada, Oklahoma 74820.

**7.1995** Defendant, **Lucy Tennessee Cole**, may be served with process along with Chickasaw Nation Productions.

**7.1996** Defendant, **Paul Sirmons**, may be served with process at the following e-mail address: paulbiz8@aol.com. Additionally, Paul Sirmons may be served with process along with Chickasaw Nation Productions.

**7.1997** Defendant, **Nathan Frankowski**, may be served with process at the following e-mail address: filmstock@gmail.com. Additionally, Nathan Frankowski may be served with process along with Chickasaw Nation Productions.

## ONWARD

**7.1998** Defendant, **Dan Scanlon**, may be served with process at the following address: Pixar Animation Studios, 1200 Park Ave, Emeryville, CA 94608.

**7.1999** Defendant, **Keith Bunin**, may be served with process by serving its representative agent Schreck, Rose, Dapello, Adams, Berlin, & Dunham at the following address: 888 7th Avenue, 19th Floor, New York, NY 10106.

**7.2000** Defendant, **Jason Headley**, may be served with process by serving its representative agent Yorn, Levine, Barnes, Krintzman, Rubenstein, Kohner, Endlich & Gellman at the following address: 2000 Avenue of The Stars, 3rd Floor, North Tower, Los Angeles, CA 90067.

**7.2001** Defendant, **Kori Rae**, may be served with process at the following address: Pixar Animation Studios, 1200 Park Ave, Emeryville, CA 94608.

**7.2002** Defendant, **Pixar Animation Studios**, is a business entity and may be served with process at the following address: 1200 Park Ave, Emeryville, CA 94608.

**7.2003** Defendant, **Walt Disney Pictures**, is a business entity and may be served with process at the following address: 500 S. Buena Vista St., Burbank, CA 91506.

**WE OWN THIS CITY**

**7.2004** Defendant, **George Pelecanos**, may be served with process by serving its representative agent Thruline Entertainment at the following address: 9250 Wilshire Blvd, Ground Fl, Beverly Hills, CA 90212.

**7.2005** Defendant, **David Simon**, may be served with process by serving its representative agent Weintraub, Tobin, Chediak, Coleman, & Grodin at the following address: 10250 Constellation Blvd., Suite 2900, Los Angeles, CA 90067.

**7.2006** Defendant, **Reinaldo Marcus Green**, may be served with process by serving its representative agent Granderson Des Rochers at the following address: 150 S. Rodeo Drive, Beverly Hills, CA 90212.

**7.2007** Defendant, **Home Box Office (HBO)**, is a business entity and may be served with process at the following address: 2500 Broadway, Ste 400, Santa Monica, CA 90404.

**65**

**7.2008** Defendant, **Scott Beck**, may be served with process - info@beckwoods.com

**7.2009** Bryan Woods - info@beckwoods.com

**7.2010** Zainab Azizi – info@raimiproductions.com

**7.2011** Deborah Liebling – info@wif.org

**7.2012** Sam Raimi – info@raimiproductions.com

**7.2013** Nancy Nayor – nancy@nancynayorcasting.com

**7.2014** Dave Caplan

**7.2015** Jason Cloth

**7.2016** Suraj Maraboyina – suraj@maraboyina.com

**7.2017** Beck Woods - info@beckwoods.com

**7.2018** Bron Creative – 345 N. Maple Dr., Ste. 294, Beverly Hills, CA 90210

**7.2019** Raimi Productions – info@raimiproductions.com

**7.2020** Columbia Pictures – 10202 W. Washington Blvd. Culver City, CA 90232

**7.2021** Sony Pictures Entertainment – 10202 W. Washington Blvd. Culver City, CA 90232

## A MAN CALLED OTTO

**7.2022** Defendant, Marc Forster, may be served with process

**7.2023** David Magee

**7.2024** Gary Goetzman

**7.2025** Tom Hanks

**7.2026** Fredrik Wikström

**7.2027** Rita Wilson

**7.2028** Francine Maisler

**7.2029** Molly Rose

**7.2030** Columbia Pictures – 10202 W. Washington Blvd. Culver City, CA 90232

**7.2031** Sony Pictures Entertainment – 10202 W. Washington Blvd. Culver City, CA 90232

## AMERICAN ULTRA

**7.2032** Defendant, Max Landis, may be served with process

**7.2033** Defendant, Nima Nourizadeh, may be served with process

**7.2034** Defendant, David Alpert, may be served with process

**7.2035** Defendant, Anthony Bregman, may be served with process

**7.2036** Defendant, Kevin Scott Frakes, may be served with process

**7.2037** Defendant, Britton Rizzio, may be served with process

**7.2038** Defendant, Raj Brinder Singh, may be served with process

**7.2039** Defendant, Andrew Marcus, may be served with process

**7.2040** Defendant, Bill Pankow, may be served with process

**7.2041** Defendant, Jeanne McCarthy, may be served with process

**7.2042** Defendant, PalmStar, may be served with process

**7.2043** Defendant, FilmNation Entertainment, may be served with process

**7.2044** Defendant, Likely Story, may be served with process

**7.2045** Defendant, Circle of Confusion, may be served with process

**7.2046** Defendant, Merced Media Partners, may be served with process

**7.2047** Defendant, **Lionsgate**, may be served with process


**AMSTERDAM**

**7.2048** Defendant, Max Landis, may be served with process

**7.2049** David O. Russell

**7.2050** Christian Bale

**7.2051** Matthew Budman

**7.2052** Anthony Katagas

**7.2053** Arnon Milchan

**7.2054** Lindsay Graham

**7.2055** Mary Vernieu

**7.2056** 20th Century Studios


**AN AMERICAN PICKLE**

**7.2057** Defendant, Brandon Trost, may be served with process

**7.2058** Simon Rich

**7.2059** Evan Goldberg

**7.2060** Seth Rogen

**7.2061** James Weaver

**7.2062** Lisa Zeno Churgin

**7.2063** Francine Maisler


**ANDOR**

**7.2064** Defendant, Tony Gilroy, may be served with process

**7.2065** Tony Gilroy

**7.2066** Lucasfilm

**7.2067** Walt Disney


**ANT MAN**

**7.2068** Defendant, Peyton Reed, may be served with process

**7.2069** Edgar Wright

**7.2070** Joe Cornish

**7.2071** Adam McKay

**7.2072** Paul Rudd

**7.2073** Jack Kirby

**7.2074** Kevin Feige

**7.2075** Marvel Studios

**7.2076** Walt Disney Pictures


**ATLANTA**

**7.2077** Defendant, Donald Glover, may be served with process

**7.2078** FX Productions

**BABY DRIVER**

**7.2079** Defendant, Edgar Wright, may be served with process

**7.2080** Tim Bevan

**7.2081** Eric Fellner

**7.2082** Nira Park

**7.2083** Francine Maisler

**7.2084** TriStar Pictures

**7.2085** Sony Pictures Entertainment – 10202 W. Washington Blvd. Culver City, CA 90232

**BABYLON**

**7.2086** Defendant, Damien Chazelle, may be served with process

**7.2087** Olivia Hamilton

**7.2088** Marc Platt

**7.2089** Matthew Plouffe

**7.2090** Francine Maisler

**7.2091** Paramount Pictures

**BEAST**

**7.2092** Defendant, Baltasar Kormákur, may be served with process

**7.2093** Ryan Engle

**7.2094** James Lopez

**7.2095** Will Packer

**7.2096** Bonnie Lee Bouman

**7.2097** Universal Pictures

**7.2098** Peacock

**BLACK LIGHT**

**7.2099** Defendant, [Mark Williams](#), may be served with process

**7.2100** [Nick May](#)

**7.2101** [Brandon Reavis](#)

**7.2102** [Paul Currie](#)

**7.2103** [Allie Loh](#)

**7.2104** [Coco Xiaolu Ma](#)

**7.2105** [Myles Nestel](#)

**7.2106** [Zero Gravity Management](#) – 11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025

**BLACK PANTHER**

**7.2107** Defendant, [Ryan Coogler](#), may be served with process

**7.2108** [Joe Robert Cole](#)

**7.2109** [Kevin Feige](#)

**7.2110** [Debbie Berman](#)

**7.2111** [Michael P. Shawver](#)

**7.2112** [Sarah Finn](#)

**7.2113** [Marvel Studios](#)

**7.2114** [Walt Disney Studios Motion Pictures](#)

**BLACK PANTHER: WAKANDA FOREVER**

**7.2115** Defendant, [Ryan Coogler](#), may be served with process

**7.2116** [Joe Robert Cole](#)

**7.2117** [Kevin Feige](#)

**7.2118** [Sarah Finn](#)

**7.2119** [Marvel Studios](#)

**7.2120** [Walt Disney Studios Motion Pictures](#)

## BULLET TRAIN

**7.2121** Defendant, [David Leitch](#), may be served with process

**7.2122** [Zak Olkewicz](#)

**7.2123** [Antoine Fuqua](#)

**7.2124** [Kelly McCormick](#)

**7.2125** [87North](#) - 8711 Aviation Blvd., Los Angeles, CA 90045

**7.2126** [Columbia Pictures](#) - 10202 W Washington Blvd, Culver City, CA 90232

**7.2127** [Netflix](#)

## BUMBLEBEE

**7.2128** Defendant, [Christina Hodson](#), may be served with process

**7.2129** [Travis Knight](#)

**7.2130** [Michael Bay](#)

**7.2131** [Tom DeSanto](#)

**7.2132** [Lorenzo di Bonaventura](#)

**7.2133** [Don Murphy](#)

**7.2134** [Mark Vahradian](#)

**7.2135** [Bay Films](#)

**7.2136** [Paramount Pictures](#)

## CAPTAIN MARVEL

**7.2137** Defendant, [Max Landis](#), may be served with process

**7.2138** [Anna Boden](#)

**7.2139** Ryan Fleck

**7.2140** Geneva Robertson-Dworet

**7.2141** Nicole Perlman

**7.2142** Meg LeFauve

**7.2143** Kevin Feige

**7.2144** Sarah Finn

**7.2145** Marvel Studios

**7.2146** Walt Disney Studios Motion Pictures

**CONFESS, FLETCH**

**7.2147** Defendant, Greg Mottola, may be served with process

**7.2148** Zev Borow

**7.2149** Jon Hamm

**7.2150** Miramax

**7.2151** Paramount Global

**DJANGO UNCHAINED**

**7.2152** Defendant, Quentin Tarantino, may be served with process

**7.2153** The Weinstein Company

**7.2154** Columbia Pictures

**DOCTOR STRANGE**

**7.2155** Defendant, Max Landis, may be served with process

**7.2156** Jon Spaihts

**7.2157** Scott Derrickson

**7.2158** C. Robert Cargill

**7.2159** Kevin Feige

**7.2160** Sarah Finn

**7.2161** Marvel Studios

**7.2162** Walt Disney Studios Motion Pictures

**DR. STRANGE IN THE MULTIVERSE OF MADNESS**

**7.2163** Defendant, Sam Raimi, may be served with process

**7.2164** Michael Waldron

**7.2165** Kevin Feige

**7.2166** Sarah Finn

**7.2167** Marvel Studios

**7.2168** Walt Disney Studios Motion Pictures

**EMANCIPATION**

**7.2169** Defendant, Antoine Fuqua, may be served with process

**7.2170** Bill Collage

**7.2171** Todd Black

**7.2172** Joey McFarland

**7.2173** Jon Mone

**7.2174** Will Smith

**7.2175** Apple TV+

**END OF THE ROAD**

**7.2176** Defendant, Millicent Shelton, may be served with process

**7.2177** Christopher J. Moore

**7.2178** David Loughery

**7.2179** Mark Burg

**7.2180** Tracey E. Edmonds

**7.2181** Brad Kaplan

**7.2182** 42

**7.2183** Netflix

**ENOLA HOLMES 2**

**7.2184** Defendant, Harry Bradbeer, may be served with process

**7.2185** Jack Thorne

**7.2186** Millie Bobby Brown

**7.2187** Paige Brown

**7.2188** Alex Garcia

**7.2189** Ali Mendes

**7.2190** Mary Parent

**7.2191** Legendary Entertainment

**7.2192** Netflix

**EVERYTHING. EVERYWHERE. ALL AT ONCE.**

**7.2193** Defendant, Daniel Kwan, may be served with process

**7.2194** Daniel Scheinert

**7.2195** Virginie Besson-Silla

**7.2196** Daniel Kwan

**7.2197** Mike Larocca

**7.2198** Anthony Russo

**7.2199** Todd Makurath

**7.2200** A24 - 31 W. 27th Street, 11th Floor, New York, NY 10001

**FATHER STU**

**7.2201** Defendant, Rosalind Ross, may be served with process

**7.2202** Jordon Foss

**7.2203** Stephen Levinson

**7.2204** Mark Wahlberg

**7.2205** CJ Entertainment - 1600 Rosecrans Ave., Building 2B, Suite 300, Manhattan Beach, CA 90266

**7.2206** Columbia Pictures – 10202 W. Washington Blvd. Culver City, CA 90232

**7.2207** Sony Pictures Entertainment – 10202 W. Washington Blvd. Culver City, CA 90232

**GET OUT**

**7.2208** Defendant, Jordan Peele, may be served with process

**7.2209** Jason Blum

**7.2210** Edward H. Hamm Jr.

**7.2211** Sean McKittrick

**7.2212** Universal Pictures

**7.2213** Monkeypaw Productions

**GRAND ARMY**

**7.2214** Defendant, Katie Cappiello, may be served with process

**7.2215** Westward Productions - info@westward-productions.com - 11693 San Vicente, #324, Los Angeles, CA 90049

**7.2216** Netflix

**GUNS AKIMBO**

**7.2217** Defendant, Jason Howden, may be served with process

**7.2218** Tom Hern

**7.2219** Felipe Marino

**7.2220** Joe Neurauter

**7.2221** Altitude Film Entertainment - info@altitudefilment.com -

**7.2222** Saban Films - info@sabanfilms.com

**HARLEY QUINN: BIRDS OF PREY**

**7.2223** Defendant, Cathy Yan, may be served with process

**7.2224** Christina Hodson

**7.2225** Sue Kroll

**7.2226** Margot Robbie

**7.2227** Bryan Unkeless

**7.2228** Clubhouse Pictures (II)

**7.2229** DC Entertainment

**7.2230** Warner Bros. - wbds@warnerbros.com

**HONK FOR JESUS. SAVE YOUR SOUL.**

**7.2231** Defendant, Adamma Ebo, may be served with process

**7.2232** Sterling K. Brown

**7.2233** Regina Hall

**7.2234** Jessamine Burgum

**7.2235** Matthew R. Cooper

**7.2236** Amandla Crichlow

**7.2237** Pinky Promise - christinet@shelterpr.com

**7.2238** Focus Features - communications@focusfeatures.com

**7.2239** Peacock

## HONOR SOCIETY

**7.2240** Defendant, Oran Zegman, may be served with process

**7.2241** David A. Goodman

**7.2242** Michael Lewen

**7.2243** Awesomeness Films - info@awesomenesstv.com

**7.2244** Paramount+

## HORRIBLE BOSSES

**7.2245** Defendant, Seth Gordon, may be served with process

**7.2246** Michael Markowitz

**7.2247** John Francis Daley

**7.2248** Jonathan Goldstein

**7.2249** Brett Ratner

**7.2250** Jay Stern

**7.2251** New Line Cinema

**7.2252** Warner Bros. - wbds@warnerbros.com

## HORRIBLE BOSSES 2

**7.2253** Defendant, Sean Anders, may be served with process

**7.2254** John Morris

**7.2255** Chris Bender

**7.2256** John Rickard

**7.2257** New Line Cinema

**7.2258** Warner Bros. - wbds@warnerbros.com

**HOUSE PARTY**

**7.2259** Defendant, Calmatic, may be served with process

**7.2260** Jamal Olori

**7.2261** Stephen Glover

**7.2262** Maverick Carter

**7.2263** LeBron James

**7.2264** New Line Cinema

**7.2265** Warner Bros. - wbds@warnerbros.com

**JURASSIC WORLD DOMINION**

**7.2266** Defendant, Colin Trevorrow, may be served with process

**7.2267** Emily Carmichael

**7.2268** Colin Trevorrow

**7.2269** Derek Connolly

**7.2270** Patrick Crowley

**7.2271** Frank Marshall

**7.2272** Amblin Entertainment

**7.2273** Universal Pictures

**7.2274** Peacock

**KNIVES OUT: GLASS ONION**

**7.2275** Defendant, Rian Johnson, may be served with process

**7.2276** Ram Bergman

**7.2277** Netflix

**MOONFALL**

**7.2278** Defendant, Roland Emmerich, may be served with process

**7.2279** Harald Kloser

**7.2280** Spenser Cohen

**7.2281** Centropolis Entertainment - info@centropolis.com

**7.2282** Lionsgate

**7.2283** HBO Max

**OUTSIDE THE WIRE**

**7.2284** Defendant, Mikael Håfström, may be served with process

**7.2285** Rob Yescombe

**7.2286** Rowan Athale

**7.2287** Brian Kavanaugh-Jones

**7.2288** Anthony Mackie

**7.2289** Ben Pugh

**7.2290** Jason Spire

**7.2291** Erica Steinberg

**7.2292** 42

**7.2293** Netflix

**POKER FACE**

**7.2294** Defendant, Rian Johnson, may be served with process

**7.2295** Animal Pictures

**7.2296** Peacock

## PUSS IN BOOTS: THE LAST WISH

**7.2297** Defendant, Joel Crawford, may be served with process

**7.2298** Paul Fisher

**7.2299** Mark Swift

**7.2300** DreamWorks Animation

**7.2301** Universal Pictures

## ROGUE HEROES

**7.2302** Defendant, **Steven Knight**, may be served with process

**7.2303** Defendant, **Tom Shankland**, may be served with process

**7.2304** Defendant, **Karen Wilson**, may be served with process

**7.2305** Defendant, **Ben Macintyre**, may be served with process

**7.2306** Defendant, **Emma Kingsman-Lloyd**, may be served with process

**7.2307** Defendant, **Martin Haines**, may be served with process

**7.2308** Defendant, **Stephen Smallwood**, may be served with process

**7.2309** Defendant, **Lorraine Goodman**, may be served with process

**7.2310** Defendant, **Jinane Benzaida**, may be served with process

**7.2311** Defendant, **Khadija Alami**, may be served with process

**7.2312** Defendant, **Helen Chapman**, may be served with process

**7.2313** Defendant, **Malcolm Crowe**, may be served with process

**7.2314** Defendant, **Carmela Iandoli**, may be served with process

**7.2315** Defendant, **Vicky Tooms**, may be served with process

**7.2316** Defendant, **Kahleen Crawford**, may be served with process

**7.2317** Defendant, **Mounir Saguia,** may be served with process

**7.2318** Defendant, **Kudos Film and Television**, may be served with process

**7.2319** Defendant, **K Films**, may be served with process

**7.2320** Defendant, **Epix (I)**, may be served with process


**ROGUE ONE**

**7.2321** Defendant, Gareth Edwards, may be served with process

**7.2322** Chris Weitz

**7.2323** Tony Gilroy

**7.2324** John Knoll

**7.2325** Gary Whitta

**7.2326** Leifur B. Dagfinnsson

**7.2327** Simon Emanuel

**7.2328** Kathleen Kennedy

**7.2329** Allison Shearmur

**7.2330** Lucasfilm - publicrelations@lucasfilm.com

**7.2331** Walt Disney Picture


**SAMARITAN**

**7.2332** Defendant, **Bragi F. Schut**, may be served with process

**7.2333** Defendant, **Julius Avery**, may be served with process

**7.2334** Defendant, **Braden Aftergood**, may be served with process

**7.2335** Defendant, **Sylvester Stallone**, may be served with process

**7.2336** Defendant, **Pete Beaudreau**, may be served with process

**7.2337** Defendant, **Matt Evans**, may be served with process

**7.2338** Defendant, **Richard Hicks**, may be served with process

**7.2339** Defendant, **Balboa Productions**, may be served with process

**7.2340** Defendant, **Amazon Prime Video**, may be served with process

## SEE HOW THEY RUN

**7.2341** Defendant, Tom George, may be served with process

**7.2342** Mark Chappell

**7.2343** Gina Carter

**7.2344** Damian Jones

**7.2345** Searchlight Pictures

**7.2346** HBO Max

## SHAZAM!

**7.2347** Defendant, David F. Sandberg, may be served with process

**7.2348** Henry Gayden

**7.2349** Darren Lemke

**7.2350** Bill Parker

**7.2351** C.C. Beck

**7.2352** Peter Safran

**7.2353** Warner Bros.

## SHAZAM! FURY OF THE GODS

**7.2354** Defendant, David F. Sandberg, may be served with process

**7.2355** Henry Gayden

**7.2356** Chris Morgan

**7.2357** Bill Parker

**7.2358** C.C. Beck

**7.2359** Peter Safran

**7.2360** Warner Bros.


**SHE HULK: ATTORNEY AT LAW**

**7.2361** Defendant, Jessica Gao, may be served with process

**7.2362** Kat Coiro

**7.2363** Anu Valia

**7.2364** Marvel Studios

**7.2365** Walt Disney Picture


**SHE'S OUT OF MY LEAGUE**

**7.2366** Defendant, Jim Field Smith, may be served with process

**7.2367** Sean Anders

**7.2368** John Morris

**7.2369** David B. Householter

**7.2370** Jimmy Miller

**7.2371** Dreamworks Pictures

**7.2372** Paramount Pictures


**SLUMBERLAND**

**7.2373** Defendant, Francis Lawrence, may be served with process

**7.2374** David Guion

**7.2375** Michael Handelman

**7.2376** Peter Chernin

**7.2377** Francis Lawrence

**7.2378** David Ready

**7.2379** Jenno Topping

**7.2380** Denise Chamian

**7.2381** Chernin Entertainment - info@tcg.co

**7.2382** Netflix

## SMILE

**7.2383** Defendant, Parker Finn, may be served with process

**7.2384** Marty Bowen

**7.2385** Wyck Godfrey

**7.2386** Isaac Klausner

**7.2387** Robert Salerno

**7.2388** Paramount Pictures

## SOMETHING FROM TIFFANY'S

**7.2389** Defendant, Tamara Chestna, may be served with process

**7.2390** Daryl Wein

**7.2391** Lauren Levy Neustadter

**7.2392** Reese Witherspoon

**7.2393** Amazon Studios

**7.2394** Amazon Prime Video

## SPIDER-MAN: FAR FROM HOME

**7.2395** Defendant, Chris McKenna, may be served with process

**7.2396** Erik Sommers

**7.2397** Kevin Feige

**7.2398** Amy Pascal

**7.2399** Jon Watts

**7.2400** Columbia Pictures

**7.2401** Marvel Studios

**7.2402** Sony Pictures Home Entertainment

## SPIDER-MAN: HOMECOMING

**7.2403** Defendant, Jonathan Goldstein, may be served with process

**7.2404** Erik Sommers

**7.2405** Kevin Feige

**7.2406** Amy Pascal

**7.2407** John Francis Daley

**7.2408** Jon Watts

**7.2409** Columbia Pictures

**7.2410** Marvel Studios

**7.2411** Sony Pictures Home Entertainment

## SPIDER-MAN: NO WAY HOME

**7.2412** Defendant, Chris McKenna, may be served with process

**7.2413** Erik Sommers

**7.2414** Kevin Feige

**7.2415** Amy Pascal

**7.2416** Jon Watts

**7.2417** Columbia Pictures

**7.2418** Marvel Studios

**7.2419** Sony Pictures Home Entertainment

## TEENAGE BOUNTY HUNTERS

**7.2420** Defendant, Kathleen Jordan, may be served with process

**7.2421** Alex Edelman

**7.2422** Tilted Productions

**7.2423** Netflix

## THE ACCOUNTANT

**7.2424** Defendant, Gavin O'Connor, may be served with process

**7.2425** Bill Dubuque

**7.2426** Lynette Howell Taylor

**7.2427** Mark Williams

**7.2428** Warner Bros.

## THE BOOK OF BOBA FETT

**7.2429** Defendant, Jon Favreau, may be served with process

**7.2430** Walt Disney Studios Motion Pictures

## THE ENGLISH

**7.2431** Defendant, Hugo Blick, may be served with process

**7.2432** Colin Wratten

**7.2433** Emily Blunt

**7.2434** All3Media - info@all3media.com

**7.2435** Amazon Studios

**7.2436** Amazon Prime Video

**THE FEED**

**7.2437** Defendant, Max Landis, may be served with process

**7.2438** Michael Clarkson

**7.2439** Rachel De-Lahay

**7.2440** Tom Moran

**7.2441** Channing Powell

**7.2442** Tinge Krishnan

**7.2443** Misha Manson-Smith

**7.2444** Jill Robertson

**7.2445** Colin Teague

**7.2446** Carl Tibbetts

**7.2447** Simon Lewis

**7.2448** Amazon Studios

**7.2449** Amazon Prime Video

**THE MAN FROM U.N.C.L.E.**

**7.2450** Defendant, Guy Ritchie, may be served with process

**7.2451** Lionel Wigram

**7.2452** Steve Clark-Hall

**7.2453** John Davis

**7.2454** Warner Bros.

**THE MANDALORIAN**

**7.2455** Defendant, Jon Favreau, may be served with process

**7.2456** Fairview Entertainment

**7.2457** [Walt Disney Studios](#)


**THE MENU**

**7.2458** Defendant, [Mark Mylod](#), may be served with process

**7.2459** [Seth Reiss](#)

**7.2460** [Will Tracy](#)

**7.2461** [Will Ferrell](#)

**7.2462** [Katie Goodson](#)

**7.2463** [Betsy Koch](#)

**7.2464** [Adam McKay](#)

**7.2465** [Hyperobject Industries](#)

**7.2466** [Searchlight Pictures](#)


**THE RECRUIT**

**7.2467** Defendant, **Alexi Hawley**, may be served with process

**7.2468** Defendant, **George V. Ghanem**, may be served with process

**7.2469** Defendant, **Hadi Nicholas Deeb**, may be served with process

**7.2470** Defendant, **Maya Goldsmith**, may be served with process

**7.2471** Defendant, **Niceole R. Levy**, may be served with process

**7.2472** Defendant, **Amelia Roper**, may be served with process

**7.2473** Defendant, **Julian Holmes**, may be served with process

**7.2474** Defendant, **Alex Kalymnios,** may be served with process

**7.2475** Defendant, **Doug Liman**, may be served with process

**7.2476** Defendant, **Emmanuel Osei-Kuffour**, may be served with process

**7.2477** Defendant, **Noah Centineo**, may be served with process

**7.2478** Defendant, **Marc David Alpert**, may be served with process

**7.2479** Defendant, **Adrienne McNally**, may be served with process

**7.2480** Defendant, **Damien Smith**, may be served with process

**7.2481** Defendant, **Sang Han**, may be served with process

**7.2482** Defendant, **Entertainment One**, may be served with process

**7.2483** Defendant, **Hypnotic**, may be served with process

**7.2484** Defendant, **P3 Media**, may be served with process

**7.2485** Defendant, **Netflix**, may be served with process


## THIS IS LIFE WITH LISA LING

**7.2486** Defendant, **Lisa Ling**, may be served with process

**7.2487** **part2 pictures** - info@part2pictures.com

**7.2488** **CNN** - copyrightagent@turner.com


## THE REVENANT

**7.2489** Defendant, **Mark L. Smith**, may be served with process

**7.2490** Alejandro G. Iñárritu

**7.2491** Steve Golin

**7.2492** Arnon Milchan

**7.2493** Mary Parent

**7.2494** New Regency Productions - info@newregency.com

**7.2495** Twentieth Century Fox


## THOR: LOVE AND THUNDER

**7.2496** Defendant, **Taika Waititi**, may be served with process

**7.2497** Jennifer Kaytin Robinson

**7.2498** Kevin Feige

**7.2499** Brad Winderbaum

**7.2500** Marvel Studios

**7.2501** Walt Disney Picture


**TOM SWIFT**

**7.2502** Defendant, **Melinda Hsu Taylor**, may be served with process

**7.2503** Cameron Johnson

**7.2504** Noga Landau

**7.2505** Jonathan C. Brody

**7.2506** CBS Studios - 7800 Beverly Blvd, Los Angeles, CA 90036

**7.2507** HBO Max


**TWO BROKE GIRLS**

**7.2508** Defendant, **Whitney Cummings**, may be served with process

**7.2509** Michael Patrick King

**7.2510** Michelle Nader

**7.2511** CBS Studios - 7800 Beverly Blvd, Los Angeles, CA 90036

**7.2512** Warner Bros. Television


**UNDERWORLD: BLOOD WARS**

**7.2513** Defendant, **Anna Foerster**, may be served with process

**7.2514** Cory Goodman

**7.2515** Kyle Ward

**7.2516** David Kern

**7.2517** Gary Lucchesi

**7.2518** Tom Rosenberg

**7.2519** Len Wiseman

**7.2520** Richard S. Wright

**7.2521** Screen Gems


**VENGEANCE**

**7.2522** Defendant, **B.J. Novak**, may be served with process

**7.2523** Jason Blum

**7.2524** Greg Gilreath

**7.2525** Adam Hendricks

**7.2526** Blumhouse Productions

**7.2527** Peacock

**7.2528** Focus Features - communications@focusfeatures.com


**VIOLENT NIGHT**

**7.2529** Defendant, **Tommy Wirkola**, may be served with process

**7.2530** Pat Casey

**7.2531** Josh Miller

**7.2532** Guy Danella

**7.2533** David Leitch

**7.2534** Kelly McCormick

**7.2535** 87North - 8711 Aviation Blvd., Los Angeles, CA 90045

**7.2536** Universal Pictures - 100 Universal City Plaza, Universal City, CA 91608

**7.2537** Peacock

**WELCOME TO WREXHAM**

**7.2538** Defendant, **Rob McElhenney**, may be served with process

**7.2539** Ryan Reynolds

**7.2540** Aaron Lovell

**7.2541** Jeff Luini

**7.2542** Boardwalk Pictures - info@boardwalkpics.com

**7.2543** Maximum Effort - themarketeers@maximumeffort.com

**7.2544** FX Network – FX.DMCA@Fox.com

**WILL TRENT**

**7.2545** Defendant, **Liz Heldens**, may be served with process

**7.2546** Daniel T. Thomsen

**7.2547** 3 Arts Entertainment

**7.2548** American Broadcasting Company (ABC)