PLAINTIFF'S EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAMIM EBRAHIMI, *et al.* | § § § § | |
| vs. | § | CIVIL ACTION NO. **3:23-CV-00273** |
| | § § | |
| MYKILL FIELDS, *et al.* | § § | |

## LIST OF STATUTORY LAW VIOLATIONS

**STATUTES**

**1.1**   50 U.S.C. §§ **841** and **842**;

**1.2**   18 U.S.C. §§ 2, 3, 4, 119, 201, 203, 205, 208, 231, **241**, **242**, **245**, 246, 249, 250, 285, 371, 373, 494, 501, 506, 513, 514, 641, 666, 872, 875, 1001, 1002, 1017, 1018, 1028, 1028A, 1029, **1030**, 1031, 1038, 1039, 1040, 1201, **1203**, 1341, 1342, 1343, 1346, 1349, 1361, 1362, 1462, 1465, 1466, 1503, 1507, 1510, **1512**, 1513, 1519, **1589**, 1590, 1591, 1593A, 1621, 1622, 1623, 1702, 1708, 1832, 1951, 1952, 1956, 1957, 1959, 1961(1)(A), 1962, 2071, 2073, 2075, 2076, 2257, **2261A**, 2314, 2315, **2331(5)**, 2332(c), 2332b(a), **2332b(g)(5)**, **2339**, **2339A**, **2340A**, **2384**, **2385**, 2421, 2511, and 2701;

**1.3**   42 U.S.C. §§ 1981, 1982, 1983, 1985, 1986, 1987, 1988, 2000a, 2000a-1, 12132, and Subchapters II and III to Chapter 126;

**1.4**   15 U.S.C. §§ 1, 2, 4, 13, 13a, 14, 18, 19, and 6851;

**1.5**   28 U.S.C. § 331, 452, 455, 471, 509, 540A, 547, 620, 623, 632, 636, 637, 1652, 1657, 1915, 1915A;

**1.6**  5 U.S.C. §§ 7311 and 7313;

**1.7**  34 U.S.C. §§ 10228(c)(1), 12361, 12601, and 20911;

**1.8**  47 U.S.C. §§ 223, 231, and 509;

**1.9**  20 U.S.C. § 1681;

**1.10**  Tex. Penal Code §§ 16.01, 16.02, 16.04, 20.02, 20.03, 20.04, 20A.02, 20A.03, 21.15, 21.16, 21.17, 21.18, 21.19, 22.02, 22.021, 22.04, 22.07, 25.02, 25.11, 28.03, 29.02, 29.03, 30.02, 30.05, 31.03, 31.04, 32.21, 32.43, 32.46, 32.48, 32.49, 32.51, 32.53, 33.02, 33.024, 33.05, 34.02, 36.02, 36.05, 36.06, 36.08, 37.02, 37.03, 37.08, 37.09, 37.10, 37.11, 37.13, 38.05, 38.12, 38.16, 38.171, 39.02, 39.03, 39.06, 42.02, 42.07, 42.072, 42.091, 42.092, 43.22, 43.23, 43.03, 43.25, 71.02, 71.022, and 71.023;

**1.11**  Tex. Code Crim. Proc. arts. 1.04, 1.05, 1.051, 1.052(d), 1.06, 1.09, 1.16, 1.18, 1.23, 2.01, 2.03, 2.04, 2.05, 2.10, 2.13, 2.17, 2.20, 2.21, 2.30, 2.305, 3.02, 3.03, 5.01, 5.04, 5.05, 5.06, 6.01, 6.03, 6.05, 6.06, 7.01, 7A.02, 7A.03, 7B.02, 8.04, 14.01, 14.02, and 14.03;

**1.12**  Tex. Gov't Code §§ 21.001(b), 24.021, 24.024, 25.0011, 25.0011, 27.059, 33.001, 41.005, 41.006, 41.008, 41.009, 41.110, 51.301, 51.303, 51.402, 51.901, 71.031, 71.032, 71.033, 71.034, 71.035, 71.038, 72.011, 72.014, 72.016, 72.023, 72.024, 72.026, 72.027, 72.030, 72.032, 72.034, 72.041, 72.081, 72.082, 72.156, 74.001, 74.004, 74.006, 74.021, 74.024, 74.025, 74.046, 74.047, 74.048, 74.092, 74.093, 74.094, 74.101, 74.102, 74.103, 74.104, 74.106, 74.402, 74.403, 81.011(c), 81.012, 81.020(d), 81.0201, 81.024(a), 81.072(b), 81.073, 81.076, 81.115, 82.004, 82.0072, 82.022, 82.028, 82.030, 82.039, 82.021, 82.0651, 86.024(a), 301.012, 318.001, 406.013, 411.009(c), 411.022, 411.0253, 557.001, 557.003, and 572.021 *et seq*;

**1.13** Tex. Loc. Gov't Code §§ 81.002, 81.024, 85.001(b)(4), 85.021(b), 87.011, 114.044, 117.058, 191.001, 193.001, and 341.001 et seq., 351.001 etc., 351.002, 351.041, 351.182, 351.184, 351.185, 351.186;

**1.14** Tex. Fam. Code §§ 82.041, 82.042, 82.043, 83.001, 84.001, and 85.001;

**1.15** Tex. Civ. Prac & Rem. Code §§ 5.001, 7.001, 12.002, 30.017, 98.002, 98B.002, 123.002, 125.001, 125.064, and 134A.003;

**1.16** Tex. Bus. & Comm. Code §§ 15.05, 17.47, and 324.055;

**1.17** Fed. R. Civ. P. 4(c)(3), 11, 65(b), and 72,

**1.18** Tex. R. Civ. P. 13, 23, and 24;

**1.19** Tex. Disciplinary R. Prof'l Conduct 1.01(b), 1.02, 1.05, 1.06, 1.09, 3.01, 3.02, 3.03, 3.04(b), 3.05, 3.06, 3.09, 3.10, 4.01, 4.04, 5.01, 5.03, 5.08, 7.02, 7.03, 8.03(a) and (b), 8.04(a)(1), 8.04(a)(3), 8.04(a)(2), 8.04(a)(4), 8.04(a)(9), 8.04(a)(5), 8.04(a)(6), and 8.04(a)(12);

**1.20** Tex. Code Jud. Conduct, Canons 1, 2A, 2B, 2C, 3A, 3B(1), 3B(2), 3B(3), 3B(5), 3B(6), 3B(7), 3B(8), 3B(9), 3B(11), 3C(1), 3C(2), 3C(3), 3C(4), 3D(1), 3D(2), 4A(1), 4A(2), 4C(1), 4D(1), 4D(4), 4I, 5(1)(ii), 5(4), 6, and 6H;

**1.21** Fed. Code of Conduct for United States Judges, Canons 1, 2, and 3;

**1.22** U.S. Const. amends. I, III, IV, V, VI, VIII, IX, X, XIII, and XIV;

**1.23** Tex. Const. art. 1, §§ 2, 3, 3a, 8, 9, 10, 13, 17, 19, 20, 24, 25, 26, 27, 28, 29, and 30;

**1.24** Tex. Const. art. 4, §§ 10, 24, and 25;

**1.25** Tex. Const. art. 5, §§ 1-a(6), 1-a(7), 11, 12(a), 15, 16, 18(b), 23, 31(a), 31(b), and 31(c);

**1.26** Tex. Const. art. 15, § 6; and

**1.27** Tex. Const. art. 16, §§ 1 and 41.