IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAMIM EBRAHIMI , | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:23-CV-0273-K (BH) |
| | ) | |
| MYKILL FIELDS, et al., | ) | |
|     Defendants. | ) | Referred to U.S. Magistrate Judge |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The plaintiff's claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B).

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

SO ORDERED.

Signed May 3rd, 2023.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE